# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:  Case No. 09-36408-LMI
Chapter 7

CAPITOL INVESTMENTS USA, INC.,

_____Debtor*_____/

## SUMMONS TO DEBTOR IN INVOLUNTARY CASE

**To the above named debtor:**

A petition under title 11, United States Code was filed against you on November 30, 2009 in this bankruptcy court, requesting an order for relief under chapter 7 of the Bankruptcy Code (title 11 of the United States Code).

YOU ARE SUMMONED and required to submit to the clerk of the bankruptcy court a motion or answer to the petition within 20 days after the service of this summons. A motion to convert by the debtor in an involuntary chapter 7 proceeding shall be deemed a consent to entry of an order for relief under the chapter to which the case is being converted (Local Rule 1013-1(B)). A copy of the petition is attached.

> Address of Clerk
> ■ 51 S.W. First Ave., Room 1517, Miami, FL 33130
> ☐ 299 E. Broward Blvd., Room 112, Ft. Lauderdale, FL 33301
> ☐ 1515 North Flagler Drive, Room 801, West Palm Beach, FL 33401

At the same time you must also serve a copy of your motion or answer on petitioners' attorney.

> Name and Address of Petitioners' Attorney:
>
> John W. Kozyak, Esq.
> Kozyak Tropin & Throckmorton, P.A.
> 2525 Ponce de Leon, 9th Floor
> Coral Gables, Florida 33134

If you make a motion, your time to serve an answer is governed by Bankruptcy Rule 1011(c). If you fail to respond to this summons, the order for relief will be entered.

CLERK OF COURT

11-30-09
Date

By: _____
Deputy Clerk

*Set forth all names, including trade names, used by the debtor within the last 8 years. (Bankruptcy Rule 1005).

LF-55 (rev. 06/02/08)   Page 1 of 2

Case No. 09-36408-LMI

# CERTIFICATION OF SERVICE

I, John W. Kozyak, of Kozyak Tropin & Throckmorton, P.A.**, certify:

That I am, and at all times hereinafter mentioned was, more than 18 years of age;

That on _____, a copy of the within summons, together with the petition filed in this case, was served on the debtor in this case, by a process server upon the said debtor at 400 41st Street #506, Miami Beach, Florida 33140. See attached Affidavit of Service.

I certify under penalty of perjury that the foregoing is true and correct.

Executed on _____
(Date)

_____
(Signature)
John W. Kozyak, Esq.
Florida Bar No. 200395
Kozyak Tropin & Throckmorton, P.A.
2525 Ponce de Leon, 9th Floor
Coral Gables, FL 33134
Phone:(305) 372-1800
Fax:: (305) 372-3508

307785.1

LF-55 (rev. 06/02/08)                           Page 2 of 2