## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
### Miami Division

IN RE:                                          CASE NO. 09-36408-BKC-LMI

CAPITOL INVESTMENTS USA, INC.,                  CHAPTER 7

      Debtor.                                Involuntary Petition
_____/

### EXHIBIT REGISTER

Exhibits Submitted on behalf of:

[  ] Plaintiff          [  ] Defendant          [  ] Debtor          [ X ] Other Petitioning Creditors

Date of Hearing/Trial: December 10, 2009

Type of Hearing/Trial: Motion for Appointment of an Interim Trustee

SUBMITTED BY:    David L. Rosendorf
               Florida Bar No. 996823
               KOZYAK TROPIN & THROCKMORTON, P.A.
               Counsel for the Petitioning Creditors
               2525 Ponce de Leon, 9th Floor
               Coral Gables, FL 33134
               Tel:   (305) 372-1800
               Fax:  (305) 372-3508

| Exhibit Number | Description | Admitted | Refused | Not Introduced |
|:---:|---|:---:|:---:|:---:|
| 1 | $26M Loan Documents between Capitol Investments USA, Inc. and Bradley Associates Limited Partnership dated January 5, 2008 | A | | |
| 2 | $2M Loan Documents between Capitol Investments USA, Inc. and Relianz Mortgage, Inc. dated September 17, 2007 | A | | |
| 3 | $1.99M Loan Documents between Capitol Investments USA, Inc. and Relianz Mortgage, Inc. dated February 17, 2008 | A | | |

| Exhibit Number | Description | Admitted | Refused | Not Introduced |
|---|---|---|---|---|
| 4 | $2M Loan Documents between Capitol Investments USA, Inc. and South Beach Chicago, LLC dated October 1, 2007 | A | | |
| 5 | $2M Loan Documents between Capitol Investments USA, Inc. and South Beach Chicago 2008, LLC dated April 1, 2008 | A | | |
| 6 | $1.5M Exemplary Promissory Note in favor of Victor Gonzalez 2006 Revocable Trust dated July 2, 2008 and Joint Venture Agreements between Capitol Investments USA, Inc. and Victor Gonzalez TTEE | A | | |
| 7 | Certified copy of Complaint filed November 20, 2009 in *City National Bank as Trustee v. Capitol Investments USA, Inc., et al.*, Case No. 09-85047-CA-21 pending in the 11th Judicial Circuit in and for Miami-Dade County, FL | A | | |
| 8 | Affidavit of David Rowe in support of Judgment against Defendants dated November 18, 2009 filed in *David Rowe v. Capitol Investments USA, Inc., et al.*, Case No. 09-71836-CA-11 pending in the 11th Judicial Circuit in and for Miami-Dade County, FL | A | | |
| 9 | Certified copy of Complaint dated November 6, 2009 filed in *Victor Gonzalez v. Capitol Investments USA, Inc., et al.*, Case No. 09-81897-CA-25 pending in the 11th Judicial Circuit in and for Miami-Dade County, FL | A | | |
| 10 | Certified copy of Complaint dated November 3, 2009 filed in *South Beach Chicago, LLC v. Capitol Investments USA, Inc., et al.*, Case No. 09-80981-CA-02 pending in the 11th Judicial Circuit in and for Miami-Dade County, FL | A | | |
| 11 | Certified copy of Final Judgment Enforcing Settlement Agreement dated November 5, 2009 entered in *Terrance Smith v. Capitol Investments USA, Inc., et al.*, Case No. 09-45225-CA-8 pending in the 11th Judicial Circuit in and for Miami-Dade County, FL | A | | |
| 12 | Capitol Investments USA, Inc. Balance Sheet as of December 31, 2008 | A | | |

LF-49 (rev. 12/01/09)

| Exhibit Number | Description | Admitted | Refused | Not Introduced |
|---|---|---|---|---|
| 13 | Photograph of Capitol Investments' office door taken by process server | A | | |
| 14 | Involuntary Petition filed on November 30, 2009 - *In re Capitol Investments USA, Inc.*, Case No. 09-36408-BKC-LMI | A | | |
| 15 | Involuntary Petition filed on November 30, 2009 - *In re Nevin Karey Shapiro*, Case No. 09-36418-BKC-LMI | A. | | |
| | | | | |
| | | | | |
| | | | | |

308081.1

LF-49 (rev. 12/01/09)                     Page 3 of 3