UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA- MIAMI DIVISION

IN RE:

| | | |
|---|---|---|
| CAPITOL INVESTMENTS USA, INC. | ) | CASE NO. 09-36408-LMI |
| | ) | |
| | ) | CHAPTER 7 |
| Debtor | ) | |

DEC 17 2009

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF NOTICES

**PLEASE TAKE NOTICE** that the undersigned hereby enters an appearance as counsel for James R. Fisher and Jim Fisher IRA Rollover, creditors herein.

The Clerk of the Court is requested to add the name and address of the undersigned to the matrix of creditors prepared in connection with the case.

**I HEREBY CERTIFY** that this Notice is in compliance with the qualifications to practice in this Court set forth in Local Rule 2090-1 (B)(1).

Respectfully submitted,

HOSTETLER & KOWALIK, P.C.

By: _____
Mark A. Drummond
Attorney No. 15153-49

HOSTETLER & KOWALIK, P.C.
101 West Ohio Street, Suite 2100
Indianapolis, IN 46204
(317) 262-1001; FAX (317) 262-1010
mad@hostetler-kowalik.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing has been sent to the following via U.S. regular mail, postage prepaid, this 10th day of December, 2009:

Capitol Investments USA, Inc.
400 41st Street, #506
Miami Beach, FL 33140

Petitioning Creditor
Bradley Associates Limited Partnership
111 East Wacker Drive, #900
Chicago, IL 60601

Petitioning Creditor
South Beach Chicago, LLC
225 N. Michigan Avenue, 11th Floor
Chicago, IL 60601

Petitioning Creditor
Relianz Mortgage, Inc.
225 N. Michigan Avenue, 11th Floor
Chicago, IL 60601

Petitioning Creditor
Victor Gonzalez
19271 Sterling Drive
Cutler Bay, FL 33157

John W. Kozyak, Esq.
2525 Ponce de Leon Blvd 9 Fl
Coral Gables, FL 33134

U.S. Trustee
Southern District of Florida
Federal Building
51 SW 1 Avenue, Suite 1204
Miami, FL 33130

_____
Mark A. Drummond

HOSTETLER & KOWALIK, P.C.
101 West Ohio Street, Suite 2100
Indianapolis, IN 46204
(317) 262-1001; FAX (317) 262-1010
mad@hostetler-kowalik.com