UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

In re:                                              CASE NO. 09-36408-BKC-LMI
                                                    Chapter 7
CAPITOL INVESTMENTS
USA, INC.,

    Debtor.
_____/

NOTICE OF APPEARANCE AND
REQUEST FOR SERVICE OF NOTICES AND PAPERS

TO ALL PARTIES:

PLEASE TAKE NOTICE that Jeffrey W. Blacher and the law firm of Jeffrey W. Blacher, P.A., pursuant to Rule 9010(b), Federal Rules of Bankruptcy Procedure, hereby enters its appearance in the above-styled matter on behalf of Creditors Miriam Menoscal and Misuco International, Inc. and requests copies of all notices and pleadings pursuant to the Federal Rules of Bankruptcy Procedure to be served as follows:

    Jeffrey W. Blacher, Esq.
    2999 N.E. 191st St.
    Suite 805
    Aventura, FL 33180
    Tel 305-705-0888
    Fax 305-356-3693
    jblacher@blacherlaw.com

Please take further notice that the foregoing request includes not only the notices and papers referred to in the Rules specified above, but also includes, without limitation, notices of any application, complaint, demand, hearing, motion, order, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, telegraph, telex, telecopier or otherwise,

CASE NO. 09-36408-BKC-LMI

filed with regard to the above-styled matter and proceedings. Undersigned Counsel further requests that the Clerk of the Court update the mailing matrix to include the information contained in this Notice.

I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

JEFFREY W. BLACHER, P.A.

/s/
Jeffrey W. Blacher, Esq.
Fla. Bar No. 8168
2999 N.E. 191st St.
Suite 805
Aventura, FL 33180
Tel 305-705-0888
Fax 305-356-3693
jblacher@blacherlaw.com