UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

IN RE:                                                         CASE NO.: 09-36408-BKC-LMI
                                                               CASE NO.: 09-36418-BKC-LMI

CAPITOL INVESTMENTS USA, INC.
and NEVIN KAREY SHAPIRO,                        Involuntary Chapter 7
                                                               (Jointly Administered under
      Alleged Debtors.                              Case No.: 09-36408-BKC-LMI)
_____/

### NEVIN KAREY SHAPIRO'S NOTICE OF INVOCATION OF 5TH AMENDMENT RIGHT

Debtor, Nevin Karey Shapiro, hereby provides notice of his invocation of his 5th Amendment Right as to the following requirements set forth in the Court's Order For Relief:

1. Within 14 days from the date of this order, the individual named above shall file schedules, statements, and, if the debtor is an individual (applicable to both joint debtors), payment advices (or indicate why any or all payment advices will not be filed on the Local Form "Declaration Regarding Payment Advices") as required by Bankruptcy Rules 1007(b)(1) and 1007(c) and Local Rule 1007−1(F) together with a matrix of creditors as required by the "Clerk's Instructions for Preparing, Submitting and Obtaining Service Matrices" pursuant to Local Rules 1007−1 and 1007−2.

2. Within 14 days from the date of this order, if the debtor is an individual, the debtor shall file:

    A. The Official Bankruptcy Form "Statement of Social-Security Number(s)(or other Individual Taxpayer Identification Number(s) (ITIN(s)))" as required by Bankruptcy Rule 1007(f), and Local Rule 1002−1(A)(1); and

    B. Official Bankruptcy Form 22 for the applicable chapter if required.

3. If the debtor is an individual and if relief has been entered under chapter 7, the individual named above shall also file within 30 days from the date of this order or the date of the creditors' meeting whichever is earlier, an Official Bankruptcy Form "Chapter 7 Individual Debtor's Statement of Intention" (Official Form 8) as required by 11 U.S.C. §521(a)(2)(A) and Bankruptcy Rule 1007(b)(2).

4. File the Local Form "Declaration Under Penalty of Perjury to Accompany Petitions, Schedules, and Statements Filed Electronically" as required under Local Rule 1007−1(D).

### CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 2090-1(A)

I, Peter F. Valori, hereby certify that I am admitted to the Bar of the United States District

Case No.: 09-36418-LMI

Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

Dated: January 13, 2010.

Respectfully submitted,

DAMIAN & VALORI, LLP
*Counsel for Debtor*
1000 Brickell Avenue, Suite 1020
Miami, FL 33131
T: (305) 371-3960
F: (305) 371-3965

By: s/ Peter F. Valori
Peter F. Valori, LLC
Florida Bar No. 0043516
pvalori@dvllp.com
Kenneth Dante Murena, P.A.
Florida Bar No. 147486
kmurena@dvllp.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 13, 2010, this document was filed with the Court via the CM-ECF system and electronic notice of this document was provided to interested parties registered with CM-ECF for this case and that this document was served upon all parties and counsel on the attached **Service List** in the manner specified.

s/ Peter F. Valori

Case No.: 09-36418-LMI

**SERVICE LIST**

**Via electronic transmission:**

*John W. Kozyak
jk@kttlaw.com; ycc@kttlaw.com; la@kttlaw.com

*Thomas R. Lehman
trlehman@tewlaw.com; esf@tewlaw.com; jsj@tewlaw.com; dts@tewlaw.com

*Barry E. Mukamal
bankruptcy@rachlin.com

*Office of the Trustee
USTPregion21.MM.ECF@usdoj.gov

*Anila Rasul
arasul@kahaneandassociates.com; jnazario@kahaneandassociates.com; jbuchanan@kahaneandassociates.com; mjoseph@kahaneandassociates.com; ymarcelin@kahaneandassociates.com

*David L. Rosendorf
dlr@kttlaw.com; pm@kttlaw.com; la@kttlaw.com; CWT@kttlaw.com; ycc@kttlaw.com

*Joel L. Tabas
jtabas@tabasfreedman.com; Karen@tabasfreedman.com

*Joel L. Tabas
JLT@tfsmlaw.com; jtabas@ecf.epiqsystems.com; nancy@tfsmlaw.com; scott@tfsmlaw.com

*Peter F. Valori
pvalori@dvllp.com

**Via U.S. mail**

Nevin Karey Shapiro
5380 N. Bay Rd.
Miami Beach, Florida 33140