UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

In re:                                                         CASE NO.: 09-36408-BKC-LMI
                                                               CASE NO.: 09-36418-BKC-LMI
CAPITOL INVESTMENTS USA, INC.                                  Chapter 7
and NEVIN KAREY SHAPIRO,
                                                               (Jointly Administered under
         Debtors.                                               Case No. 09-36408-BKC-LMI)
_____/

**RESPONDANT'S AGREED, *EX PARTE* MOTION FOR
EXTENSION OF TIME TO RESPOND TO SUBPOENA *DUCES TECUM***

Respondent, Miriam Menoscal, by and through undersigned counsel, moves this Court for an Order granting an extension of time to respond to a subpoena [D.E. #73], and in support thereof states as follows:

1. On November 30, 2009, involuntary Chapter 7 bankruptcy petitions were filed against the Debtors.

2. On December 10, 2009, this Court entered its Order Granting Motion For Joint Administration into Lead Case 09-36408-BKC-LMI, jointly administering the Debtors' bankruptcy estates.

3. On December 11, 2009, Joel L. Tabas was appointed as interim Chapter 7 Trustee (the "Trustee").

4. On December 30, 2009, this Court entered its Orders for Relief in Involuntary Case and Setting Deadline for Filing Schedules, Statement of Financial Affairs and Other Documents (the "Order for Relief") [D.E. 24].

5. Joel L. Tabas is the duly qualified and acting trustee in this case.

6. On January 21, 2010, the Trustee filed its Subpoena of Miriam J. Menoscal [D.E. #73] (the "Subpoena").

7. Since that time, undersigned counsel, a sole practitioner, has been traveling, which has made it difficult to meet with the Respondent to review the Subpoena and compile the documents responsive thereto.

8. The deadline for responding to the Subpoena is February 3, 2010.

9. In order to ensure the accuracy and completeness of the response, the Respondent requires an extension through and including February 10, 2010.

10. The Trustee's counsel has agreed to the relief requested herein.

11. The Respondent submits that (i) an extension has not been previously granted, (ii) that good cause has been shown for extending the response date and (iii) that no party will be prejudiced by the extension.

WHEREFORE, the Respondent respectfully requests that the Court enter an Order granting an extension of time to respond to the Subpoena up to and including February 10, 2010, and grant such and further relief as the Court deems just and proper.

I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

JEFFREY W. BLACHER, P.A.

_____/s/_____
Jeffrey W. Blacher, Esq.
Fla. Bar No. 8168
2999 N.E. 191st St.
Suite 805
Aventura, FL 33180
Tel 305-705-0888
Fax 305-356-3693
jblacher@blacherlaw.com