ORDERED in the Southern District of Florida on  Feb. 23, 2010

Laurel Myerson Isicoff, Judge
United States Bankruptcy Court

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

In re:                                                            Case No. 09-36408-BKC-LMI

CAPITOL INVESTMENTS USA, INC.                 Chapter 7
and NEVIN KAREY SHAPIRO

(Jointly Administered under Case No.: 09-36408-BKC-LMI)

_____Debtors._____/

### ORDER SETTING HEARING TO SHOW CAUSE WHY NEVIN KAREY SHAPIRO SHOULD NOT BE HELD IN CONTEMPT FOR FAILURE TO COMPLY WITH THE COURT'S ORDER FOR RELIEF

**THIS CAUSE** came before the Court upon the Motion for Order to Show Cause (DE #132) filed by the Trustee on February 18, 2010. The Motion requests an Order to Show Cause based on Nevin Karey Shapiro's failure to comply with the Court's Order for Relief (DE #35), with his duties under 11 U.S.C. § 521, and with Fed. R. Bankr. P. 1007. Having reviewed the motion and the record, it is

**ORDERED** that Nevin Karey Shaipro personally shall appear at a hearing on March 8, 2010 at 9:30 a.m. in Courtroom 1409 to show cause as to why he should not be held in contempt for failing to comply with the Court's orders and his duties as a debtor.

Case No. 09-36408-BKC-LMI

###

Copies furnished to:
Gary M. Freedman, Esq.
Silvio Amico, Esq.

*Attorney Freedman shall serve a conformed copy of this order upon all parties in interest and shall file a Certificate of Service of same with the Clerk of the Court.*