UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:

CAPITOL INVESTMENTS USA, INC., and
NEVIN KAREY SHAPIRO,

Debtors.
_________________________________/

Case No. 09-36408-BKC-LMI
Case No. 09-36418-BKC-LMI
Chapter 7
(Jointly Administered)
Case No. 09-36408-BKC-LMI)

**TRUSTEE'S SUPPLEMENT TO MOTION FOR**
**TURNOVER OF PROPERTY OF THE ESTATE**

Joel L. Tabas, as Chapter 7 Trustee of the Bankruptcy Estate of Nevin Karey Shapiro (the "Trustee"), through counsel and pursuant to 11 U.S.C. §§ 522, 541 and 542, and Fed. R. Bankr. P. 4003, files his Supplement to his Motion for Turnover of Property of the Estate [D.E. 131] (the "Supplement"), and adds the following:

1. Since the filing of the Trustee's Motion for Turnover of Property of the Estate (the "Motion") [D.E 131], the Trustee has identified additional assets through his review and analysis of records and documents produced by various third parties.

2. The following is a list of additional items of personal property that are property of the estate and are subject of turnover (for the reasons set forth in the Motion):

A. On or about February 16, 2010, an appraiser for the Trustee conducted an appraisal of all of the personal property located at Shapiro's real property located at 5830 North Bay Road, Miami Beach, Florida ("Shapiro's Current Residence"). The appraiser's report reflects that the household goods and furnishings valued at $25,050.00. A true and correct copy of the Appraisal is attached hereto as Exhibit "A";

Case No. 09-36408-BKC-LMI
Case No. 09-36418-BKC-LMI

B. All documents removed by Damian & Valori, LLP during the inspection of Shapiro's Current Residence which was conducted on December 31, 2009, which included, multiple insurance policies and jewelry appraisals;

C. All documents relating to the brokerage account held jointly with Miriam Menoscal (reflected on Shapiro's 2008 Balance Sheet). A true and correct copy of the Nevin K. Shapiro's Balance Sheet and Profit and Loss Statement as of October 31, 2008 is attached hereto as Exhibit "B";

D. Stock certificates in Oromin Explorations Ltd. (Stock Certificate 00684 for 128,676 shares and Stock Certificate 00734 for 16,084 shares). Copies of Stock Certificates 00684 and 00734 are attached hereto as Composite Exhibit "C";

E. All documents relating to Shapiro's interest in the Bank of America SEP IRA '07 X5741 ($45,000.00). *See* Exhibit "B";

F. All documents relating to Bank of America SEP IRA '08 X5796 ($45,000.00). *See* Exhibit "B";

G. All furnishings, fixtures and equipment of Capitol Investments, USA ("Capitol's FF&E") or evidence of the sale, transfer or disposal of Capitol's FF&E. A copy of Torres & Company, Inc.'s invoice reflecting that Capitol's FF&E was being prepared for liquidation around October 16, 2009 is attached hereto as Exhibit "D";

H. All computers purchased by Capitol Investments USA, Inc. in Shapiro and/or his counsel's possession;[1]

[1] On February 24, 2010, Alejandro Torres, Capitol Investments USA, Inc.'s in-house bookkeeper, testified during his Rule 2004 Examination that all of Capitol Investments USA, Inc.'s computers were purchased by Capitol.

2

TABAS, FREEDMAN, SOLOFF MILLER & BROWN, P.A. • ONE FLAGLER BUILDING, 14 NORTHEAST FIRST AVENUE, PENTHOUSE, MIAMI, FLORIDA 33132 • (305) 375-8171

I. Any and all personal property removed from any of the Debtors' locations (whether individual residences or business locations) for which moving expenses were paid in the amount of $1,100.00. A copy of cancelled check number 6308 dated November 23, 2009, for "movers" in the amount of $1,100.00 is attached hereto as Exhibit "E"; and

J. The watch purchased by Nevin Shapiro on July 21, 2009 for $12,000.00 or all documents evidencing, reflecting or relating to the disposition, sale or transfer of said watch. A copy of check number 6208, dated July 21, 2009 reflecting the "watch purchase" is attached hereto as Exhibit "F."

3. As asserted in the Trustee's Motion, the Trustee believes that all of the above listed property is property of the estate and subject to turnover.

## III. RELIEF REQUESTED

4. The Trustee requests this Court enter an Order (a) compelling the Debtor to immediately turn over to the Trustee all property of the estate under Section 541, including, but not limited to, the property identified in paragraphs 2 (A-J) above; (b) compelling Shapiro to submit a sworn affidavit to the Court stating that he has turned over all property of the estate; and (c) to the extent any of the property identified in paragraphs 2 (A-J) above has been disposed of, account for the disposition of the property.

**WHEREFORE**, Joel L. Tabas, as Chapter 7 Trustee of the Bankruptcy Estate of Nevin Karey Shapiro, respectfully requests this Honorable Court enter an Order (1) directing Shapiro to immediately turn over all property of the estate to the Trustee; (2) directing Shapiro to submit a sworn affidavit verifying, under penalty of perjury, that all

property of the state has been turned over; (3) compelling Shapiro to account for the disposition of any of the property identified in paragraphs 2 (A-J) not turned over; and (4) granting such other and further relief this Court deems just and proper.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that true and correct copy of the foregoing was furnished via the Court's CM/ECF system to all parties on the attached Electronic Mail Notice List on March 3, 2010; and via U.S. Mail to all parties on the attached Manual Notice List on March 4, 2010.

Respectfully submitted,

/s/ Gary M. Freedman

Gary M. Freedman
Florida Bar No.: 727260
Tabas, Freedman, Soloff, Miller & Brown, P.A.
*Attorneys for Joel L. Tabas, Trustee*
14 Northeast First Avenue, Penthouse
Miami, Florida 33132
Telephone: (305) 375-8171
Facsimile: (305) 381-7708
E-mail: gary@tabasfreedman.com



ANTIQUE & ESTATE LIQUIDATORS

- APPRAISALS - SALES - AUCTIONS - PROBATE -
11095 S.W. 84 Ct., Miami, Florida 33156 • (305) 588-2904 • (305) 279-9442

Diana F. Wright

Furniture
Paintings
Jewelry
Personal
Contents

February 24, 2010

Joel L. Tabas, Esq.
Bankruptcy Trustee
One Flagler Building
14 Northeast First Avenue, Penthouse
Miami, Florida 33132

**Re: Inventory and Appraisal of Furnishing and Personal Property of**
**Capital Investments USA, Inc. Case No.: 09-36408-BKC-LMI**
**Nevin Karey Shapiro Case No.: 09-36418-BKC-LMI**
**5380 North Bay Road**
**Miami Beach, Florida**

Dear Mr. Tabas:

Attached please find the Inventory and Appraisal of Furnishings and Personal Property of Capital Investments USA, Inc. and Nevin Karey Shapiro located at the above referenced address, dated February 16, 2010, together with a Statement of Limitations, Contingencies, Assumptions and General Information, and an Appraiser's Affidavit for your use. The total of Twenty Five Thousand Fifty Dollars and no cents ($25,050.00) represents the value of the personal property appraised according to the procedures set forth in the Statement of Limitations. It has been a pleasure to be of service to you.

Sincerely,

Diana F. Wright

DW:egw

EXHIBIT
A



ANTIQUE & ESTATE LIQUIDATORS

· APPRAISALS · SALES · AUCTIONS · PROBATE ·
11095 S.W. 84 CT., MIAMI, FLORIDA 33156 • (305) 588-2904 • (305) 279-9442

DIANA F. WRIGHT

FURNITURE
PAINTINGS
JEWELRY
PERSONAL
CONTENTS

## STATEMENT OF LIMITATIONS, CONTINGENCIES, ASSUMPTIONS AND GENERAL INFORMATION

1. All dimensions, weights and quantities referenced herein are approximate.

2. Values listed herein are for the purpose of this appraisal. No change, addition, correction or deletions may be made in this appraisal by anyone other than the listed appraisers. This appraisal may not be published either in part or in whole without the specific permission of the appraisers listed herein.

3. Value determined in this appraisal reflect value of listed items in their given condition, taking into consideration market conditions within the community at the time of the appraisal. Property is generally assumed to be in reasonably good condition, allowing for normal aging, wear and tear, unless otherwise noted. No assurances are made as to the condition or value of listed items at the time of sale.

4. The valuation of items listed in this appraisal is based upon standard practices and procedures generally followed by the trade, including at appraiser's discretion published records and communication with vendors in the trade.

5. Neither the appraisers nor any employees or agents of appraisers assume any liability with respect to any action that may be taken on the basis of this appraisal. The appraisers do not, in making this appraisal, agree to either purchase or replace items listed herein.

6. This appraisal is neither a warranty, a guaranty, an authentication nor an offer to purchase. Neither Antique & Estate Liquidators nor any of its employees or agents shall be held liable for any action taken based on this report. No guarantee is made that items valued in this appraisal will in fact realize the specified amount of valuation at any sale, either public or private.

7. Representation and information furnished by the client are assumed to be accurate. No investigation as to the ownership of the property listed in this appraisal has been made, and no representation is made or implied as to ownership of said property. Valuation for items of fine are or items of specific or notable value are contingent upon authentication.

ANTIQUE & ESTATE LIQUIDATORS

- APPRAISALS - SALES - AUCTIONS - PROBATE -
11095 S.W. 84 CT., MIAMI, FLORIDA 33156 • (305) 588-2904 • (305) 279-9442

DIANA F. WRIGHT

FURNITURE
PAINTINGS
JEWELRY
PERSONAL
CONTENTS

8. Appraisers reserve the right, at their discretion, to test precious metals to determine metal content, although it is not to be presumed that such test were performed. Appliances and electronics are not tested, unless otherwise noted, and no assurance is made or implied as the working condition of such items.

9. No guarantees, assurances or implications are made as to the authenticity of items listed herein. The valuations of paintings and objects d' art are based upon presumed genuineness of the article, and are reflective of the value upon authentication. Descriptive terms (i.e. those that evoke style or period) are not to be construed as representations of authenticity of age or genuineness of the item.



ANTIQUE & ESTATE LIQUIDATORS

- APPRAISALS - SALES - AUCTIONS - PROBATE -
11095 S.W. 84 CT., MIAMI, FLORIDA 33156 • (305) 588-2904 • (305) 279-9442

DIANA F. WRIGHT

FURNITURE
PAINTINGS
JEWELRY
PERSONAL
CONTENTS

## APPRAISER'S AFFIDAVIT

STATE OF FLORIDA }
}
COUNTY OF MIAMI-DADE }

Before me this day personally appeared Diana F. Wright who is personally known to me and who deposes and says that she has examined the furnishings and personal property of Capital Investments USA, Inc. Case No.: 09-36408-BKC-LMI and Nevin Karey Shapiro Case No.: 09-36418-BKC-LMI, 5380 North Bay Road, Miami Beach, Florida dated February 16, 2010 and that relative thereto she has prepared the foregoing inventory and appraisal consisting of Three (3) pages, and that the total figure amount of Twenty Five Thousand Fifty dollars and no cents ($25,050.00) represents the value of the items listed therein.

Diana F. Wright

Sworn to and subscribed before me this 24 day of February, 2010.

Notary Public, State of Florida

NOTARY PUBLIC STATE OF FLORIDA
EMILY GAYLE WESTON
MY COMMISSION # DD 809783
EXPIRES: November 27, 2012
Bonded Thru Budget Notary Services



ANTIQUE & ESTATE LIQUIDATORS

- APPRAISALS - SALES - AUCTIONS - PROBATE -
11095 S.W. 84 CT., MIAMI, FLORIDA 33156 • (305) 588-2904 • (305) 279-9442

DIANA F. WRIGHT

FURNITURE
PAINTINGS
JEWELRY
PERSONAL
CONTENTS

# INVENTORY AND APPRAISAL OF FURNISHINGS AND PERSONAL PROPERTY OF

**Capital Investments USA, Inc.**
**Case No.: 09-36408-BKC-LMI**

**Nevin Karey Shapiro**
**Case No.: 09-36418-BKC-LMI**

**5830 North Bay Road**
**Miami Beach, Florida**

**Prepared for:**

**Joel Tabas, Esq**
**Bankruptcy Trustee**
**One Flagler Building**
**14 Northeast First Avenue**
**Penthouse**
**Miami, Florida 33132**

**Prepared by:**

**Diana F. Wright**
**Antique & Estate Liquidators**
**License No.: 00373189/1**

**February 16, 2010**

**APPRAISAL**
**Inventory of Furnishings and Personal Property**

**Capital Investments USA, Inc. Case No.: 09-36408-BKC-LMI**
**Nevin Karey Shapiro Case No.: 09-36418-BKC-LMI**
**5380 North Bay Road**
**Miami Beach, Florida**
**Date of Appraisal: February 16. 2010**

| Item #/Room | Description | Value |
|---|---|---|
| | | |
| **Entrance Atrium** | | |
| 1 | 6 Carved Indonesian Bench/settee | $1,200.00 |
| 2 | 8 various rattan/wicker chairs | $700.00 |
| 3 | 8 Large blue ceramic planters | $800.00 |
| 4 | 2 wood footstools | $150.00 |
| 5 | 2 tables | $200.00 |
| | | |
| **Pool Table Room** | Pool table is part of house | |
| 6 | Indonesian teak Greek key chest | $400.00 |
| 7 | Leather sofa | $500.00 |
| 8 | 50" flat screen television | $400.00 |
| 9 | 2 mahogany bar stools | $375.00 |
| 10 | Wrought iron andirons | $100.00 |
| 11 | Occasional tables | $250.00 |
| 12 | Arcade size Pac Man game | $400.00 |
| | | |
| **Florida Room** | | |
| 13 | Indonesian sideboard | $400.00 |
| 14 | 48" Corian top table | $500.00 |
| 15 | 6 dining chairs | $600.00 |
| 16 | 4 upholstered rattan chirs | $1,000.00 |
| 17 | Blue ceramic garden stool | $75.00 |
| | | |
| **Pool** | | |
| 18 | 15 Kannoa wicker outdoor furniture: chairs, lounges, 5 tables | $5,000.00 |
| 19 | 2 blue porcelain planters | $200.00 |
| | | |
| **Den** | | |
| 20 | Modern orange coffee table (64 x 48) | $800.00 |
| 21 | Donghia couch white | $600.00 |
| 22 | Donghia couch orange | $600.00 |
| 23 | 2 Donghia chairs white | $800.00 |
| 24 | End table | $150.00 |
| 25 | Garden stool | $150.00 |
| 26 | Pottery planter | $75.00 |
| 27 | 50" Panasonic flat screen | $300.00 |
| 28 | 2 27" Toshiba flat screen | $200.00 |
| | | |
| **Entry** | | |
| 29 | Copper and bamboo water feature | $500.00 |
| 30 | Upholstered bench | $200.00 |

# APPRAISAL
## Inventory of Furnishings and Personal Property

**Capital Investments USA, Inc. Case No.: 09-36408-BKC-LMI**
**Nevin Karey Shapiro Case No.: 09-36418-BKC-LMI**
**5380 North Bay Road**
**Miami Beach, Florida**
**Date of Appraisal: February 16. 2010**

| | | |
|---|---|---|
| 31 | Planter | $100.00 |
| | | |
| **Master Bedroom** | All furniture custom built in | |
| 32 | bedspread | $45.00 |
| 33 | Melissa & Doug lion | $25.00 |
| 34 | 3 Indonesian vases | $100.00 |
| 35 | 2 white floral vases | $100.00 |
| | | |
| **MB dressing room** | | |
| 36 | Game table | $300.00 |
| | | |
| **MB closet** | | |
| 37 | Men's clothing & shoes | $400.00 |
| 38 | Normank rug | $100.00 |
| 39 | 2 tall Murano-like vases | $250.00 |
| 40 | 2 Indonesioan vases | $150.00 |
| | | |
| **Office** | | |
| 41 | 6 vases | $400.00 |
| 42 | Steel desk | $300.00 |
| 43 | HP computer screen/keyboard | $50.00 |
| 44 | APC back up system | $75.00 |
| 45 | Oriental type rug | $100.00 |
| | | |
| **Second bedroom** | | |
| 46 | Panasonic TV | $200.00 |
| 47 | Hoist Ab machine | $150.00 |
| 48 | Pair of Indonsian chairs | $300.00 |
| 49 | 2 lamps | $80.00 |
| | | |
| **Third bedroom** | | |
| 50 | King headboard &bed | $500.00 |
| 51 | Bed spread/shams | $50.00 |
| 52 | upholstered chair | $150.00 |
| 53 | 2 metal chairs | $150.00 |
| 54 | Wicker planter with bamboo | $40.00 |
| 55 | Men's valet stand | $75.00 |
| 56 | rug | $150.00 |
| 57 | Floor lamp | $25.00 |
| | | |
| **Upstairs guest room** | | |
| 58 | Orange sectional - Lee Industries | $800.00 |
| 59 | Signed UM helmit - coaches edition | $200.00 |
| 60 | Steelers helmet | $125.00 |

**APPRAISAL**
**Inventory of Furnishings and Personal Property**

**Capital Investments USA, Inc. Case No.: 09-36408-BKC-LMI**
**Nevin Karey Shapiro Case No.: 09-36418-BKC-LMI**
**5380 North Bay Road**
**Miami Beach, Florida**
**Date of Appraisal: February 16. 2010**

| | | |
|---|---|---|
| 61 | Panosonic TV | $275.00 |
| 62 | 2 Olevia TV | $250.00 |
| 63 | Umbrella stand | $50.00 |
| 64 | Next time clock | $20.00 |
| 65 | Pottery Barn cane/mahogany queen bed | $500.00 |
| 66 | Pottery Barn Portola Mahagony chest | $500.00 |
| 67 | Pottery Barn Portola Mahogany night table | $150.00 |
| 68 | Pottery Barn velvet bedspread | $50.00 |
| | | |
| **Butler's pantry** | | |
| 69 | 12 modern chapagne flutes | $60.00 |
| 70 | 9 oversize wine goblets | $40.00 |
| 71 | 2 oversize vases | $40.00 |
| | | |
| **Total** | | **$25,050.00** |

11:42 AM
12/16/08
Cash Basis

# NEVIN K. SHAPIRO
## Balance Sheet
As of October 31, 2008

| | Oct 31, 08 |
|---|---|
| **ASSETS** | |
| **Current Assets** | |
| **Checking/Savings** | |
| BOA dba NKS FINANCIAL #9122 | 3,389.11 |
| WACHOVIA CROWN #5241 | 2,755.97 |
| WACHOVIA FREE CHECKING #3673 | 640.52 |
| WACHOVIA IRA #2199 | 28.62 |
| WACHOVIA PERFORMANCE #4773 | -156,513.03 |
| WACHOVIA PREMIUM SAVINGS #6... | 31,678.41 |
| WACHOVIA SECURITIES-SWEEP FU... | 0.88 |
| **Total Checking/Savings** | -118,019.52 |
| **Other Current Assets** | |
| Other Current Assets | 1,101,904.64 |
| SEP IRA '07 #5741 | 46,409.01 |
| SEP IRA '08 #5796 | 46,409.01 |
| Wachovia Retirement Acct#5069 | 4,665.90 |
| **Total Other Current Assets** | 1,199,388.56 |
| **Total Current Assets** | 1,081,369.04 |
| **Fixed Assets** | |
| 5380 N BAY ROAD | 6,000,000.00 |
| Discovery Bay Lot # 43 | 140,000.00 |
| Furniture and Equipment | 238,253.96 |
| Jewelry | 23,668.00 |
| Pontiac 78' Trans Am | 14,500.00 |
| **Total Fixed Assets** | 6,416,421.96 |
| **Other Assets** | |
| Benjaminz LP Loan Receivable | 26,039.82 |
| Brokerage Account - M.Menoscal | 29,007.00 |
| Edward Bolden | 20,000.00 |
| M. Menoscal Gift/Asset NKS TBD | 479,308.10 |
| Other Asset | 4,687,523.46 |
| **Total Other Assets** | 5,241,878.38 |
| **TOTAL ASSETS** | **12739669.38** |
| **LIABILITIES & EQUITY** | |
| **Liabilities** | |
| **Current Liabilities** | |
| **Credit Cards** | |
| AMEX Centurion Card #51006 | 32,314.88 |
| Citi Card #8398 | 4,978.06 |
| Discover Credit Card #8309 | 12.98 |
| Wachovia Platinum Card #9735 | 14,512.45 |
| **Total Credit Cards** | 51,818.37 |

**Capitol/Gero001508**

EXHIBIT B

11:42 AM
12/16/08
Cash Basis

# NEVIN K. SHAPIRO
## Balance Sheet
### As of October 31, 2008

| | Oct 31, 08 |
|---|---|
| Other Current Liabilities | |
| George Kovacs Investment LLC | -9,385.00 |
| NewTown LP | 520,000.00 |
| Other Current Liability | 2,784,343.20 |
| Total Other Current Liabilities | 3,294,958.20 |
| Total Current Liabilities | 3,346,776.57 |
| Long Term Liabilities | |
| Countrywide Loan #8937 | -91,002.76 |
| IndymacBank Loan #6066 | 4,355,000.00 |
| Ocean Rock Enterprises, Inc | 490,888.59 |
| Wachovia PrimeEquity Line #6272 | 269,896.78 |
| Total Long Term Liabilities | 5,024,782.61 |
| Total Liabilities | 8,371,559.18 |
| Equity | |
| Opening Balance Equity | 5,123,706.89 |
| Owners Equity | -392,652.74 |
| Net Income | -362,943.95 |
| Total Equity | 4,368,110.20 |
| TOTAL LIABILITIES & EQUITY | 12739669.38 |

Capitol/Gero001509

11:41 AM
12/16/08
Cash Basis

# NEVIN K. SHAPIRO
## Profit & Loss
### January through October 2008

| | Jan - Oct 08 |
|---|---|
| **Ordinary Income/Expense** | |
| **Income** | |
| **Commissions Income** | 5,430,593.19 |
| **Payroll Income** | 1,100,000.00 |
| **Total Income** | 6,530,593.19 |
| **Gross Profit** | 6,530,593.19 |
| **Expense** | |
| **Auto and Truck Expenses** | 113,099.40 |
| **Bank Service Charges** | 6,837.39 |
| **Charitable Contributions** | 5,375.00 |
| **Contract Labor** | 126,700.00 |
| **Dues & Subscriptions** | 13,799.83 |
| **Fees & Services** | 2,381.34 |
| **Insurance Expense** | 73,134.33 |
| **Interest Expense** | 731,589.01 |
| **Miscellaneous Expenses** | 21,091.60 |
| **Office Supplies** | 6,113.67 |
| **Payroll Taxes** | 418,586.10 |
| **Pending Items - Wachovia #47...** | 195,035.00 |
| **Personal Expenses** | 945,403.18 |
| **Professional Fees** | 547,009.81 |
| **Property Tax Expenses** | 71,791.03 |
| **Repairs and Maintenance** | 266,655.30 |
| **Storage Expenses** | 2,782.00 |
| **Taxes Personal Income Tax '06** | 180,086.63 |
| **Taxes Personal Income Tax '07** | 237,477.00 |
| **Telephone Expense** | 4,518.70 |
| **Travel, Meals And Entertainm...** | 270,279.77 |
| **Utilities** | 22,420.40 |
| **Total Expense** | 4,262,166.49 |
| **Net Ordinary Income** | 2,268,426.70 |
| **Other Income/Expense** | |
| **Other Income** | |
| **Interest Income** | 8,862.14 |
| **Other Gain/Loss on Stocks** | -16,330.39 |
| **Other Income** | 215,548.10 |
| **Total Other Income** | 208,079.85 |

11:41 AM
12/16/08
Cash Basis

# NEVIN K. SHAPIRO
## Profit & Loss
January through October 2008

| | Jan - Oct 08 |
|---|---|
| Other Expense | |
| To be reclassified by CPA | 2,790,040.00 |
| Uncategorized Cash Expenses | 49,410.50 |
| Total Other Expense | 2,839,450.50 |
| Net Other Income | -2,631,370.65 |
| **Net Income** | **-362,943.95** |



00000684|O⁻ ⁻2|C09|CCA|C0000057797|BTRNF|1292|0050506

NUMBER 00684

00000684 INCORPORATED IN THE PROVINCE OF BRITISH COLUMBIA

SHARES **128676**

# OROMIN EXPLORATIONS LTD.

CUSIP 687082 10 7

687082107

THIS CERTIFIES THAT

NEVIN SHAPIRO
400 ARTHUR GODFREY ROAD SUITE 506
MIAMI BEACH FL 33140
UNITED STATES

is the registered holder of

*******128676*****
********128676****
*********128676***
**********128676**
***********128676*

FULLY PAID AND NON-ASSESSABLE COMMON SHARES WITHOUT PAR VALUE

in the Capital of the above named Company subject to the Memorandum and Articles of the Company transferable on the books of the Company by the registered holder in person or by Attorney duly authorized in writing upon surrender of this certificate properly endorsed.

This certificate is not valid unless countersigned by the Transfer Agent and Registrar of the Company.

IN WITNESS WHEREOF the Company has caused this certificate to be signed on its behalf by the facsimile signatures of its duly authorized officers at Vancouver, British Columbia.

DATED 21-FEB-2008

President

Secretary

COUNTERSIGNED AND REGISTERED
COMPUTERSHARE TRUST COMPANY OF CANADA - VANCOUVER
TRANSFER AGENT AND REGISTRAR

By
Authorized Officer

The Shares represented by this certificate are transferable at the offices of Computershare Trust Company of Canada, Vancouver, B.C.

HIS CERTIFICATE HAS BEEN COUNTERSIGNED AND REGISTERED BY COMPUTERSHARE INVESTOR SERVICES INC., SUCCESSOR TR

Capitol/Gero000235



00000734|O[illegible]|C09|CCA|C0000057797|BTRNF|1292|0050506[illegible]

NUMBER
00734

00000734 INCORPORATED IN THE PROVINCE OF BRITISH COLUMBIA

SHARES
**16084**

Transfer restriction, legend on reverse
Restriction de transfert, légende au verso

# OROMIN EXPLORATIONS LTD.

CUSIP 687082 10 7

687082107

THIS CERTIFIES THAT

NEVIN SHAPIRO
400 ARTHUR GODFREY ROAD SUITE 506
MIAMI BEACH FL 33140
UNITED STATES

is the registered holder of

********16084*****
*********16084****
**********16084***
***********16084**
************16084*

FULLY PAID AND NON-ASSESSABLE COMMON SHARES WITHOUT PAR VALUE

in the Capital of the above named Company subject to the Memorandum and Articles of the Company transferable on the books of the Company by the registered holder in person or by Attorney duly authorized in writing upon surrender of this certificate properly endorsed.

This certificate is not valid unless countersigned by the Transfer Agent and Registrar of the Company.

IN WITNESS WHEREOF the Company has caused this certificate to be signed on its behalf by the facsimile signatures of its duly authorized officers at Vancouver, British Columbia.

DATED 21-FEB-2008

President

Secretary

COUNTERSIGNED AND REGISTERED
COMPUTERSHARE TRUST COMPANY OF CANADA - VANCOUVER
TRANSFER AGENT AND REGISTRAR

By ______________
Authorized Officer

The Shares represented by this certificate are transferable at the offices of Computershare Trust Company of Canada, Vancouver, B.C.

[illegible]HIS CERTIFICATE HAS BEEN COUNTERSIGNED AND REGISTERED BY COMPUTERSHARE INVESTOR SERVICES INC. SUCCESSOR TR[illegible]

**TORRES & COMPANY, INC.**

440 S. FEDERAL HWY
SUITE#105
DEERFIELD BEACH, FL 33441

# Invoice

| Date | Invoice # |
|---|---|
| 10/16/2009 | 885 |

| Phone # | Fax # | E-mail |
|---|---|---|
| | | |

Bill To

CAPITOL INVESMENT USA INC
NEVIN K. SHAPIRO
4045 SHERIDAN AVE #253
MIAMI BEACH, FL 33140

| Terms | Rep |
|---|---|
| Due on receipt | ART |

| Item | Qty | Description | Rate | Amount |
|---|---|---|---|---|
| ACCOUNTIN... | 20 | MAINTENANCE OF QUICKBOOKS FILE, MASTER PAYABLES LIST, ACCOUNTS PAYABLES PROCESSING & REPORTS THRU OCTOBER, DATA ENTRY, WIRE TRANSFERS, PROMISSORY NOTES REVIEW, LOCAL:MIAMI BEACH OFFICE MANAGEMENT, ETC. PROVIDE LENDER INTEREST REPORTS TO J.WILLIAMS AS REQUESTED<br>HARD FILE ORGANIZATION, COMMUNICATIONS WITH LEGAL COUNSEL (KELLY, DRYE & WARREN, FRANKLIN INVESTIGATIONS) RE: CURRIE BANKRUPTCY & LENDER ISSUES, COMMUNICATIONS JACKIE GERO RE: N.SHAPIRO INCOME TAXES 2008, PREPARE AND LIST OFFICE ASSETTS (PC's, DESKS, ETC.) FOR LIQUIDATION,<br>TECH SUPPORT: DIGITAL FILES BACKUP AND REVIEW, BOOK-KEEPING SERVICES FROM 09.28.09 THRU 10.23.09 | 400.00 | 8,000.00 |
| MISC. | 1 | TRAVEL TIME/EXPENSE MIAMI BEACH OFFICE (45HRS) | 250.00 | 250.00 |
| ACCOUNTIN... | 1 | NKS DBA FINANCIAL SYSTEMS, WORK WITH TEMP. ASSISTANT CORRECTING QUICKBOOKS FILE REVIEW & MAINTENANCE, DATA ENTRY, WORKING WITH N.SHAPIRO TO CORRECT DEBITS/CREDITS-CONTINUED, ACCOUNT RECONCILIATIONS | 0.00 | 0.00 |
| ACCOUNTIN... | 1 | OCEAN ROCK ENTERPRISES, INC.: BANK RECONCILIATION, WIRE TRASNFERS, A/PAYABLES (SAPPHIRE PROJECT, ETC.)-CONTINUED PROBLEM, ORGANIZED HARD FILES, BOOKS, ETC. FOR CORPORATION DISSOLUTION-CONTINUED | 0.00 | 0.00 |
| ACCOUNTIN... | 1 | JAT WHOLESALE, INC. BANK RECONCILIATION, WIRE TRANSFERS, ORGANIZED HARD FILES, BOOKS, ETC. FOR CORPORATION DISSOLUTION | 0.00 | 0.00 |

It's been a pleasure working with you and we thank you for allowing us to be of service.

| | |
|---|---|
| **Total** | $8,250.00 |
| **Balance Due** | $3,150.00 |

PURSUANT TO INTERNAL REVENUE SERVICE CIRCULAR 230, WE HEREBY INFORM YOU THAT ANY TAX ADVICE SET FORTH HEREIN WITH RESPECT TO U.S. FEDERAL TAX ISSUES WAS NOT INTEDED OR WRITTEN BY TORRES & COMPANY, INC. TO BE USED, AND CANNOT BE USED BY YOU OR ANY TAX PAYER, FOR THE PURPOSE OF AVOIDING ANY PENALTIES THAT MAY BE IMPOSED ON YOU OR ANY OTHER PERSON UNDER THE INTERNAL REVENUE CODE.

NOTICE OF PRIVACY POLICY
INFORMATION WE COLLECT ABOUT YOU:
WE COLLECT NON-PUBLIC PERSONAL INFORMATION FROM YOU ON APPLICATIONS OR OTHER FORMS
DISCLOSURES OF INFORMATION ABOUT YOU:
WE DO NOT DISCLOSE ANY NON-PUBLIC PERSONAL INFORMATION ABOUT OUR CUSTOMERS OR FORMER CUSTOMERS TO ANYONE.
CONFIDENTIALITY & SECURITY:
WE RESTRICT ACCESS TO NON-PUBLIC INFORMATION ABOUT YOU TO THOSE EMPLOYEES WHO NEED TO KNOW THAT INFORMATION TO PROVIDE PRODUCTS OR SERVICES TO YOU. CONTACT US IF YOU HAVE ANY QUESTIONS.

EXHIBIT
D

REDE Page 865 of 872

NEVIN SHAPIRO
5380 N Bay Road
Miami Beach, FL 33140
OK by Cust
6308
63-643/670
BRANCH 00522
11-23-09
Date
Pay to the Order of
Nevin Shapiro
$ 1100.00
Eleven Hundred
Dollars
WACHOVIA
Wachovia Bank, N.A.
wachovia.com
Performance Banking
For
Morrys
11/24/09 00789 0475
12:37 PM
$1,100.00
WACHOVIA NA
ORLANDO FL
17347885518

Summons _Subpoenas
Y1372-110
Philadelphia PA 19101

EXHIBIT
E

REDE Page 759 of 872

NEVIN SHAPIRO
5380 N Bay Road
Miami Beach, FL 33140

6208
63-643/670
BRANCH 00522

7-21-09
Date

Pay to the Order of Nevin Shapiro $ 12,000.00

Twelve Thousand Dollars

WACHOVIA
Wachovia Bank, N.A.
wachovia.com

Performance Banking

FUNB PP 05/12
07/21/09 00351 0179
02:49 PM $12

For (WATCH Purchase)

⑈4773⑈ 6208 ⑈0001200000⑈

Security Features exceed industry standards and include:
- The patented Security Weave pattern on the back designed to deter check fraud
- Microprint (MP) lines printed on front and back
- The words "ORIGINAL DOCUMENT" clearly apparent across the back
- Padlock icon visible on front and back

Do not cash if:
- Any of the features listed above are missing or appear altered
- Fugitive ink on back looks pink or has disappeared
- Brown stains and colored spots appear on both front and back
- The word "VOID" appears clearly to the right of this message

ENDORSE HERE

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

ORIGINAL DOCUMENT

Summons _Subpoenas
Y1372-110
Philadelphia PA 19101

EXHIBIT F

# Mailing Information for Case 09-36408-LMI

## Electronic Mail Notice List

The following is the list of **parties** who are currently on the list to receive e-mail notice/service for this case.

- Silvio Amico silvioam@bellsouth.net
- Eric N Assouline ena@assoulineberlowe.com, jc@assoulineberlowe.com;ag@assoulineberlowe.com
- Jeffrey W. Blacher jblacher@blacherlaw.com
- Andrew C Deweese adeweese@drllp.com
- Drew M Dillworth ddillworth@stearnsweaver.com, marocha@stearnsweaver.com;rross@stearnsweaver.com;mmesones-mori@stearnsweaver.com
- Mark A Drummond mad@hostetler-kowalik.com
- Gary M Freedman gfreedman@tabasfreedman.com, jackie@tabasfreedman.com;lise@tabasfreedman.com;zuraika@tabasfreedman.com
- Jeffrey A Hokanson jeff.hokanson@hostetler-kowalik.com
- John W. Kozyak jk@kttlaw.com, ycc@kttlaw.com;la@kttlaw.com
- Thomas R. Lehman trl@lkllaw.com
- David Hywel Leonard hleonard@carltonfields.com, lrodriguez@carltonfields.com;tpaecf@cfdom.net
- Paul J McMahon pjm@pjmlawmiami.com
- Barry E. Mukamal bankruptcy@marcumrachlin.com
- Office of the US Trustee USTPRegion21.MM.ECF@usdoj.gov
- Anila Rasul arasul@kahaneandassociates.com, jbuchanan@kahaneandassociates.com;mjoseph@kahaneandassociates.com;ymarcelin@kahaneandassociates.com
- David L Rosendorf dlr@kttlaw.com, pm@kttlaw.com;la@kttlaw.com;CWT@kttlaw.com;ycc@kttlaw.com
- Theodore F Smith tsmith@tedsmithlaw.com
- Aaron L Swimmer als@swimmerlawassociates.com
- Joel L Tabas jtabas@tabasfreedman.com, karen@tabasfreedman.com
- Joel L Tabas JLT@tfsmlaw.com, jtabas@ecf.epiqsystems.com;nancy@tfsmlaw.com;scott@tfsmlaw.com
- Frank Terzo frank.terzo@gray-robinson.com, jceide@gray-robinson.com;lnegron@gray-robinson.com;vking@gray-robinson.com
- Peter F. Valori pvalori@dvllp.com, spitta@dvllp.com
- Theodore R Walters twalters@cl-law.com

## Manual Notice List

The following is the list of **parties** who are **not** on the list to receive e-mail notice/service for this case (who therefore require manual noticing/service). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

Craig A Bryan
Bryan, Bradley & Williams, LLC
3003 Tamiami Trail North #210
Naples, FL 34103

Nalini Charran
9 Island Avenue
Unit 2415
Miami Beach, FL 33139

Bradley Associates Limited Partnership
111 East Wacker Dr #900
Chicago, IL 60601

CIT Technology Financing Services, Inc.
800 E Sonterra Blvd #240
San Antonio TX 78258

Capitol Investments USA, Inc.
400 41st Street #506
Miami Beach, FL 33140

Craig A Bryan
Bryan, Bradley & Williams, LLC
3003 Tamiami Trail North #210
Naples, FL 34103

Dave and Elizabeth Pitera
Donald L. Hope Donna J. Hope
c/o Richard M. Treiser, Esq.
Treiser Collins
3080 Tamiami Trail E.
Naples FL 34112

Hyman B. Birnbaum Revocable Trust
GrayRobinson, PA
1221 Brickell Ave
Suite 1600
Miami, FL 33131

Jeffrey H. Fink
Restani, Dittmar & Hauser, P.A.
201 Alhambra Circle, Suite 1050
Coral Gables, FL 33134

Nalini Charran
9 Island Avenue
Unit 2415
Miami Beach, FL 33139

Nevin Karey Shapiro
5380 N Bay Rd
Miami Beach, FL 33140

Peter R. Indovina
2816 N. Elm Lane
Arlington Heights IL 60004

Philip DiCosola
4N494 Mountain Ash Drive
Wayne IL 60194

Raymond J. Potolo
5409 Fairelms Ave
Western Springs IL 60558

Relianz Mortgage, Inc.
225 N Michigan Ave 11th Floor
Chicago, IL 60601

South Beach Chicago 2008, LLC
225 N Michigan Ave 11th floor
Chicago, IL 60601

South Beach Chicago, LLC
225 N Michigan Ave 11th floor
Chicago, IL 60601

Victor Gonzalez
19271 Sterling Dr
Cutler Bay, FL 33157