B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court

### Southern District of Florida

In re  NEVIN KAREY SHAPIRO
_____,
Debtor

Case No.  09-36418-LMI

Chapter  7

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | YES | 1 | $5,400,000.00 | | |
| B - Personal Property | YES | 4 | $ 87,897.53 | | |
| C - Property Claimed as Exempt | YES | 1 | | | |
| D - Creditors Holding Secured Claims | YES | 1 | | $ 4,832,704.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | YES | 3 | | $ 272,162.47 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 4 | | $ 133,926,066.58 | |
| G - Executory Contracts and Unexpired Leases | YES | 1 | | | |
| H - Codebtors | YES | 1 | | | |
| I - Current Income of Individual Debtor(s) | YES | 1 | | | $ 0.00 |
| J - Current Expenditures of Individual Debtors(s) | YES | 1 | | | $ -5,100.00 |
| TOTAL | | | $5,487,897.53 | $ 133,926,066.58 | |

B 6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court

## Southern District of Florida

In re  NEVIN KAREY SHAPIRO           ,
            Debtor

Case No.  09-36418-LMI

Chapter  7

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

       If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

       ☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts.  You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $          0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $   272,162.47 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $          0.00 |
| Student Loan Obligations (from Schedule F) | $          0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $          0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $          0.00 |
| TOTAL | $   272,162.47 |

**State the following:**

| | |
|---|---|
| Average Income  (from Schedule I, Line 16) | $          0.00 |
| Average Expenses (from Schedule J, Line 18) | $     5,100.00 |
| Current Monthly Income (from Form 22A Line 12; **OR,** Form 22B Line 11; **OR,** Form 22C Line 20 ) | $          0.00 |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $          0.00 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $   272,162.47 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $          0.00 |
| 4. Total from Schedule F | | $33,926,066.50 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $33,926,066.50 |

B6A (Official Form 6A) (12/07)

In re  NEVIN KAREY SHAPIRO                    ,        Case No.  09-36418-BKC-LMI
_____
            **Debtor**                                                          (If known)

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| Home - 5380 North Bay Road, Miami Beach, Florida, 33140 | Owner | | 5,400,000.00 | $4,400,000.00 |
| | | | | $270,000.00 |

Total ► 5,400,000.00

(Report also on Summary of Schedules.)

B 6B (Official Form 6B) (12/07)

In re  NEVIN KAREY SHAPIRO _____,     Case No.  09-36418-BKC-LMI
              **Debtor**                                                      (If known)

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | | | | 400.00 |
| 2. Checking, savings or other finan-cial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and home-stead associations, or credit unions, brokerage houses, or cooperatives. | | Wachoiva Accts - 1090003974773, 1010070655241, BoA Acct. - 005504829122 (value listed is approximate) | | 50.00 |
| 3. Security deposits with public util-ities, telephone companies, land-lords, and others. | | Nelson Gonzalez - Real Estate Rental Deposit | | 6,340.00 |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | See list compiled by Trustee, less lamps, pillows and waterfall which belong to a 3rd party | | 24,450.00 |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | | Oil Painting located at debtor's reidence. | | 100.00 |
| 6. Wearing apparel. | | See Trustee's appraisal. | | 400.00 |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photo-graphic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | See attached sheet | | 3,057.53 |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |

B 6B (Official Form 6B) (12/07) -- Cont.

In re  NEVIN KAREY SHAPIRO                          ,        Case No.   09-36418-BKC-LMI
                    **Debtor**                                                    **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | See attached sheet | | 0.00 |
| 14. Interests in partnerships or joint ventures.  Itemize. | | See attached sheet | | 0.00 |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled.  Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds.  Give particulars. | | Loan to Paul Calli, approx. 6/09, (1 yr at 5% simple int.) | | 19,000.00 |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A – Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims.  Give estimated value of each. | | Unknown | | |

B 6B (Official Form 6B) (12/07) -- Cont.

In re   NEVIN KAREY SHAPIRO                          ,        Case No.   09-36418-BKC-LMI
              **Debtor**                                                        **(If known)**

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property.  Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles.  Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | CLK 500 (5380 N. Bay Rd., Miami Beach, FL 33140) | | 34,000.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | See Trustee's appraisal, 1 computer located a counsel's office, property at debtor's residence | | 100.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed.  Itemize. | X | | | |

_____1___ continuation sheets attached     Total▶      $          87,897.53

(Include amounts from any continuation sheets attached.  Report total also on Summary of Schedules.)

**Schedule 6B – Continued**

9.

Life Insurance Policies

|  | Account Number | Approx. Surrender Value |
|---|---|---|
| New York Life | 49157074 | $1,100 |
| General American Financial | 3307659 | - |
| Lincoln Benefit | 01N1229450 | - |
| Lincoln Benefit | 01N1229451 | - |
| Nationwide Life | N100132700 | $1,957.53 |

13 and 14

| | |
|---|---|
| West Palm Beach Ventures | (4%) |
| SMGC, LLC | (100%) |
| Ocean Rock Enterprises LLC | (100%) |
| NKS, LLC | (100%) |
| RSS Waterford LLC | (8%) |
| Lund Gold* | Approximately $50,000 |
| Capitol Investments USA, Inc. | (100%) |

* Details contained in sworn statement filed on March 12, 2010.

B 6C (Official Form 6C) (12/07)

In re  NEVIN KAREY SHAPIRO _____ ,          Case No.  09-36418-BKC-LMI _____
            **Debtor**                                                                                  **(If known)**

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:       ☑ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                                                  $136,875.
☑  11 U.S.C. § 522(b)(2)
☐  11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| Home - 5380 North Bay Road, Miami Beach, FL | Florida Constitution | 730,000.00 | 5,400,000.00 |
| Clothing | 11 U.S.C. s 522(d) | 400.00 | 400.00 |
| Bed | 11 U.S.C. s 522(d) | 400.00 | 400.00 |
| Computer | 11 U.S.C. s 522(d) | 50.00 | 50.00 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

B 6D (Official Form 6D) (12/07)

In re  NEVIN KAREY SHAPIRO                        ,          Case No.   09-36418-BKC-LMI
                        **Debtor**                                                        **(If known)**

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐    Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (*See Instructions Above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN , AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 127366276 <br><br> Deutsche Bank c/o counsel: Kahane & Assc. PA, 8201 Peter Rd. Ste 3000, Plant., FL 33324 | | | 9/12/07, Home Mortgage - Fmr. IndyMac <br><br> VALUE $ 4,516,826.00 | | | | 4,516,826.00 | |
| ACCOUNT NO. <br><br> Wachovia Bank PO Box 3117 Winston Salem, NC 27102 Acct #. 4336540314186272 | | | 9/14/07 <br><br> VALUE $ 272,878.00 | | | | 272,878.00 | |
| ACCOUNT NO. 1024553023 <br><br> DCFS USA LLC 36455 Corporate Dr Farmington Hills, MI 48331 | | | Mercedes Benz CLK 500 <br><br> VALUE $ 34,000.00 | | | | 43,000.00 | |

  0   continuation sheets attached

| | | |
|---|---|---|
| Subtotal ▶ (Total of this page) | $ 4,832,704.00 | $ |
| Total ▶ (Use only on last page) | $ 4,832,704.00 | $ |
| | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

B 6E (Official Form 6E) (12/07)

In re  NEVIN KAREY SHAPIRO                    ,          Case No.  09-36418-BKC-LMI
               **Debtor**                                                          **(if known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

    A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

    The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

    Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

    Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

    Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☐ **Domestic Support Obligations**

    Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

    Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

    Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

    Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

B 6E (Official Form 6E) (12/07) – Cont.

In re  NEVIN KAREY SHAPIRO                      ,      Case No.  09-36418-BKC-LMI
                     **Debtor**                                                          **(if known)**

☐ **Certain farmers and fishermen**

  Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

  Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided.  11 U.S.C. § 507(a)(7).

☑ **Taxes and Certain Other Debts Owed to Governmental Units**

  Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**

  Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution.  11 U.S.C. § 507 (a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**

  Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance.  11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_1_  continuation sheets attached

B 6E (Official Form 6E) (12/07) -- Cont.

In re  NEVIN KAREY SHAPIRO                          ,          Case No.  09-36418-BKC-LMI
         **Debtor**                                                              **(if known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Type of Priority for Claims Listed on This Sheet**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> Internal Revenue Service | | | | | | | 272,162.47 | 272,162.47 | |
| Account No. <br><br> | | | | | | | | | |
| Account No. <br><br> | | | | | | | | | |
| Account No. <br><br> | | | | | | | | | |

Sheet no. __1__ of __1__ continuation sheets attached to Schedule of Creditors Holding Priority Claims

Subtotals▶
(Totals of this page)
$272,162.47 | $272,162.40 |

Total▶
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)
$ 272,162.47

Totals▶
(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)
$ 272,162.47

B 6F (Official Form 6F) (12/07)

In re  NEVIN KAREY SHAPIRO                        ,        Case No.  09-36418-BKC-LMI
                    **Debtor**                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data..

☐  Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. See attached list | | | | | | | 133,926,066.58 |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |

|  |  |
|---|---|
| Subtotal▶ | $33,926,066.58 |

_0_  continuation sheets attached

|  |  |
|---|---|
| Total▶ | $ |
| (Use only on last page of the completed Schedule F.) | 133,926,066.58 |

(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

| Creditors Name and Address | Co-Debtor | Date Claim Incurred and Consideration for Claim | Amount of Claim |
|---|---|---|---|
| JSB Investments, LLC<br>225 N. Michigan Ace, 11th Floor, Chicago, Ill. 60601 | X | 3/14/07 – 3,000,000 | 2,297,339.78 |
| South Beach Chicago, LLC 2007<br>225 N Michigan Ave, 11th Floor<br>Chicago, IL 60601 | X | | 2,000,000.00 |
| South Beach Chicago, LLC 2008<br>225 N Michigan Ave, 11th Floor<br>Chicago, IL 60601 | X | | 2,000,000.00 |
| Bradley Associates LTD<br>c/o Sherwin Jarol<br>111 E. Wacker, Suite 900<br>Chicago, Il 60601 | X | | 4,200,000.00 |
| Jamie Ventures<br>225 N Michigan Ave, 11th Floor<br>Chicago, IL 60601 | X | | 2,500,000.00 |
| Relianz Mortgage Co.<br>c/o Sherwin Jarol<br>225 N. Michigan Ave, 11th Floor<br>Chicago, Ill 60601 | X | 2/17/08 – 1,990,000 | 3,990,000.00 |
| Newtown LP<br>225 N Michigan Ave, 11th Floor<br>Chicago, IL 60601 | X | | 21,450,000.00 |
| John & Judy Spoelhof Foundation<br>151 Central Avenue<br>Suite 200<br>Holland, Michigan 49423 | | | 400,000.00 |
| Spoelhof Charitable Lead Trust<br>151 Central Avenue<br>Suite 200<br>Holland, Michigan 49423 | X | | 400,000.00 |
| Spoelhof Family LTD<br>151 Central Avenue<br>Suite 200 | X | | 1,000,000.00 |

| | | | |
|---|---|---|---|
| Holland, Michigan 49423 | | | |
| Spoelhof Charitable Remainder 151 Central Avenue Suite 200 Holland, Michigan 49423 | X | | 500,000.00 |
| John W. Spoelhof IRA 151 Central Avenue Suite 200 Holland, Michigan 49423 | X | | 8,100,000.00 |
| Bayside Cap. Management 151 Central Ave., Suite 200 Holland, MI 49423 | X | | 2,000,000.00 |
| Allan H. Schwartz and Gail L.S. 8846 NW 3rd Ct Coral Springs, FL 33071 | X | 5/1/06 – 150,000 | 750,000.00 |
| Michael I. Schwartz 8846 NW 3rd Ct Coral Springs, FL 33071 | X | | 150,000.00 |
| Sherry M. Schwartz 8846 NW 3rd Ct Coral Springs, FL 33071 | X | | 50,000.00 |
| Vivian Angel 8846 NW 3rd Ct Coral Springs, FL 33071 | X | | 400,000.00 |
| Total Schwartz Family 8846 NW 3rd Ct Coral Springs, FL 33071 | X | | 1,350,000.00 |
| Hyman B. Birnbaum 149-40 14th Avenue Whitestone, NY 11357 | X | | 500,000.00 |
| Victor Gonzalez 2006 Revocable Trust 19271 Sterling Drive Miami, FL 33157 | X | 7/9/07 – 3,500,000 12/20/06 - $2,500,000 | 5,572,903.25 |
| Muscato Family 360 Forst Park Cir. Longwood, FL 32779 | X | | 2,935,000.00 |
| SCS Services 1231 Kane Concourse Bay Harbor Islands, FL 33154 | X | | 525,000.00 |
| Sidney J. Williams 3003 Tamiami Trail North Naples, Florida 34103 | X | | 10,360,000.00 |

| | | | |
|---|---|---|---|
| Fred Wilson<br>331 Burton Ave<br>Highpoint, NC 27262 | X | 6/15/07 – 2,000,000<br>3/12/07 – 1,972,992.95<br>3/19/07 – 2,000,000<br>11/7/06 – 4,200,000 | 8,326,221.52 |
| BJS, LP.<br>5150 North Tamiami Trail<br>Suite 504<br>Naples FL 34103 | X | | 5,000,000.00 |
| Ben Staler (Regent Inv. Co)<br>– Other<br>4101 Gulf shore Blvd, Suite<br>9 North, Naples FL 34103 | X | 1/1/07 – 1,000,000 | 1,000,000.00 |
| Terrance A. Smith<br>2215 N. Madision Ave.<br>Anderson, In 46011 | X | 7/16/07 – 2,350,000<br>7/2/07 – 200,000<br>6/20/07 – 400,000<br>2/27/07 – 1,000,000<br>12/13/06 – 350,000<br>3/8/07 – 350,000<br>9/1/06 – 400,000<br>8/18/06 – 1,000,000 | 3,850,000.00 |
| Naples New Fuel LLC<br>3003 Tamiami Trail No<br>Ste 210<br>Naples, Fl 34103 | X | | 300,000.00 |
| Residential Properties, LLC<br>3003 Tamiami Trail No<br>Ste 210<br>Naples, Fl 34103 | X | | 140,000.00 |
| William J. Bradley<br>2836 Silverleaf Lane<br>Naples, FL 34105 | X | 7/9/07 – 1.9<br>7/10/07 – 1.9 | 2,067,402.84 |
| Grocery Marketing, Inc.<br>601 N Congress Ave<br>Delray Beach, FL 33445 | X | | 2,958,249.00 |
| Stephen Hokanson<br>107 N. Pennsylvania Street,<br>Suite 800<br>Indianapolis In 46204 | X | 6/29/07 – 1,000,000<br>5/2/07 – 1,000,000 | 1,158,000.00 |
| Irwin Union Bank & Trust,<br>Trustee of the Stephen<br>Hokanson IRA<br>500 Washington Street<br>PO Box 929<br>Columbus, IN 47202 | X | 11/3/06 – 200,000<br>11/17/06 – 500,000<br>11/18/06 – 500,000<br>11/22/06 – 300,000 | 1,500,000.00 |
| Benjamark, LLC | X | 9/9/08 – 2,500,000 | 2,500,000.00 |

| | | | |
|---|---|---|---|
| 6301 Ocean Front Walk, unit 2 Playa Del Rey, CA 90293 | | | |
| WSG Development 400 41st Street, 2nd Floor, Miami Beach, FL 33140 | X | 4 million | 2,448,000.00 |
| Dan DeRose 504 N Grand Ave Pueblo, CO 81003 | X | | 2,200,000.00 |
| Virginia Limited Partnership 9130 Galleria Ct Suite 312 Naples Florida 34109 | X | 7/26/06 – 3,325,000 3/1/07 – 500,000 2/8/07 – 3,000,000 11/16/06 – 1,500,000 | 1,825,000.00 |
| David R. White 1936 Coco Plum Way Naples FL 43105 | X | 5/21/07 – 3,000,000 | 1,616,841.70 |
| Richard M. Magnone 150 S. Bloomingdale Rd. Suite 210 Bloomingdale, IL 60108 | X | 2/6/07 – 250,000 | 1,550,000.00 |
| Dr. John Russell Eastman – (Indiana Trust and Investment Mgt. Co., Trustee for John R. Eastman, IRA) 315 West Adams St Munice IN 47305 | X | 1/31/07 – 200,000 | 200,000.00 |
| Dr. John Russell Eastman – 4901 WEIR DR. Munice IN 47304 | X | 1/1/06 – 500,000 | 1,000,000.00 |
| Ronald Glah 81 Seagate Dr, 1003 Naples, FL 34103 | X | 4/16/09 -1,000,000 | 1,350,000.00 |
| John S. Wright 655 Fairwell Drive Madison, WI 53704 | X | 3/13/08 -1,000,000 | 1,000,000.00 |
| John Scarsella 3855 Star-Center Dr, Suite B Canfield, Ohio 44406 | X | 4/20/09 – 900,000 | 900,000.00 |
| Peter R. Indovina 2816 n. Elm Lane Arlington Heights, IL 60004 | X | 1/30/07 – 500,000 | 800,000.00 |
| De Roy Family LP. | X | | 763,000.00 |

| | | | |
|---|---|---|---|
| 12023 Sail Place Drive<br>Indianapolis, In 46256 | | | |
| James R. Fisher<br>5643 Washington Blvd.<br>Indianapolis, In 46220 | X | 11/22/06 - $250,000 | 750,000.00 |
| Richard P. Johnston<br>1240 Cedars Valley Dr<br>St. Albans, Mo 63073 | X | 3/28/07 – 500,000 | 750,000.00 |
| Donald L. Hope<br>12979 White Violet Drive<br>Naples, FL 34119 | X | 6/12/07 - 700,000 | 700,000.00 |
| T. Currens (SEP IRA)<br>251 N Illinois Street, Suite 1200<br>Indianapolis IN 46204 | X | 2/2/09 – 670,000 | 670,000.00 |
| Barry L. Alvarez and<br>Cynthia A Alvarez<br>Revocable Trust<br>5822 Tree Line Drive<br>Madison, WI 53711 | X | 500,000 | 600,000.00 |
| Peter Hubert Wood<br>1104 West Webster, 201<br>Chicago, IL 60614 | X | 4/11/07 – 600,000 | 600,000.00 |
| Elizabeth Wood<br>1104 West Webster, 201<br>Chicago, IL 60614 | x | 6/13/07 -100,000 | 100,000 |
| Smith Implements, Inc.<br>1292 East Main Street<br>Greenfield, IN 46140 | X | 6/12/07 – 500,000 | 500,000.00 |
| David C. Rowe<br>81 Seagate Drive, Suite 1201<br>Naples, FL 34103 | X | 4/1/08 – 500,000 | 500,000.00 |
| Jon E. Smith<br>4328 East St Rd 234<br>Greenfield, In 46140 | X | 3/26/08 – 500,000 | 458,333.34 |
| Mark A. Rankin<br>900 Villa Florenza Drive<br>Naples FL 34119 | X | 12/8/06 – 2,000,000 | 500,000.00 |
| Robert A. Haines<br>6676 Waters Edge<br>Loveland Oh 45140 | X | 1/29/07 – 500,000 | 500,000.00 |
| Robert E. Nolan<br>2614 Bulrush Lane<br>Naples, FL 34105 | X | 6/11/07 – 500,000 | 500,000.00 |
| Charles W. Brown – INDY | X | 12/8/08 – 500,000 | 490,000.00 |

| | | | |
|---|---|---|---|
| 5864 S East Street<br>Indianapolis In 46227 | | | |
| Jeffery L. Evans<br>111 16th Street<br>Naples, FL 34117 | X | | 435,000.00 |
| Jack E. & Randa L. Hulse<br>19 Whispering Sands Dr<br>Suite 906 North<br>Sarasota, FL 34242 | X | 12/21/06 – 450,000 | 440,000.00 |
| Jeffrey Hightchew<br>308 North Shore Lane<br>Gilbert, Az 85233 | X | 1/5/07 - 435,000 | 400,000.00 |
| Chad Alvarez<br>1227 Woodbridge Trail,<br>Waunakee, WI 53597 | X | 200,000 – 6/14/07<br>200,000 6/12/07 | 400,000.00 |
| Joseph Amey – INDY<br>7320 Bosky Springs Street<br>Las Vegas NV 89131 | X | 400,000 – 1/1/06 | 395,000.00 |
| Susan Grinwis<br>4561 Gulfshore Blvd N,<br>#707<br>Naples, FL 34103 | X | 1/16/07 - $150,000 | 150,000.00 |
| Irwin Union Bank & Trust,<br>Trustee of the Susan<br>Grinwis IRA<br>500 Washington Street<br>PO Box 929<br>Columbus, IN 47202 | X | 12/5/06 – 150,000 | 150,000.00 |
| Wesley V. Smith<br>3636 Recreation Lane<br>Naples, FL 34116 | X | 4/27/07 – 300,000 | 300,000.00 |
| Gaye Mueller<br>510 E 81st St<br>Indianapolis, IN 46240-<br>2562 | X | | 290,000.00 |
| George Garrett<br>6938 Kim Kres Court<br>Indianapolis, IN 46278 | X | 7/13/07 – 300,000 | 290,000.00 |
| Robert Smith<br>4862 Pendula Dr<br>Carmel, In 46033 | X | 5/17/07 – 200,000 | 240,000.00 |
| Shea Mara Enterprise<br>10424 SW 23 Ct<br>Davie, FL 33324 | X | | 338,000.00 |

| | | | |
|---|---|---|---|
| James Meyers Investments, LLC<br>15226 Long Cove Blvd.<br>Carmel, Indiana 46033 | X | 6/12/07 – 200,000 | 200,000.00 |
| Raymond Rotolo<br>5409 Fair Elms Ave<br>Western Springs IL 60558 | X | 2/15/07 – 200,000 | 200,000.00 |
| Philip DiCosola<br>4N494 Mountain Ash Dr.<br>Wayne, IL 60184 | X | 1/30/07 – 200,000 | 200,000.00 |
| C. Alan Hernley – INDY<br>12445 Medalist Parkway<br>Carmel, In 46033 | X | 3/3/08 – 200,000 | 190,000.00 |
| Janet T. Sanders – INDY<br>8660 Vintner Court<br>Indianapolis, In 46256 | X | 6/13/07 – 150,000 | 140,000.00 |
| John McGeeney Trust<br>225 Broadway 5th Floor<br>San Diego, CA 92101 | X | 4/21/08 – 250,000 | 120,000.00 |
| Bryan , Bradley Williams, LLC<br>3003 Tamiami Trail N,<br>Naples FL 34103 | X | 8/10/07 – 150,000 | 115,000.00 |
| David Pitera<br>2139 Snook Drive<br>Naples, FL 34102 | X | 9/29/08 – 100,000 | 100,000.00 |
| Janelle Drake<br>12023 Sail Place Drive<br>Indianapois, In 46256<br><br>Jeannine DeRoy<br>12023 Sail Place Drive<br>Indianapois, In 46256 | X | 1/23/07 – 100,000<br><br>1/23/07 – 750k | 100,000.00 |
| William Bradley<br>2836 Silverleaf Lane<br>Naples Fl 34105 | X | 7/10/07 – 1,900,000 | 1,125,000.00 |
| Richard Berndt<br>6295 Sunset Drive, South Miami, FL 33143 | X | | 400,000.00 |
| Dave Birnbaum<br>149-40 14th Avenue<br>Whitestone, NY 11357 | X | | 250,000.00 |
| Sherwin Jarol<br>111 E. Wacker Suite 900<br>Chicago, Ill 60601 | X | | 175,000.00 |

| | | | |
|---|---|---|---|
| Marsha Huston<br>14 Woodstock Dr.<br>Farmington, MA 01701 | X | | 100,000.00 |
| Nancy Telese<br>446 Brazilian Avenue<br>Palm Beach, FL 33480 | X | | 100,000.00 |
| Susan Moss | X | | 100,000.00 |
| Greg Stake<br>799 Swanee Ct<br>Maitland, FL 32751 | X | | 90,000.00 |
| Miami-Dade County<br>140 W. Flagler Street<br>Suite 1407<br>Miami, FL 33130-1575 | | | 62,712.90 |
| Carlton Fields PA<br>4000 Internatinoal Place<br>100 SE 2nd St<br>Miami, Florida 33131 | | | 40,513.25 |
| Miami Heat<br>601 Biscayne Blvd.<br>Miami, Florida 33132 | | | 136,000.00 |
| University of Miami<br>1507 Levante Ave.<br>Coral Gables, Florida<br>33134 | | | 40,000.00 |
| Bank of America Po Box<br>15311 Wilmington DE<br>19884 | | | 94,900.00 |
| Cap One<br>PO Box 85520 Richmond<br>Va 23285 | | | 2,639.00 |
| Gemb/Chevron<br>4125 Windward Plz<br>Alpharetta, GA 30005 | | | 2,577.00 |
| Wachoviacc<br>PO Box 3117<br>Winston Salem, NC 27102 | | | 21,433.00 |
| Miriam Menoscal<br>903 W 46th St<br>Miami Beach, FL 33140 | | | 400,000 (approx.) |
| Franklin Investigations<br>633 Northeast 167th Street<br>North Miami Bch, FL<br>33162-2448 | | | 50,000 |
| Richman Greer<br>Miami Center, Suite 1000 | | | 11,000 |

| 201 South Biscayne Blvd. Miami, Florida 33131 | | | |
| Glenda Kaufman 9200 Carlyle Ave. Surfside, FL 33154 | | | 30,000 |

To best of Debtor's knowledge, these are the unsecured non-priority claims. One or more of the creditors listed may not have been provided with a personal guarantee.

B 6G (Official Form 6G) (12/07)

In re  NEVIN  KAREY  SHAPIRO _____ ,          Case No. 09-36418-BKC-LMI _____
      **Debtor**                                       **(if known)**

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

  Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| Mercedes-Benz Financial<br>P.O. Box 685<br>Roanoke, TX 76262 | Lease of Automobile<br>2008 Mercedez Benz S65 |
| Mercedes-Benz Financial<br>P.O. Box 685<br>Roanoke, TX 76262 | Lease of Automobile<br>2009 Mercedes Benz S550 |
| GMAC Automotive Financing<br>P. O. Box 380901<br>Bloomington, MN 55438 | Lease of Automobile<br>2008 Cadillac Escalade |
| University of Miami<br>1507 Levante Ave.<br>Coral Gables, Florida 33134 | Skybox Lease |
| Miami Heat<br>601 Biscayne Blvd.<br>Miami, Florida 33132 | Ticket License |
| Nelson Gonzalez<br>402 Arthur Godfrey Rd., 1st. Floor<br>Miami Beach, Florida | Lease of Property at<br>650 W. 51st Street<br>Miami Beach, FL 33140 |

B 6H (Official Form 6H) (12/07)

In re  NEVIN KAREY SHAPIRO          ,                    Case No.  09-36418-BKC-LMI
                    **Debtor**                                                (if known)

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Capitol Investments USA, Inc. | See Schedule 6F. |

B6I (Official Form 6I) (12/07)

In re  NEVIN KAREY SHAPIRO ,  Case No.  09-36418-BKC-LMI
          **Debtor**                                                         **(if known)**

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.  Do not state the name of any minor child.  The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| | RELATIONSHIP(S): | AGE(S): |
| **Employment:** | **DEBTOR** | **SPOUSE** |
| Occupation | UNEMPLOYED | |
| Name of Employer | | |
| How long employed | | |
| Address of Employer | | |

| INCOME: (Estimate of average or projected monthly income at time case filed) | DEBTOR | SPOUSE |
|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $ 0.00 | $ |
| 2. Estimate monthly overtime | $ 0.00 | $ |
| 3. SUBTOTAL | $ 0.00 | $ |
| 4. LESS PAYROLL DEDUCTIONS | | |
|   a. Payroll taxes and social security | $ 0.00 | $ |
|   b. Insurance | $ 0.00 | $ |
|   c. Union dues | $ 0.00 | $ |
|   d. Other (Specify): _____ | $ 0.00 | $ |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ 0.00 | $ |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ 0.00 | $ |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ 0.00 | $ |
| 8. Income from real property | $ 0.00 | $ |
| 9. Interest and dividends | $ 0.00 | $ |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ 0.00 | $ |
| 11. Social security or government assistance (Specify): _____ | $ 0.00 | $ |
| 12. Pension or retirement income | $ 0.00 | $ |
| 13. Other monthly income (Specify): _____ | $ 0.00 | $ |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ 0.00 | $ |
| 15. AVERAGE MONTHLY INCOME (Add amounts on lines 6 and 14) | $ 0.00 | $ |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | $ 0.00 | |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

_____

B6J (Official Form 6J) (12/07)

In re  NEVIN KAREY SHAPIRO                    ,          Case No.  09-36418-BKC-LMI
              **Debtor**                                                  (if known)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form22A or 22C.

☐  Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | | $ 0.00 |
| a. Are real estate taxes included?      Yes _____   No _____ | | |
| b. Is property insurance included?      Yes _____   No _____ | | |
| 2. Utilities:   a. Electricity and heating fuel | | $ 1,500.00 |
| b. Water and sewer | | $ 500.00 |
| c. Telephone | | $ 150.00 |
| d. Other  Cell phone and television | | $ 650.00 |
| 3. Home maintenance (repairs and upkeep) | | $ 0.00 |
| 4. Food | | $ 1,000.00 |
| 5. Clothing | | $ 0.00 |
| 6. Laundry and dry cleaning | | $ 100.00 |
| 7. Medical and dental expenses | | $ 200.00 |
| 8. Transportation (not including car payments) | | $ 1,000.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | | $ 0.00 |
| 10.Charitable contributions | | $ 0.00 |
| 11.Insurance (not deducted from wages or included in home mortgage payments) | | |
| a. Homeowner's or renter's | | $ 0.00 |
| b. Life | | $ 0.00 |
| c. Health | | $ 0.00 |
| d. Auto | | $ 0.00 |
| e. Other  0 | | $ 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) (Specify) _____ | | $ 0.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
| a. Auto | | $ 0.00 |
| b. Other _____ | | $ 0.00 |
| c. Other _____ | | $ 0.00 |
| 14. Alimony, maintenance, and support paid to others | | $ 0.00 |
| 15. Payments for support of additional dependents not living at your home | | $ 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | | $ 0.00 |
| 17. Other  0 | | $ 0.00 |
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | | $ 5,100.00 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:


20. STATEMENT OF MONTHLY NET INCOME

| | |
|---|---:|
| a. Average monthly income from Line 15 of Schedule I | $ 0.00 |
| b. Average monthly expenses from Line 18 above | $ 5,100.00 |
| c. Monthly net income (a. minus b.) | $ -5,100.00 |

B6 Declaration (Official Form 6 - Declaration) (12/07)

In re **NEVIN KAREY SHAPIRO** ,          Case No. **09-36418-BKC-LMI**
_____
Debtor                                        (if known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date X **3/15/10**                    Signature: X _____
                                                              Debtor

Date _____        Signature: _____
                                                         (Joint Debtor, if any)

                                       [If joint case, both spouses must sign.]

-------------------------------------------------------------------------------
**DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____        _____
Printed or Typed Name and Title, if any,          Social Security No.
of Bankruptcy Petition Preparer                   *(Required by 11 U.S.C. § 110.)*

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.*

_____
_____
_____
Address

X _____          _____
Signature of Bankruptcy Petition Preparer              Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

-------------------------------------------------------------------------------
### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the _____ [the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership ] of the _____ [corporation or partnership] named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___ sheets (*Total shown on summary page plus 1*), and that they are true and correct to the best of my knowledge, information, and belief.

Date _____

                        Signature: _____

                                   _____
                                   [Print or type name of individual signing on behalf of debtor.]

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

-------------------------------------------------------------------------------
*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. §§ 152 and 3571.

B 7 (Official Form 7) (12/07)

# UNITED STATES BANKRUPTCY COURT

### Southern District of Florida

In re: **NEVIN KAREY SHAPIRO**                    ,      Case No. **09-36418-BKC-LMI**
_____Debtor_____                                                              _____(if known)_____

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### DEFINITIONS

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                                                                    SOURCE

I respectfully invoke my Fifth Amendment right against self incrimination.

2

**2. Income other than from employment or operation of business**

None ☐

State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                                          SOURCE

I respectfully invoke my Fifth Amendment right against self incrimination.

---

**3. Payments to creditors**

*Complete a. or b., as appropriate, and c.*

None ☑

a. *Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
| --- | --- | --- | --- |

None ☐

b. *Debtor whose debts are not primarily consumer debts: List each payment or other transfer to any creditor made* within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
| --- | --- | --- | --- |
| See attached sheet. | | | |

3

None

☑   c. *All debtors:*  List all payments made within **one year** immediately preceding the commencement of this case
to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must
include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and
a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

See attached sheet.

---

**4.  Suits and administrative proceedings, executions, garnishments and attachments**

None

☐   a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately
preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include
information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated
and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|

See attached sheet.

None



☑   b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one
year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13
must include information concerning property of either or both spouses whether or not a joint petition is filed, unless
the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

---

**5.  Repossessions, foreclosures and returns**

None



☑   List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu
of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case.
(Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both
spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

4

**6.   Assignments and receiverships**

None
☑

a.  Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None
☑

b.  List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE Of PROPERTY |
|---|---|---|---|

**7.   Gifts**

None
☐

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient.  (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|
| University of Miami, American Cancer Society | | | $2,500/m,$50,000 $1,000. |

**8.   Losses**

None
☐

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.**  (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|
| | I respectfully invoke my Fifth Amendment right against self incrimination. | |

5

**9.  Payments related to debt counseling or bankruptcy**

None
☑

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

---

**10.  Other transfers**

None
☐

a.   List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| See attached sheet. | | |

None
☑

b.  List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

---

**11.  Closed financial accounts**

None
☐

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case.  Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| See attached sheet. | | |

6

**12. Safe deposit boxes**

None 

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

**13. Setoffs**

None 

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

**14.  Property held for another person**

None ☐

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|
| Nalini Charran | 2 Lamps - $800, Waterfall $1,200, 11 Pillows - $200 | 5380 N. Bay Road, Miami Beach, FL |

**15.  Prior address of debtor**

None ☐

If debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|
| 1000 West Avenue, # 225 Miami Beach, Florida 33139 | | December 1, 2009 - December 31, 2009 |

7

**16. Spouses and Former Spouses**

None
☑

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

---

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

None
☑

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
☑

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
☑

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

---

**18 . Nature, location and name of business**

None
☐

a. *If the debtor is an individual,* list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing

8

executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership,* list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation,* list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|

See attached sheet.

None
☑  b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19. Books, records and financial statements**

None
☐  a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| Jackie Gero, 11900 Biscayne Blvd., Suite 501 Miami, FL 33181 (Through Various Entities) | 2001-2009 |

None
☐  b. List all firms or individuals who within **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|
| Jackie Gero, CPA Through various entities. | 11900 Biscayne Blvd., Suite 501, Miami, FL 33181 | 11/07- present |

9

None ☐    c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|------|---------|
| Alejandro Torres | P.O. Box 50066 |
| Jackie Gero, CPA | Lighthouse Point, FL 33074 |

None ☐    d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

NAME AND ADDRESS          DATE ISSUED

I respectfully invoke my Fifth Amendment privilege against self incrimination.

### 20. Inventories

None ☐    a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|
| 12/31/2009 | Trustee | |

None ☐    b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|
| Trustee | |

### 21. Current Partners, Officers, Directors and Shareholders

None ☑    a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

NAME AND ADDRESS      NATURE OF INTEREST      PERCENTAGE OF INTEREST

None ☑    b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

NAME AND ADDRESS      TITLE      NATURE AND PERCENTAGE OF STOCK OWNERSHIP

10

**22 . Former partners, officers, directors and shareholders**

None ☑    a.    If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

         NAME                 ADDRESS          DATE OF WITHDRAWAL

None ☑    b.    If the debtor is a corporation, list all officers or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

         NAME AND ADDRESS          TITLE          DATE OF TERMINATION

---

**23 . Withdrawals from a partnership or distributions by a corporation**

None ☑    If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

---

**24. Tax Consolidation Group.**

None ☑    If the debtor is a corporation, list the name and federal taxpayer-identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

         NAME OF PARENT CORPORATION      TAXPAYER-IDENTIFICATION NUMBER (EIN)

---

**25. Pension Funds.**

None ☑    If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

         NAME OF PENSION FUND        TAXPAYER-IDENTIFICATION NUMBER (EIN)

* * * * * * *

11

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date   03/15/2010                          Signature
                                           of Debtor

                                           Signature of
Date                                       Joint Debtor
                                           (if any)

---

*[If completed on behalf of a partnership or corporation]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date                                       Signature

                                           Print Name and
                                           Title

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

_____ continuation sheets attached

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

---

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer         Social-Security No. (Required by 11 U.S.C. § 110.)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social-security number of the officer, principal, responsible person, or partner who signs this document.*

Address

Signature of Bankruptcy Petition Preparer                                        Date

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 18 U.S.C. § 156.*

# UNITED STATES BANKRUPTCY COURT
## Southern District of Florida

In re:   NEVIN KAREY SHAPIRO   ,          Case No. 09-36418-BKC-LMI

**Statement of Financial Affairs – Continuation Sheet**

**3. Payments to creditors**

*b. Debtor whose debts are not primarily consumer debts – 90 days*

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| Adam Meyer<br>1449 Majesty Terrace<br>Weston FL 33327 | 9/9/09<br>10/13/09 | $1,786<br>$1,786 | |
| Nelson Gonzalez<br>402 Arthur Godfrey Rd., 1st. Floor<br>Miami Beach, Florida | 9/15/09<br>10/15/09<br>11/15/09 | $6,340<br>$6,340<br>$6,340 | |
| Kelly Drye<br>101 Park Ave.<br>New York, NY 10178 | 10/23/09<br>11/23/09 | $8,084.50<br>$7,153.61 | |
| Carlton Fields PA<br>4000 Internatinoal Place<br>100 SE 2nd St<br>Miami, Florida 33131 | 9/09 | $20,959.99 | |

**4. Suits and administrative proceedings**

**a.**

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| Smith, Terrance v. Capital Investments USA Inc, 2009-45225-CA-01 | Contract & Indebtedness | 11th Cir. Of Florida | Order Of Dismissal |
| Rowe, David v. Capitol Investments USA, Inc, 2009-71836-CA-01 | Contract & Indebtedness | 11th Cir. Of Florida | |
| South Beach Chicago (LLC) v. Capitol Investments USA Inc, 2009-80981-Ca-01 | Contract & Indebtedness | 11th Cir. Of Florida | Suggestion Of Bankruptcy |
| Gonzalez, Victor v. Capitol Investments USA Inc, 2009-81897-Ca-01 | Contract & Indebtedness | 11th Cir. Of Florida | |
| City Natl Bank v. Capitol Investments USA Inc, 2009- | Contract & Indebtedness | 11th Cir. Of Florida | |

| 85047-CA-01 | | | |
|---|---|---|---|
| Johnston, Richard v. Shapiro, Nevin K, 2009-89007-CA-01 | Contract & Indebtedness | 11th Cir. Of Florida | Suggestion Of Bankruptcy |
| Gonzalez, Nelson v. Shapiro, Nevin, 2010-185-CC-24 | Contract & Indebtedness | 11th Cir. Of Florida | Final Judgment |
| Benjamin Stanziale, Jr., Trustee, v. Nevin K. Shapiro, 09-2609-MS | Adversary Proceeding | U.S. Dist. Ct. for New Jersey | Suggestion Of Bankruptcy |

**10.  Other transfers**

*See* sworn statement filed on March 12, 2010, and supplement filed March 15, 2010, and payments and transfers for additional six month period on statements of accounts listed in paragraph 23 thereof.

**11.  Closed financial accounts**

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| Bank of America PO Box 2518 Houston, TX 77252-2518 | SEP IRA '08 X5796 | $46,945.89 – 2/19/09 |
| Bank of America PO Box 2518 Houston, TX 77252-2518 | SEP IRA '07 X5741 | $46,896.47 - 2/6/09 |
| Wachovia Securities P.O. Box 6600 Glen Allen, VA 23058 | 17875069 | $2,489.48 – 4/27/09 |

**18.  Nature, location and name of business**

| NAME | LAST FOUR DIGITS OF SSN OR TAX ID NO. | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| Axcess Sports & Entertainment, LLC | 593754819 | 230 PONTE VEDRA PRK DR STE 102 PONTE VEDRA BEACH FL 32082 | Athlete Representation and Marketing | 11/19/01 – 9/25/05 |
| BENJAMINZ PROPERTIES, LLC | - | 201 S BISCAYNE BLVD STE 1000 MIAMI FL 33131 | Clothing Line | 9/11/08 – 1/26/09 |
| OCEAN ROCK ENTERPRISES, INC. | 200673272 | 4045 SHERIDAN AVENUE PMB # 373 MIAMI BEACH FL 33140 | Real Estate | 2/3/04 – 11/30/09 |
| SMGC, LLC | 260874081 | 400 ARTHUR GODFREY ROAD, SUITE 506 | Golf Course and Hotel Development | 09/10/07 - |

| | | MIAMI BEACH FL 33140 | | |
|---|---|---|---|---|
| JAT WHOLESALE, INC | 651017903 | 400 41ST STREET #506 MIAMI BEACH FL 33140 | Grocery Wholesale | 6/21/00 – 11/30/09 |
| LED MIAMI BEACH, LLC | - | 633 N E 167TH STREET 1024 NORTH MIAMI BEACH FL 33162 | Lighting | 03/12/09 – 3/12/09 |
| EAGLE CREST, LLC | 208573176 | 400 ARTHUR GODFREY ROAD, SUITE 506 MIAMI BEACH FL 33140 | Real Estate Development | 02/23/07 - 09/25/09 |
| PINK PANTHER ENTERPRISES, LLC | 571165240 | 400 41ST STREET, #506 MIAMI BEACH FL 33140 | Boat Charters | 3/7/03 – 2/9/09 |
| NKS, LLC | - | 400 ARTHUR GODFREY ROAD #506 MIAMI BEACH FL 33140 | Real Estate Development | 12/28/05 – 3/20/09 |
| CAPITOL INVESTMENTS USA, INC. | 650868781 | 400 41ST STREET #506 MIAMI BEACH FL 33140 | | 10/08/98 – |
| RSS Waterford, LLC | 205330885 | 407 LINCOLN ROAD, PENTHOUSE SOUTHEAST MIAMI BEACH FL 33139 | | 07/22/05 - |
| Spectrum Partners LLC | - | 400 Arthur Godfrey Road, Suite 506 Miami Beach Florida 33140 | Real Estate, Health and Beauty Products and Grocery Wholesale | 10/30/08 – 9/25/09 |