FORMAN HOLT ELIADES & RAVIN LLC
80 Route 4 East, Suite 290
Paramus, New Jersey 07562
(201) 845-1000
Attorneys for Benjamin A. Stanziale, Jr., Trustee
(N.J.D.C. #DC-1397)

| | | |
|---|---|---|
| In Re: | : | UNITED STATES BANKRUPTCY COURT |
| | : | SOUTHERN DISTRICT OF FLORIDA |
| | : | MIAMI DIVISION |
| NEVIN KAREY SHAPIRO, | : | |
| | : | Case No.: 09-36418-BKC-LMI |
| Debtors. | : | Chapter 7 |
| | : | |
| | : | |

## NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS

**TO: ALL PARTIES ON THE ATTACHED SERVICE LIST**

**PLEASE TAKE NOTICE** that Forman Holt Eliades & Ravin LLC, appearing as counsel for Creditor, Benjamin A. Stanziale, Jr., the chapter 7 trustee for the bankruptcy estate of Craig T. Currie and Fanny E. Currie, which case is presently pending in the United States Bankruptcy Court for the District of New Jersey, Case No.: 07-24799 (MS), and pursuant to Fed.R.Bankr.P. 2002, 9007 and 9010, demands that all notices given or required to be given in this case, and all papers served in this case, should be made upon undersigned counsel.

**PLEASE TAKE FURTHER NOTICE** that the foregoing demand includes any application, motion, order, complaint or other pleading which affects the debtor, the property of the debtor, or the administration of the debtor's bankruptcy estate.

> FORMAN HOLT ELIADES & RAVIN LLC
> Attorneys for Benjamin A. Stanziale, Jr., Trustee
>
> By: /s/ David S. Catuogno
> David S. Catuogno
> dcatuogno@formanlaw.com

Dated: April 5, 2010

## CERTIFICATION OF SERVICE

I certify that on April 5, 2010 I caused the attached Notice of Appearance and Demand for Service of Papers to be electronically filed with the Clerk, United States Bankruptcy Court, For the District of Southern District of Florida and one copy of the aforementioned document by way of first class mail to those persons listed on the attached service list.

I hereby certify that the foregoing statements made by me are true.  I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

By: /s/ David S. Catuogno
David S. Catuogno
dcatuogno@formanlaw.com

Dated: April 5, 2010

M:\TTE\BS\CURRIE\FRAUDULENT CONVEYANCES\PLEADINGS\Shapiro\NOA.DSC.doc

## SERVICE LIST – VIA FIRST CLASS MAIL

**NEVIN KAREY SHAPIRO**
**Chapter 7 (Jointly Administered)**
**Case No.: 09-36408-BKC-LMI**

| | | |
|---|---|---|
| Silvio Amico, Esq.<br>6401 SW 87 Ave #120<br>Miami, FL 33173<br>*Attorney for Capitol Investments* | Eric N Assouline, Esq.<br>213 E Sheridan St #3<br>Dania Beach, FL 33004<br>*Attorney for Dan Deroso* | Jeffrey W. Blacher, Esq.<br>2999 NE 191 St # 805<br>Aventura, FL 33180<br>*Attorney for Misuco Int. Inc.* |
| Andrew C Deweese, Esq.<br>1000 Brickell Ave # 1020<br>Miami, FL 33131<br>*Attorney for Nevin Karey Shapiro* | Drew M Dillworth, Esq.<br>150 W Flagler St. #2200<br>Miami, FL 33130<br>*Attorney for Cybur Investments LLC* | Mark A Drummond, Esq.<br>101 W Ohio St #2100<br>Indianapolis, IN 46204<br>*Attorney for Fisher R.. James* |
| Jonathan S. Feldman, Esq.<br>200 S Biscayne Blvd. #3000<br>Miami, FL 33130<br>*Attorney for Nalini Charran* | Gary M Freedman, Esq.<br>14 NE 1 Ave PH<br>Miami, FL 33132<br>*Attorney for Joel L. Tabas* | Jeffrey A Hokanson, Esq.<br>101 W Ohio St #2100<br>Indianapolis, IN 46204<br>*Attorney for James Fishers* |
| John W. Kozyak, Esq.<br>2525 Ponce de Leon Blvd 9 Fl<br>Coral Gables, FL 33134<br>*Attorney for Bradley Assoc.* | Thomas R. Lehman, Esq.<br>201 S Biscayne Blvd. 34 Floor<br>Miami, FL 33131<br>*Attorney for David Rowe* | David Hywel Leonard, Esq.<br>4221 W Boy Scout Blvd #1000<br>Tampa, FL 33607<br>*Attorney for Carlton Fields PA* |
| Paul J McMahon, Esq.<br>2840 SW 3 Ave<br>Miami, FL 33129<br>*Attorney for Grocery Marketing Inc.* | Anila Rasul, Esq.<br>8201 Peters Rd # 3000<br>Plantation, FL 33324<br>*Attorney for Deutsche Bank* | David L Rosendorf, Esq.<br>2525 Ponce de Leon Blvd 9 Fl<br>Coral Gables, FL 33134<br>*Attorney for Bradley Assoc/Relianz Mortgage Inc./South Beach Chicago, LLC/South Beach Chicago 2008 LLC/ Victor Gonzalez* |
| Theodore F Smith, Jr., Esq.<br>215 W 8 St<br>Anderson, IN 46016<br>*Attorney for Terrance Smith* | Aaron L Swimmer, Esq.<br>1680 Michigan Ave #1014<br>Miami Beach, FL 33139<br>*Attorney for Swimmer Law Assoc. PA* | Joel L Tabas, Esq.<br>14 NE 1 Ave PH<br>Miami, FL 33132<br>*Attorney for Joel L. Tabas* |
| Frank Terzo, Esq.<br>1221 Brickell Ave #1650<br>Miami, FL 33131<br>*Attorney for Hyman B. Birnbaum Revocable Trust* | Peter F. Valori, Esq.<br>1000 Brickell Ave #1020<br>Miami, FL 33131<br>*Attorney for Nevin Karey Shapiro* | Theodore R Walters, Esq.<br>3001 Tamiami Trail N # 400<br>Naples, FL 34103<br>*Attorney for Robert A. Haines, Sr.* |