UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:

CAPITOL INVESTMENTS USA, INC.,
and NEVIN KAREY SHAPIRO,

Case No. 09-36408-BKC-LMI
(Substantively Consolidated)[1]
Case No.09-36418-BKC-LMI
(Jointly Administered under
Case No. 09-36408-BKC-LMI)

Debtors.
_____/

Chapter 7

## SUPPLEMENTAL[2] CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that true and correct copies of the following:

1.  Trustee's Motion for Entry of Order Authorizing Sale of Shapiro Estate's Right Title and Interest in Real Property Free and Clear of Liens, Claims and Encumbrances [D.E. 1389];

2.  Trustee, Joel L. Tabas' *Ex Parte* Motion to Shorten Notice Period for Hearing on Trustee's Motion for Entry of Order Authorizing Sale of Estate(s)' Right Title and Interest in Real Property Free and Clear of Liens, Claims and Encumbrance [D.E. 1390];

3.  Notice of Hearing [D.E. 1392]; and

4.  Order Granting Trustee, Joel L. Tabas' *Ex Parte* Motion to Shorten Notice Period for Hearing on Trustee's Motion for Entry of Order Authorizing Sale of Estate(s), Right Title and Interest in Real Property Free and Clear of Liens, Claims and Encumbrances [D.E. 1395], were served on April 13, 2011, as follows:

---

[1] The last four digits of the taxpayers identification numbers for each consolidated Debtor follow in parentheses: Ocean Rock Enterprises, Inc. (3272), JAT Wholesale, Inc. (7903), and Pink Panther Enterprises, LLC (5240).

[2] Supplemented to include various non-parties who had expressed an interest in the Shapiro Property.

Case No. 09-36408-BKC-LMI

*U.S. Mail to*: Katz, c/o Julie Moskowitz, Marina Realty Group, 19028 N.E. 29th Avenue, Aventura, FL 33180;

*and via Electronic Mail to*:

| | |
|---|---|
| F. Cohen | franck@wec-usa.com |
| Aria/Pac Star | aria@pacificstarcapital.com |
| 81st LLC | miguel@elitehomesofmiami.com |
| Marco Lauretti | marco@laureti.com |
| G. Heisel | kmspellacy@gmail.com |
| R. Brooks/Land Bankers | rblandbank@verizon.net |

                                         Respectfully submitted,

                                         /s/ Joel L. Tabas
                                         Joel L. Tabas
                                         Florida Bar No.: 516902
                                         Tabas, Freedman, Soloff, Miller & Brown, P.A.
                                         *Attorneys for Trustee, Joel L. Tabas*
                                         14 N.E. First Avenue - Penthouse
                                         Miami, Florida 33132
                                         Telephone: (305) 375-8171
                                         Facsimile: (305) 381-7708
                                         E-mail: jtabas@tabasfreedman.com

TABAS, FREEDMAN, SOLOFF MILLER & BROWN, P.A. • ONE FLAGLER BUILDING, 14 NORTHEAST FIRST AVENUE, PENTHOUSE, MIAMI, FLORIDA 33132 • (305) 375-8171