## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA

In re:  CASE NO.: 09-36408-BKC-LMI
 CASE NO.: 09-36418-BKC-LMI
CAPITOL INVESTMENTS USA, INC.  Chapter 7
and NEVIN KAREY SHAPIRO,

 (Jointly Administered under
    Debtors.  Case No. 09-36408-BKC-LMI)
_____/

### NOTICE OF WITHDRAWAL

COMES NOW, Jeffrey W. Blacher, Esq. of the Law Offices of Jeffrey W. Blacher, P.A., and hereby withdrawals as counsel for Creditors Miriam Menoscal and Misuco International, Inc., and does hereby request that it be removed from the service list in these matters.

I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

    JEFFREY W. BLACHER, P.A.

    _____/s/_____
    Jeffrey W. Blacher, Esq.
    Fla. Bar No. 8168
    2999 N.E. 191st St.
    Suite 805
    Aventura, FL 33180
    Tel 305-705-0888
    Fax 305-356-3693
    jblacher@blacherlaw.com