UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:                                                   Case No. 09-36408-BKC-LMI
                                                         Case No. 09-36418-BKC-LMI

CAPITOL INVESTMENTS USA, INC. and
NEVIN KAREY SHAPIRO, Debtors.
_____/

## **NOTICE OF FILING**

Lewis Tein, P.L. gives notice of filing an email from Kendall Coffey to Robert Miller and

Gary Freedman, dated April 10, 2011.  This email is relevant to Lewis Tein, P.L.'s Motion to

Reconsider Sanctions (D.E. 1401) and the Trustee's Motion for Clarification or Reconsideration

(D.E. 1463), scheduled for hearing on May 9, 2011.

C OFFEY  B URLINGTON

OFFICE IN THE GROVE, PENTHOUSE    2699 SOUTH BAYSHORE DRIVE    MIAMI, FLORIDA 33133
T:  305.858.2900    F:  305.858.5261
Email:  info@coffeyburlington.com    www.coffeyburlington.com

Respectfully Submitted,

COFFEY BURLINGTON

By:  _/s/ Daniel F. Blonsky_
        Kendall B. Coffey – FBN 259861
        kcoffey@coffeyburlington.com
        Daniel F. Blonsky – FBN 972169
        dblonsky@coffeyburlington.com
        Benjamin H. Brodsky – FBN 73748
        bbrodsky@coffeyburlington.com
        2699 South Bayshore Drive, Penthouse
        Miami, Florida 33133
        (305) 858-2900 Telephone
        *Attorneys for Lewis Tein, P.L. and LT*
        *Nautical LLC*

        -and-

        Guy A. Lewis – FBN 623740
        glewis@lewistein.com
        Michael R. Tein – FBN 993522
        mtein@lewistein.com
        Lewis Tein, P.L.
        3059 Grand Avenue, Suite 340
        Coconut Grove, Florida 33133
        (305) 442-1101 Telephone

COFFEY BURLINGTON

OFFICE IN THE GROVE, PENTHOUSE    2699 SOUTH BAYSHORE DRIVE    MIAMI, FLORIDA 33133
T:  305.858.2900    F:  305.858.5261
Email:  info@coffeyburlington.com    www.coffeyburlington.com

## CERTIFICATE OF SERVICE

I hereby certify that on May 6, 2011, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. Counsel of record currently identified on the Mailing Information list to receive e-mail notices for this case are served via Notices of Electronic Filing generated by CM/ECF. Additionally, the document has been served via U.S. Mail to the parties listed below.

**Capitol Investments USA, Inc.**
**c/o Kevin K Shapiro**
*Debtors,*
Hudson County Correctional Ctr
35 Hackensack Ave
South Kearmy, NJ 07032

**Gary M Freedman, Esq**
*Debtors' counsel*
14 NE 1 Ave PH
Miami, FL 33132

**Trustee**
Joel L Tabas
14 NE 1 Ave PH
Miami, FL 33132

**U.S. Trustee**
**Office of the US Trustee**
51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130

*/s/ Daniel F. Blonsky*
Daniel F. Blonsky

3

COFFEY BURLINGTON

OFFICE IN THE GROVE, PENTHOUSE    2699 SOUTH BAYSHORE DRIVE    MIAMI, FLORIDA 33133
T: 305.858.2900    F: 305.858.5261
Email: info@coffeyburlington.com    www.coffeyburlington.com

| | |
|---|---|
| **From:** | Kendall Coffey |
| **To:** | "Robert Miller"; Gary Freedman |
| **Cc:** | Benjamin Brodsky; Michael Tein |
| **Subject:** | In re Capitol Investments |
| **Date:** | Sunday, April 10, 2011 9:21:32 PM |

Bob,

Having reviewed the numerous recent email exchanges, my sense is that both sides should take a fresh look at whether there are more productive ways to work through the discovery issues. We believe you should ultimately conclude that there is not a viable basis for instituting any kind of action for disgorgement of fees, and it will serve both sides for you to get the facts and appropriate documentation which will confirm that outcome. In order to streamline communications between the Trustee and the law firm, we request that you direct all your communications to either me or Ben Brodsky, with a copy to co-counsel, Mike Tein.  To the extent practicable, we will similarly originate all communications on our end from either me or Ben.

I also write to briefly address several items.  Regarding the cancellation of the depositions, we were prepared to go forward with them, but obviously cannot require you to proceed tomorrow. Hopefully we can set a new date for the depositions in short order.  There is no reason, though, why you cannot complete Mike's questioning in one day, individually and corporately. We note that the Rule 2004 notices for Michael Tein's three depositions were originally set to commence at 11:00 a.m.; these depositions were scheduled with more than enough time to allow all reasonable questioning, including inquiry as to the firm's production and assertion of privilege.   Please find a day, starting early if necessary, in which all of Mike's deposition can be completed.  I believe you should also be able to complete Guy's deposition on that same day but if you do not believe you can, let's find a separate day when his deposition can be started and completed.

Regarding the documents which we produced over the past week, we respectfully submit that these supplemental productions have been made in good faith and pursuant to diligent attempts by the law firm to locate all responsive documents.  As Mike noted in an email yesterday, Lewis Tein does not yet have a firm-wide system for archiving electronic mail, which has made locating all responsive documents somewhat of a challenge, especially given the tight timeline under which we have all been operating.  While the firm has generally not retained its emails older than six months, Mike learned, in response to yet another effort to assure that all potentially material documents were being produced, that one of the attorneys had her own methodology, and archived some email items relating to the Shapiro/Capitol Investments matters. As soon as this fact was known, the items were catalogued and the log was promptly furnished to you.  This is neither problematic nor uncommon.  Indeed, litigants who take their discovery obligations seriously often produce additional documents after their "main production" in an effort to make their production complete, and this in no way implicates a waiver of any applicable privileges or evidences bad faith.  If you wish to question Lewis Tein on its document retention system, Mike will testify as the firm's record custodian on the day of his rescheduled deposition.

Regarding the privilege log, even though it was not required by the Court, we are continuing to explore ways to provide more information on the withheld documents without divulging the

privileged content those documents.   If we are able to work something out, we will let you know.

Finally, we repeat our request that the depositions of Mike and Guy Lewis be conducted at their offices.  It is ordinarily our practice to accommodate non-party attorneys, and we hope you will consider doing so in this instance.

I realize that you have a hearing in the morning and expect no response until tomorrow afternoon, but would appreciate hearing from you about rescheduling the depositions.

Kendall


*******************************************

Coffey Burlington
2699 S. Bayshore Drive, Penthouse
Miami, Florida 33133
Tel:  (305) 858-2900
Fax: (305) 858-5261
bbrodsky@coffeyburlington.com

CONFIDENTIALITY NOTE:  This electronic message transmission contains information from the law firm of Coffey Burlington, which may be confidential or privileged. The information is intended to be for the use of the individual or entity named above. If you are not the intended recipient, please immediately delete this e-mail and be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited.