UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

| | |
|---|---|
| In re: | Case No. 09-36408-BKC-LMI |
| CAPITOL INVESTMENTS USA, INC., | (Substantively Consolidated)[1] |
| and NEVIN KAREY SHAPIRO, | Case No. 09-36418-BKC-LMI |
| | (Jointly Administered under |
| | Case No. 09-36408-BKC-LMI) |
| Debtors. _____/ | Chapter 7 |

### NOTICE OF CANCELLATION OF RULE 2004 VIDEO EXAMINATIONS OF MICHAEL TEIN, LEWIS TEIN, P.L. AND LT NAUTICAL, LLC,

*(Subpoenas previously served remain in full force and effect, and these examinations are being rescheduled by agreement of the parties)*

**PLEASE TAKE NOTICE** that the undersigned attorney has cancelled the depositions of the following:

1. Michael Tein, scheduled for May 24, 2011 at 9:00 a.m.;

2. Lewis Tein, P.L. scheduled for May 24, 2011 at 9:00 a.m.; and

3. LT Nautical, LLC, scheduled for May 24, 2011 at 9:00 a.m.

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true copy of the foregoing was served the 24th day of May, 2011, via E-mail and U.S. Mailto: **Michael Tein**, 3059 Grand Avenue, Suite 340, Coconut Grove, FL 33133 (mtein@lewistein.com) and **Kendall Coffey**, Coffey Burlington, Office in the Grove, PH, 2699 South Bayshore Drive, Miami, FL 33133 (kcoffey@coffeyburlington.com); and via electronic transmission to all parties on the

---

[1] The last four digits of the taxpayers identification numbers for each consolidated Debtor follow in parentheses: Ocean Rock Enterprises, Inc. (3272), JAT Wholesale, Inc. (7903), and Pink Panther Enterprises, LLC (5240).

CASE NO. 09-36408-BKC-LMI<br>
CASE NO. 09-36418-BKC-LMI

attached Electronic Mail Notice List; and via first class U.S. Mail upon all parties on the attached Manual Notice List.

        Respectfully submitted,

        /s/ Robert B. Miller
        Robert B. Miller
        Florida Bar No.: 305685
        Gary M. Freedman
        Florida Bar No.: 727260
        Tabas, Freedman, Soloff, Miller & Brown, P.A.
        *Attorneys for Joel L. Tabas, Trustee*
        14 Northeast First Avenue, Penthouse
        Miami, Florida 33132
        Telephone: (305) 375-8171
        Facsimile: (305) 381-7708
        E-mail: gary@tabasfreedman.com
        E-mail: rmiller@tabasfreedman.com

**Mailing Information for Case 09-36408-LMI**

**Electronic Mail Notice List**

The following is the list of **parties** who are currently on the list to receive e-mail notice/service for this case.

- Joaquin J Alemany    joaquin.alemany@hklaw.com, jose.casal@hklaw.com
- Eric N Assouline    ena@assoulineberlowe.com, jc@assoulineberlowe.com;ah@assoulineberlowe.com
- Douglas A Bates    dbates@bergersingerman.com, fsellers@bergersingerman.com;efile@bergersingerman.com
- Paul J. Battista    pbattista@gjb-law.com, gjbecf@gjb-law.com
- Jeffrey W. Blacher    jblacher@blacherlaw.com
- David S Catuogno    dcatuogno@formanlaw.com
- Miguel M Cordano    mc@lgplaw.com, bjo@lgplaw.com;mra@lgplaw.com;fpc@lgplaw.com;jlg@lgplaw.com;rb@lgplaw.com;mbl@lgplaw.com;mds@lgplaw.com;lbr@lgplaw.com
- Andrew C Deweese    , ad@lydeckerdiaz.com
- Drew M Dillworth    ddillworth@stearnsweaver.com, marocha@stearnsweaver.com;rross@stearnsweaver.com;mmesones-mori@stearnsweaver.com
- Mitchell A. Dinkin    mdinkin@bdblaw.com, jlahti@bdblaw.com;apinango@bdblaw.com;njohnson@bdblaw.com
- Mark A Drummond    mad@hostetler-kowalik.com
- Bertis A Echols    bert.echols@thehalelawgroup.com, denise.hardin@thehalelawgroup.com;bert.echols@thehalelawgroup.com
- Jonathan S. Feldman    jfeldman@melandrussin.com, ltannenbaum@melandrussin.com;mrbnefs@yahoo.com
- Gary M Freedman    gfreedman@tabasfreedman.com, jackie@tabasfreedman.com;lise@tabasfreedman.com
- Jeffrey B Greenspan    jeff.greenspan@mbtlaw.com
- Jeffrey A Hokanson    jhokanson@hklawfirm.com, jwellner@hklawfirm.com
- Linda W Jackson    linda.Jackson@IZHMLAW.COM, marilyn.rivera@izhmlaw.com;karina.dominguez@izhmlaw.com
- Richard A Johnston    richard.johnston@fowlerwhite.com, cynthia.ferguson@fowlerwhite.com;ann.greulich@fowlerwhite.com;pgiordano@fowlerwhite.com
- Kenneth M Jones    kjones@moodyjones.com
- John W. Kozyak    jk@kttlaw.com, ycc@kttlaw.com;la@kttlaw.com
- Thomas R. Lehman    trl@lkllaw.com, jmh@lkllaw.com;esf@lkllaw.com;rb@lkllaw.com
- David Hywel Leonard    hleonard@carltonfields.com, lrodriguez@carltonfields.com;tpaecf@cfdom.net
- Paul J McMahon    pjm@pjmlawmiami.com
- Miami-Dade County Tax Collector    mdtcbkc@miamidade.gov
- Robert B Miller    rmiller@tabasfreedman.com, aida@tabasfreedman.com
- Barry E. Mukamal    bankruptcy@marcumllp.com
- Kenneth D Murena    kmurena@dvllp.com, lfd@dvllp.com
- Ronald G Neiwirth    rgn@fowler-white.com, mlf@fowler-white.com
- Office of the US Trustee    USTPRegion21.MM.ECF@usdoj.gov
- Kristopher E Pearson    kpearson@stearnsweaver.com, mmasvidal@stearnsweaver.com;rross@stearnsweaver.com;mmesones-mori@stearnsweaver.com
- Anila Rasul    arasul@kahaneandassociates.com, jbuchanan@kahaneandassociates.com;dphillips@kahaneandassociates.com
- Andrea L Rigali    arigali@tabasfreedman.com, diane@tabasfreedman.com;pmoncada@tabasfreedman.com;mcampbell@tabasfreedman.com
- Luis E Rivera II    luis.rivera@henlaw.com
- David L Rosendorf    dlr@kttlaw.com, rcp@kttlaw.com;CWT@kttlaw.com;ycc@kttlaw.com
- Steven H. Rothstein    steverothstein@miamibeachfl.gov
- Michael L Schuster    mschuster@gjb-law.com, gjbecf@gjb-law.com;mpacheco@gjb-law.com
- Theodore F Smith    tsmith@tedsmithlaw.com
- Aaron L Swimmer    als@swimmerlawassociates.com
- Joel L Tabas    jtabas@tabasfreedman.com, karen@tabasfreedman.com;paola@tabasfreedman.com;rdecker@tabasfreedman.com;afiorentino@tabasfreedman.com;jseff@tabasfreedman.com;francis@tabasfreedma
- Joel L Tabas    JLT@tfsmlaw.com, jtabas@ecf.epiqsystems.com;nancy@tfsmlaw.com;scott@tfsmlaw.com
- Frank Terzo    frank.terzo@gray-robinson.com, lnegron@gray-robinson.com;jennifer.phillips@gray-robinson.com
- Peter F. Valori    pvalori@dvllp.com, spitta@dvllp.com
- Theodore R Walters    twalters@cl-law.com
- Roy L. Weinfeld    rlw@weinfeldlaw.com

**Manual Notice List**

The following is the list of **parties** who are **not** on the list to receive e-mail notice/service for this case (who therefore require manual noticing/service). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

    Craig A Bryan
    Bryan, Bradley & Williams, LLC 3003
    Tamiami Trail North #210
    Naples, FL 34103

    Jack J Carriglio
    Jeffrey B. Greenspan
    Eric E Newman
    123 N Wacker Dr #1800
    Chicago, IL 60606

    Mirce Curkoski
    One Sotheby's International Realty
    1537 San Remo Ave
    Coral Gables, FL 33146

Richard Johnston
P.O. Box 317
1240 Cedars Valley Dr.
St. Albans, MO 63073

Michael A Hanson
2501 N Orient Rd #D
Tampa, FL 33619

David S Harris
6431 SW 39 St
Miami, FL 33155

Rachel L Hazaray
101 W Ohio St #2100
Indianapolis, IN 46204

Sean P O'Connor
211 N Krome Ave
Homestead, FL 33030

Bruce Rishty
353 W 47 St, PH-A
Miami Beach, FL 33140

Nancy Telese
PO Box 291
Palm Beach, FL 33480

Carl A. Howes
Vice President Pachira Company
Newgate Tower
5150 North Tamiami Trail, Suite 504
Naples, FL 34103

Capitol Investments USA, Inc.
Nevin Shapiro
c/o Maria Elena Perez PA
145 Madeira Ave Ste 310
Coral Gables, Florida 33134-4520