UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:
CAPITOL INVESTMENTS USA, INC. and
NEVIN KAREY SHAPIRO

     Debtors .                                         /
JOEL L. TABAS, TRUSTEE

     Plaintiff,

v.

JOHANNSEN YAP, AS TRUSTEE
OF THE YAP HOLDING TRUST,

     Defendant.
                                                                 /

CASE NO.: 09-36408-BKC-LMI
(Substantively Consolidated)[1]
Case No. 09-36418-BKC-LMI
(Jointly Administered under
Case No. 09-36408-BKC-LMI)

Chapter 7

Adv. Case No.: 11-02517-BKC-LMI

**PLAINTIFF'S EX PARTE MOTION FOR**
**ABATEMENT OF ADVERSARY PROCEEDING AND FOR**
**<u>CONTINUANCE OF PRETRIAL, TRIAL AND ALL RELATED DEADLINES</u>**

Plaintiff, Joel L. Tabas, Trustee (the "Plaintiff" or " Trustee"), through undersigned counsel, files this *Ex Parte Motion for Abatement of Adversary Proceeding and for Continuance of Pretrial, Trial and All Related Deadlines (the "Motion")*, and as good cause for same states as follows:

1.    On September 13, 2011, Plaintiff filed his Complaint [ECF 1] against Johannsen Yap in his capacity as Trustee of the Yap Holding Trust (the "Defendant") seeking to (1) avoid the Transfers in the total amount of $400,822.77 pursuant to Sections 544 and 548 of the Bankruptcy Code and Section 726.105(1)(b) of the Florida Statutes and (2) for the recovery of such avoidable Transfers pursuant to Section 550 of the Bankruptcy Code and Sections 726.108 and 726.109 of the Florida Statutes.  The pretrial conference is currently schedule for December 7, 2011 at 10:00 a.m. [ECF 2].

---

[1] The last four digits of the taxpayer identification number for each of the consolidated debtors is, respectively, as follows in parentheses:  Ocean Rock (3272), JAT (7903) and Pink Panther (5240).

Case No.: 09-36408-BKC-LMI<br>
Adv. Case No.: 11-02517-BKC-LMI

2. The parties have subsequently reached a settlement and Plaintiff has filed a motion to approve this settlement in the Main Case [ECF 2034]. The hearing to approve the settlement is set for January 9, 2012 [ECF 2040].

3. Accordingly, Plaintiff seeks to abate this action and schedule a status conference to be scheduled and held sixty (60) days from the entry of an Order approving this *Motion*, and respectfully requests that all deadlines, the pretrial conference, and the trial be continued accordingly. Assuming the Court approves the settlement in the Main Case, Plaintiff will thereafter file a notice of dismissal of this adversary proceeding and cancel the status conference.

4. Plaintiff has consulted with Defendant's counsel with respect to this *Motion* and Defendant's counsel has agreed to the relief requested herein.

5. A proposed Order accompanies this *Motion.*

**WHEREFORE**, Plaintiff respectfully requests this Court enter an Order (1) abating this action; (2) scheduling a status conference to take place sixty (60) days from the entry of an Order approving the *Motion*; (3) continuing the pretrial, trial and all pretrial deadlines accordingly; and (4) for such other and further relief as the Court deems just and proper.

Respectfully submitted this 22nd day of November, 2011.

/s/ Mark S. Roher
Gary M. Freedman
Florida Bar No.: 727260
Mark S. Roher
Florida Bar No.: 178098
Andrea L. Rigali
Florida Bar No.: 42015
Tabas, Freedman, Soloff, Miller & Brown, P.A.
Attorneys for Joel L. Tabas, Trustee
14 Northeast First Avenue, Penthouse
Miami, Florida 33132
Telephone: (305) 375-8171
Facsimile: (305) 381-7708

2

Case No.: 09-36408-BKC-LMI<br>Adv. Case No.: 11-02517-BKC-LMI

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true copy of the foregoing has been served via electronic mail to **Kimberly J. Robinson, Esq.**, Barrack Ferrazzano Kirschbaum & Nagelberg LLP, 200 West Madison Street, Suite 3900, Chicago, IL 60606-3465 [kim.robinson@bkfn.com] on November 22, 2011.

/s/ Mark S. Roher
Mark S. Roher

3

TABAS, FREEDMAN, SOLOFF, MILLER & BROWN, P.A. · ONE FLAGLER BUILDING, 14 NORTHEAST FIRST AVENUE, PENTHOUSE, MIAMI, FLORIDA 33132 · (305) 375-8171