UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

|  |  |
|---|---|
|                                X | CASE NO. **09-36408-BKC-LMI** (Substantively Consolidated)[1] |
| In re: | CASE NO. **09-36418-BKC-LMI** |
| CAPITOL INVESTMENTS USA, INC., | (Jointly Administered under |
| and NEVIN KAREY SHAPIRO, | Case No. **09-36408-BKC-LMI**) |
|  | Chapter 7 |
|         Debtors. |  |
|                                X |  |

## NOTICE OF RULE 2004 VIDEO EXAMINATION

**TO:** *CRAIG T. CURRIE*
*2050 JERSEY AVENUE*
*SCOTCH PLAINS, NEW JERSEY*

**PLEASE TAKE NOTICE** that the undersigned attorney, will take the Rule 2004 Video Examination of:

**NAME:** Craig T. Currie

**DATE:** December 29th, 2011

**TIME:** 9:30 A.M.

**PLACE:** 2525 Ponce De Leon Blvd, Suite 300
Coral Gables, Florida 33134

The examination may continue from day to day until completed. If the examinee receives this notice less than fourteen (14) days prior to the scheduled examination date, the examination will be rescheduled upon timely request to a mutually agreeable time.

---

[1]The last four digits of the taxpayers identification numbers for each consolidated Debtor follow in parenthesis: Ocean Rock Enterprises Inc., (3272), JAT Wholesale, Inc. (7903), and Pink Panther Enterprises, LLC. (5240).

2

The examination is pursuant to Bankruptcy Rule 2004 and Local Rule 2004-1, and will be taken before an officer authorized to record the testimony. The scope of the examination shall be as described in Bankruptcy Rule 2004. Pursuant to Local Rule 2004-1 no order shall be necessary.

The examinee is further requested to bring to the examination all of the documents described on the attached Schedule "A".

### CERTIFICATE OF SERVICE:

I HEREBY CERTIFY that a true copy of the instant Notice of Rule 2004 Video Deposition was served on Craig T. Currie, debtor Nevin K. Shapiro, attorney for the debtor, the trustee, Tabas, Freedman, Soloff, Miller & Brown, P.A., and to all parties identified and/or listed on the attached Electronic Mail Notice List; and via first class U.S. mail upon all parties on the attached Manual Notice List, this 8th day of December, 2011.

Respectfully Submitted,

S/ *Maria Elena Pérez*
MARIA ELENA PÉREZ
Florida Bar No. 0487910
MARIA ELENA PÉREZ, P.A.
145 Madeira, Suite 310
Coral Gables, Florida 33134
Tel.: (305) 461-3100
Fax: (305) 461-3444

*NOTE: INTERESTED PARTIES SHOULD CONTACT THE LISTED ATTORNEY FOR THE DEBTOR IN ORDER TO CONFIRM THE DATE AND TIME OF THE EXAMINATION.*

CASE NO: 09-36408-BKC-LMI
CASE NO: 09-36418-BKC-LMI

## SCHEDULE "A"

**DEFINITIONS:**

For purposes of responding to duces tecum request, the following definitions shall apply.

1. "You" or "Yours" means Richard N. Berndt and his agents, attorneys, accountants, representatives, and entitles in which you have or had an ownership interest, including any trusts for which You are a settlor, trustee or beneficiary.

2. "Debtors" mean (1) Capital Investments USA, Inc. and its officers, directors, employees, agents, attorneys, accountants, representatives, affiliates, predecessors, successors and/or assigns; and (2) Nevin Karey Shapiro and his agents, attorneys, accountants and representatives and any and all affiliated entities, including, but not limited to JAT Wholesale, Inc. Pink Panther Enterprises, LLC, Ocean Rock Enterprises, Inc. , SMGC, LLC; LED Miami Beach ,LLC. RSA Miami ,LLC  Nevin Shapiro d/a/b/ NKS Financial Systems and NKS, LLC.

3. "Petition Date" means November 30, 2009.

4. "Petition" means the involuntary bankruptcy petitions filed on November 30,2009 which commenced these cases and the Orders for Relief entered on December 30, 2009.

5. "Document" or "documents" as used herein shall man the original and any copy, regardless of its origin and location, of all writings of any kind whatsoever Including, but not limited to, all abstracts, accounting journals ,accounting ledgers, advertisements, affidavitis, agendas, agreements or proposed agreements, analyses, appointment books, appraisals, articles of Incorporation, balance sheets, bank checks, bank deposit or withdrawal slips, bank credit or debit memoranda, bank statements, blue prints, books , books of account, budgets, bulletins, bylaws,  canceled checks, charts, checks,   codes communications, communications with government bodies, computer data or print outs, conferences, contracts, correspondence, data processing cards, data sheets, desk calendars, details, diagrams, diaries, disks or data compilations from which information can be obtained or translated, drafts, drawings, electromagnetic tapes, files films, financial calculations, financial projections, financial statements, graphs, handwritten notes or comments however produced or reproduced, indexes, Insertions, Instructions, Internal accounting records, Interoffice communications, Invoices, ledgers, letters, lists, logbooks, manuals, memoranda, microfilm, minutes of meetings, motion pictures, newspaper or magazine articles, networks, nonconforming copies which contain deletions, notations or records of meetings, notes, notices of wire transfer of funds, outlines, pamphlets, papers, passbooks, periodicals, photocopies, photographs, pictures, plans, preliminary drafts, press releases, proposals, publications, punch cards, raw and refined data, receipts, recommendations, records, records of conferences or conversations or meetings, records of payment, reports, resolutions, results of  Investments, schedules, shematics, sepla, shipping papers, slides, specifications, speeches, statements or account, studies, summaries, surveys, tape recordings, tax returns, telegrams, telephone logs and records, telephone and other conversations or communications, teletypes. Telexes, transcripts, transcripts of tape recordings, video tapes, voice records, vouchers, work papers, worksheets, written notations, and any and all digital or analog electronic files whether on- or off-site, Including "deleted" files and file fragments,  store in machine-readable format on

magnetic, and their backup media (e.g., other hard drives, backup tapes, floppies, JAZ cartridges, CD-ROMS's) or otherwise, whether such files have been reduced to paper printouts or not. This Includes but is not limited to E-mails, both sent and received, whether Internally or externally; all word-processed files, Including drafts and revisions; all spreadsheets, Including drafts and revisions; all databases; all CAD (computer aided design) files, Including drafts and revision; all presentation data or slide shows produced by presentation software (such as Microsoft Power Point); all graphs, charts and other data produced by project management software (such Microsoft Project); all data generated by calendaring, task management and Personal Information Management (PIM) software (such as Microsoft Outlook or Lotus Notes); all data created with the use of Personal Data Assistants (PDA's), such as Pal Pilot, HP Jornada, Cassiopeia or other Windows CE-based or Pocket PC devices; all data created with use of document management software; all data created with the use of paper and electronic mail logging and routing software; all Internet and Web-browser-generated history files, caches and "cookies" files and all backup storage media, and any and all other papers similar to any of the foregoing. Any document containing thereon or attached thereto any alterations, comments, notes or other material not included in the copies or originals or referred to in the preceding definition shall be deemed a separate document within said definition. Any document shall include all exhibits, schedules or other writings affected by or referenced in any such document or other writings necessary to complete the information contained therein or make it not misleading.

      6.     "And" and "or" as used herein are terms of Inclusion and not of exclusion, and shall be construed either disjunctively or conjunctively as necessary to bring within the scope of the request for Production of documents any document or information that might otherwise be construed to be outside its scope.

      7.     "Any" means one or more.

      8.     "Describe", "discuss", "analyze", "describing", "discussion", or "analyzing", mean any document that, in whole or in part, characterizes, delineates, explicates, deliberates, evaluates, appraises, assesses or provides a general explanation of the specified subject.

      9.     "Person" means any natural person, corporation, partnership, company, sole proprietorship, association, Institute, joint venture, firm, government body, or other legal entity, whether privately or publicly owned or controlled, for profit or not-for-profit, or partially or fully government owned or controlled.

      10.    "Relate to" and "relating to" mean to make a statement about , refer to, discuss, describe, reflect, contain, compromise, identify, or in any way to pertain to, In whole or in part, or otherwise to be used, considered, or reviewed in any way in connection with, the specified subject. Thus, documents that "relate to" a subject also include those which were specifically rejected and those which were not relied or acted upon.

      11.    The singular form of a noun or pronoun shall be considered to include within its meaning the plural form of the noun or pronoun, and vice versa. The masculine form of a noun or pronoun shall be considered to include within its meaning the feminine form of the noun or pronoun, and vice versa.

CASE NO: 09-36408-BKC-LMI<br>
CASE NO: 09-36418-BKC-LMI

12. Regardless of the tense employed, all verbs shall be read as applying to the past, present and future as is necessary to make any paragraph more, rather than less, Inclusive.

13. "Year" means calendar year.

14. Unless otherwise provided, the applicable scope of time is from January 1, 2005 to the present.

CASE NO: 09-36408-BKC-LMI
CASE NO: 09-36418-BKC-LMI

**PLEASE PROVIDE COPIES OF:**

1. All documents You received from the Debtors.

2. All documents You provided to the Debtors.

3. All documents evidencing, relating to, or referring to the business relationship between You and the Debtors, Including, but not limited to any agreements and/or contracts, from November 30, 2005 through the present.

4. All documents evidencing, relating to, or referring to the assets, liabilities and/or financial affairs of the Debtors, from November 30, 2005 through the present.

5. All documents evidencing, relating to, or referring to the Debtors' financial condition, including but not limited to, any financial statements and data provided to You by or on behalf of the Debtors from November 30, 2005 through the present.

6. Any and all Federal, State or local tax returns (the "Returns") of the Debtors in Your possession for the period of January 1, 2005 through the present.

7. All documents evidencing, relating to, or referring to any litigation involving the Debtors, from November 30, 2005 through the present.

8. All documents showing, reflecting or relating to any and all disbursements, loans, compensation, consideration, payments or other benefit You received from or on behalf of the Debtors from November 30, 2005 through the present, Including, but not limited to bank statements, deposit receipts, debit or credit memos, cancelled checks and wire transfer confirmations.

9. All documents showing, reflecting to any all loans between You and the Debtors from November 30, 2005 through the present.

10. All documents showing, reflecting or relating to any and all Interest, principal, dividends or distributions You received from or on behalf of the Debtors from November 30, 2005 through the present, including, but not limited to bank statements, deposit receipts, debit or credit memos, cancelled checks and wire transfer confirmations.

11. All documents showing, reflecting or relating to any and all commissions paid to You from or on behalf of the Debtors from November 30, 2005 through the present , including, but not limited to bank statements, deposit receipts, debit or credit memos, cancelled checks and wire transfer confirmations.

12. All correspondence or communications of any kind between You and the Debtors from November 30, 2005 through the present.

13. All correspondence or communications of any kind between You and any third-parties relating to the Debtors from November 30, 2005 through the present.

CASE NO: 09-36408-BKC-LMI<br>
CASE NO: 09-36418-BKC-LMI

14.    All documents evidencing, relating tom or referring to any and all internal and external correspondence and communications relating to the Debtors' operations and/or business affairs from November 30, 2005 through the present.

15.    All documents reflecting or relating to the business affairs or operations of the Debtors between November 30, 2005 and the present.

16.    All documents evidencing, showing and/or reflecting whether or not the Debtors were paying their debts as they became due during the period from November 30, 2005 through the Petition Date.

17.    All documents evidencing, showing and/or reflecting the Debtors' solvency or insolvency during the period from November 30, 2005 through the Petition Date.

18.    All documents evidencing, showing, and/or reflecting whether or not the Debtors were sufficiently capitalized during the period of November 30, 2005 through the Petition Date.

19.    All documents reflecting or relating to valuations of the Debtors' businesses or their assets from November 30, 2005 through Petition Date.

20.    All business plans, forecasts and projections reflecting or relating to the Debtors from November 30, 2005 through the Petition Date.

21.    All documents reflecting or relating to Debtors' general ledgers, accounts receivables and accounts payable from November 30, 2005 through the Petition Date.

22.    All documents reflecting or relating to the Debtors' Interim and year-end financial statements from November 30, 2005 through the Petition Date.

23.    All handwritten, typed or recorded notes prepared by You regarding the Debtors from November 30-, 2005.

24.    All documents evidencing, reflecting or showing the efforts of the Debtors to obtain Investors during the period Of November 30, 2005 through the Petition Date.

25.    All documents evidencing, reflecting or showing the efforts of the Debtors to obtain Investors during the period of November 30, 2005 through the Petition Date.

26.    All documents reflecting or relating to any Investors in the Debtors, during the period of November 30, 2005 through the Petition Date.

27.    All documents evidencing, reflecting or showing any payments made to any Investors of the Debtors during the period of November 30, 2005 through the Petition Date.

28.    All documents relating to or referring to the Debtors, from November 30, 2005 through the present.

CASE NO: 09-36408-BKC-LMI
CASE NO: 09-36418-BKC-LMI

29. To the extent not requested above, Your entire file with respect to the Debtors from November 30, 2005 through the present.

**The Trustee reserves the right to request additional documents as his investigation continues, as additional issues are uncovered, and as clarifications are required.**

## Mailing Information for Case 09-36408-LMI

### Electronic Mail Notice List

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- Joaquin J Alemany    joaquin.alemany@hklaw.com, jose.casal@hklaw.com
- Eric N Assouline    ena@assoulineberlowe.com, ah@assoulineberlowe.com
- Douglas A Bates    dbates@bergersingerman.com, fsellers@bergersingerman.com;efile@bergersingerman.com
- Paul J. Battista    pbattista@gjb-law.com, gjbecf@gjb-law.com
- Christopher G Berga    cgb@lydeckerlaw.com, gh@lydeckerlaw.com
- Jeffrey W. Blacher    jblacher@blacherlaw.com
- Benjamin H Brodsky    bbrodsky@coffeyburlington.com, drichardson@coffeyburlington.com;service@coffeyburlington.com
- Gary M Carman    gary.carman@gray-robinson.com, barbara.rodriguez@gray-robinson.com
- Francis L. Carter    flc@katzbarron.com, lcf@katzbarron.com
- David S Catuogno    dcatuogno@formanlaw.com
- Miguel M Cordano    mc@lgplaw.com, mra@lgplaw.com;fpc@lgplaw.com;jlg@lgplaw.com;rb@lgplaw.com;mbl@lgplaw.com;mds@lgplaw.com;mg@lgplaw.com;lbr@lgplaw.com;jrl@lgplaw.com
- Andrew C Deweese    , ad@lydeckerdiaz.com
- Drew M Dillworth    ddillworth@stearnsweaver.com, marocha@stearnsweaver.com;rross@stearnsweaver.com;mmesones-mori@stearnsweaver.com;dillworthcdp@ecf.epiqsystems.com
- John D Eaton    jeaton@rascoklock.com, ogonzalez@rascoklock.com;nsingh@rascoklock.com
- Bertis A Echols    bert.echols@thehalelawgroup.com, ben.elvert@thehalelawgroup.com;sharri.bruce@thehalelawgroup.com
- Jonathan S. Feldman    jfeldman@melandrussin.com, ltannenbaum@melandrussin.com;mrbnefs@yahoo.com
- Lara R Fernandez    lrfernandez@trenam.com, lkfloyd@trenam.com
- Gary M Freedman    gfreedman@tabasfreedman.com, jackie@tabasfreedman.com;lise@tabasfreedman.com
- Michael I Goldberg    michael.goldberg@akerman.com, charlene.cerda@akerman.com
- Jeffrey B Greenspan    jeff.greenspan@mbtlaw.com
- Jeffrey A Hokanson    jhokanson@fbtlaw.com, dbricker@fbtlaw.com
- Linda W Jackson    linda.Jackson@IZHMLAW.COM, karina.dominguez@InfanteZumpano.com;kevin.cabrera@InfanteZumpano.com
- Richard A Johnston    richard.johnston@fowlerwhite.com, cynthia.ferguson@fowlerwhite.com;ann.greulich@fowlerwhite.com;pgiordano@fowlerwhite.com
- Kenneth M Jones    kjones@moodyjones.com
- John W. Kozyak    jk@kttlaw.com, ycc@kttlaw.com
- Jeffrey T. Kucera    jeffrey.kucera@klgates.com, maxine.lewis@klgates.com,;miamidocketing@klgates.com
- Thomas R. Lehman    trl@lkllaw.com, jmh@lkllaw.com;esf@lkllaw.com;cag@lkllaw.com
- David Hywel Leonard    hleonard@carltonfields.com, lrodriguez@carltonfields.com;tpaecf@cfdom.net
- Joan M Levit    joan.levit@akerman.com, charlene.cerda@akerman.com
- David B Marks    brett.marks@akerman.com, charlene.cerda@akerman.com
- Paul J McMahon    pjm@pjmlawmiami.com
- Miami-Dade County Tax Collector    mdtcbkc@miamidade.gov
- Robert B Miller    rmiller@tabasfreedman.com, aida@tabasfreedman.com
- Barry E. Mukamal    bankruptcy@marcumllp.com
- Kenneth D Murena    kmurena@dvllp.com, jserna@dvllp.com
- Ronald G Neiwirth    mneiwirth@boyd-jenerette.com
- Office of the US Trustee    USTPRegion21.MM.ECF@usdoj.gov
- Paul L. Orshan    plorshan@orshanpa.com, maria@orshanpa.com
- Kristopher E Pearson    kpearson@stearnsweaver.com, mmasvidal@stearnsweaver.com;rross@stearnsweaver.com;mmesones-mori@stearnsweaver.com;dillworthcdp@ecf.epiqsystems.com
- Heather L. Ries    hries@foxrothschild.com, mbird@foxrothschild.com
- Andrea L Rigali    arigali@tabasfreedman.com, Jeepero@tabasfreedman.com;mcampbell@tabasfreedman.com
- Luis E Rivera II    luis.rivera@henlaw.com
- Mark S Roher    mroher@tabasfreedman.com, diana@tabasfreedman.com
- David L Rosendorf    dlr@kttlaw.com, rcp@kttlaw.com;CWT@kttlaw.com;ycc@kttlaw.com
- Gary J. Rotella    rotellagar@aol.com
- Steven H. Rothstein    steverothstein@miamibeachfl.gov
- Michael L Schuster    mschuster@gjb-law.com, gjbecf@gjb-law.com
- Theodore F Smith    tsmith@tedsmithlaw.com
- Aaron L Swimmer    als@swimmerlawassociates.com
- Joel L Tabas    jtabas@tabasfreedman.com, karen@tabasfreedman.com;rdecker@tabasfreedman.com;francis@tabasfreedman.com
- Joel L Tabas    JLT@tfsmlaw.com, jtabas@ecf.epiqsystems.com;nancy@tfsmlaw.com;scott@tfsmlaw.com
- Frank Terzo    frank.terzo@gray-robinson.com, lnegron@gray-robinson.com;jennifer.phillips@gray-robinson.com
- Charles W Throckmorton    cwt@kttlaw.com, lf@kttlaw.com
- Peter F. Valori    pvalori@dvllp.com, spitta@dvllp.com
- Theodore R Walters    twalters@cl-law.com

### Manual Notice List

The following is the list of **parties** who are not on the list to receive email notice/service for this case (who therefore require manual noticing/service). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

    Charles W Brown
    5864 S. East Street
    Indianapolis, IN 46227

    Craig A Bryan
    Bryan, Bradley & Williams, LLC
    3003 Tamiami Trail North #210
    Naples, FL 34103

Jack J Carriglio
Jeffrey B. Greenspan
Eric E. Newman
123 N Wacker Dr #1800
Chicago, IL 60606

Mitchell A. Dinkin
Koenig & Dinkin
3960 Hypoluxo Rd., Suite 202
Boynton Beach, FL 33436

Mark A Drummond
Rachel L Hazaray
101 W Ohio St #2100
Indianapolis, IN 46204

Nelson Gonzalez
2515 Flamingo Drive
Miami Beach, FL 33410

Mary J. Hackett
225 Fifth Avenue
Pittsburgh, PA 15222

Michael A Hanson
2501 N Orient Rd #D
Tampa, FL 33619

David S Harris
6431 SW 39 St
Miami, FL 33155

Donald Hope
Donna Hope
12979 White Violet Drive
Naples, FL 34119

Jack Hulse
20922 Edgewater Drive
Noblesville, IN 46062

Jeannine DeRoy
135 Pier View Street, Unit 404
Charleston, SC 29492

Seth M. Kean
599 Lexington Ave, 22 Fl
New York, NY 10022

Sean P O'Connor
211 N Krome Ave
Homestead, FL 33030

Anila Rasul
8201 Peters Rd # 3000
Plantation, FL 33324

Bruce Rishty
353 W 47 St, PH-A
Miami Beach, FL 33140

Nancy Telese
PO Box 291
Palm Beach, FL 33480

Richard Johnston
P.O. Box 317
1240 Cedars Valley Dr.
St. Albans, MO 63073

Carl A. Howes
Vice Predisent Pachira Company
Newgate Tower
5150 North Tamiami Trail, Suite 504
Naples, FL 34103

Capitol Investments USA, Inc.
Nevin Shapiro
c/o Maria Elena Perez PA
145 Madeira Ave., Suite 310
Coral Gables, FL 33134-4520

Tabas, Feedman, Soloff, Miller & Brown, P.A.
One Flagler Building
14 Northeast First Avenue, Penthouse
Miami, Florida 33132

Carlos Noriega
1100 Washington Avenue
Miami Beach, Florida 33139

Craig T. Currie
2050 Jersey Avenue
Scotch Plains, New Jersey

David Leshner
441 6th Place
Manhattan Beach, California 90266-5605

Don De Lucca
1100 Washington Avenue
Miami Beach, Florida 33139

Eric Sheppard
88 Bo-cross Drive
Bal Harbor, Florida 33154

Mario Sanchez
580 S.e. 13th Street, Apt. 106
Dania Beach, Florida 33004

Michael Huyghue
24468 Harbor View Drive
Ponte Verde Beach, Florida 32082

Sean Allen
1155 Brickell Bay Drive, Apt. 106
Miami, Florida 33131