UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:  
CAPITOL INVESTMENTS USA, INC.,  
and NEVIN KAREY SHAPIRO,

Case No. 09-36408-BKC-LMI  
(Substantively Consolidated)[1]  
Case No. 09-36418-BKC-LMI  
(Jointly Administered under  
Case No. 09-36408-BKC-LMI)

Debtors.

Chapter 7

_____/

**TRUSTEE'S STIPULATION AND MOTION TO APPROVE STIPULATION
TO COMPROMISE CONTROVERSY WITH MUSCATO PARTIES**

**Any interested party who fails to file and serve a written response to this Motion within 21 days after the date of service stated in this Motion shall, pursuant to Local Rule 9013-1(D), be deemed to have consented to the entry of an order in the form attached to this Motion. Any scheduled hearing may then be canceled.**

Joel L. Tabas, as Chapter 7 Trustee of the bankruptcy estate of Capitol Investments USA, Inc. ("Trustee"), through counsel, moves this Court pursuant to Rule 9019 Fed. R. Bankr. P. and Local Rule 9013-1(D), for the entry of an order authorizing the compromise and settlement with Muscato Family Limited Partnership II, Nicholas J. Muscato, Individually, Nicholas J. Muscato, Trustee of the Nicholas J. Muscato Family Trust dated January 13, 1998, and Eagle One Advertising Specialties, Inc. (collectively, the "Muscato Parties," the Muscato Parties and the Trustee shall be collectively referred to as the "Settling Parties"), and as good cause for same, states as follows:

**BACKGROUND**

1. On November 30, 2009, involuntary Chapter 7 bankruptcy petitions were filed against Capitol Investments USA, Inc. ("Capitol") and Nevin Karey Shapiro

---

[1] The last four digits of the taxpayers identification numbers for each consolidated Debtor follow in parentheses: Ocean Rock Enterprises, Inc. (3272), JAT Wholesale, Inc. (7903), and Pink Panther Enterprises, LLC (5240).

("Shapiro").  Subsequently, Joel L. Tabas was appointed as interim Trustee and later appointed the standing Trustee in the cases.

2. On December 30, 2009, this Court entered its Orders for Relief in Involuntary Case and Setting Deadline for Filing Schedules, Statement of Financial Affairs and Other Documents (the "Orders for Relief") [Case No. 09-36408, ECF 24; Case No. 09-36418, ECF 35].

3. On May 14, 2010, Muscato Family Limited Partnership II ("MFLP") filed a proof of claim (Claim Number 21-1) in the Capitol bankruptcy estate in the amount of $3,002,000.00 (the "MFLP Claim").

4. On August 9, 2010, the Trustee filed an Adversary Complaint (the "Complaint") (Case No. 11-03132-BKC-LMI, ECF 1) against, among others, the Muscato Parties seeking to (1) avoid fraudulent transfers pursuant to Section 548 of the Bankruptcy Code (the "Transfers"), (2) recover such fraudulent transfers pursuant to Section 550 of the Bankruptcy Code and (3) seeking to cancel all sums due on alleged usurious loans pursuant to Section 687.071 of the Florida Statutes and recovery of all payments of principal and interest on the alleged usurious loans indirectly paid by Capitol to the Muscato Parties (the "Claims").

5. The Muscato Parties have asserted certain defenses to the Claims, including that the Muscato Parties (i) received the Transfers in good faith, (ii) provided reasonably equivalent value for the Transfers, (iii) did not make criminally usurious loans to Capitol and (iv) even if the loans were criminally usurious, the Muscato Parties lacked the corrupt intent to make criminally usurious loans.  The Muscato Parties have further asserted that even if the Trustee were successful in avoiding the Transfers, their financial situation has significantly deteriorated.  Accordingly, as a material inducement to the

Trustee's entry into this Stipulation, the Muscato Parties have provided the Trustee with sworn financials under penalty of perjury setting forth their current financial condition which reflects that the Muscato Parties have minimal non-exempt assets to pay a judgment if the Trustee were successful in prosecuting the Complaint and avoiding the Transfers (the "Sworn Financials").

6. In view of the cost of trying this matter to conclusion and the risks associated therein based upon the defenses and the Sworn Financials, the Trustee believes that the following settlement of the Claims asserted in the Trustee's Complaint is in the best interest of the Capitol estate, and, accordingly, has entered into a Stipulation for Settlement (the "Stipulation") with the Muscato Parties.

## THE PROPOSED SETTLEMENT

7. **MUSCATO PARTIES PROOF OF CLAIM**: The MFLP Claim shall be stricken and disallowed in the Capitol estate. The Muscato Parties shall not be entitled to file any new proofs of claim in the Capitol estate.

8. **TRUSTEE'S RELEASE:** In consideration for the settlement herein outlined and the covenants contained in this Stipulation, the Trustee, on behalf of the Capitol estate, upon (i) execution of this Stipulation and (ii) upon the Approval Order becoming final, releases the Muscato Parties from any and all claims, counterclaims, avoidance actions, demands, damages, debts, agreements, covenants, suits, contracts, obligations, liabilities, accounts, offsets, rights, actions and causes of action for contribution and indemnity, whether arising at law or in equity, including without limitation, claims arising from or related to any act, omission, communication, transaction, occurrence, representation, misrepresentation, deceit, statement, promise, damage, breach of

3

contract, fraud, commission of any tort, violation of any state or federal law, or usury, whether presently possessed or possessed in the future, whether known or unknown, whether liability be direct or indirect, liquidated or unliquidated, whether presently accrued or to accrue hereafter, whether absolute or contingent, obtained by assignment, foreseen or unforeseen, and whether or not heretofore asserted, or any other matter whatsoever or thing done, omitted or suffered to be done by the Muscato Parties, arising from or related to the Claims alleged in the Complaint and the Capitol estate.

9. **MUSACTO PARTIES RELEASE:** In consideration for the settlement herein outlined and the covenants contained in this Stipulation, upon (i) execution of this Stipulation and (ii) upon the Approval Order becoming final, the Muscato Parties release the Trustee and the Capitol estate and their agents and attorneys, jointly and severally, from any and all claims, counterclaims, avoidance actions, demands, damages, debts, agreements, covenants, suits, contracts, obligations, liabilities, accounts, offsets, rights, actions and causes of action for contribution and indemnity, whether arising at law or in equity, including without limitation, claims arising from or related to any act, omission, communication, transaction, occurrence, representation, misrepresentation, deceit, statement, promise, damage, breach of contract, fraud, commission of any tort, violation of any state or federal law, or usury, whether presently possessed or possessed in the future, whether known or unknown, whether liability be direct or indirect, liquidated or unliquidated, whether presently accrued or to accrue hereafter, whether absolute or contingent, foreseen or unforeseen, and whether or not heretofore asserted, or any other matter whatsoever or thing done, omitted or suffered to be done by the Trustee, arising from or related to the Claims alleged in the Complaint and the Capitol estate. **This**

Case No. 09-36408-BKC-LMI
Case No. 09-36418-BKC-LMI

release includes any right of the Muscato Parties to file a proof of claim in the Capitol estate or receive any distribution from the Capitol estate.

10. This Stipulation represents the entire understanding and agreement between the Parties hereto with respect to the subject matter hereof and cannot be amended, supplemented or modified except by an instrument in writing signed by the party or parties against whom enforcement of any amendment, supplement or modification is sought. A waiver by a party of any breach of any provision of this Stipulation shall not be construed to be a waiver by any such party of any succeeding breach of such provision or a waiver by such party of any breach of any other provision.

11. This Stipulation may be executed in counterparts, which, when combined, shall be deemed to constitute one original and binding document. The parties further agree that electronic signatures shall be treated in all manner and respects as original signatures.

12. This Stipulation is subject to the approval of the United States Bankruptcy Court, Southern District of Florida.

AGREED BY:

_____   _____ 5-2-12
Joel L. Tabas                Date   Nicholas J. Muscato          Date
Trustee, Capitol Investments USA, Inc.

Muscato Limited Family Partnership II
By: _____
Title: AS TRUSTEE OF MUSCATO TRUST
Date: GENERAL PARTNER OF MUSCATO
LIMITED FAMILY PARTNERSHIP II
5-2-12

5

Case No. 09-36408-BKC-LMI
Case No. 09-36418-BKC-LMI

Nicholas J. Muscato, Trustee of the
Nicholas J. Muscato Family Trust
dated January 13, 1998
Date:
By: *[signature]*
Title: *Trustee of Muscato Family Trust*

Eagle One Advertising Specialties, Inc.
By: *[signature]*
Title: *Last [illegible] Member of the*
Date: *Board of Directors*

*[signature]*     5-2-12
*[signature]*

| | |
|---|---|
| Gary M. Freedman    Date | Joseph A. Frein    Date |
| Florida Bar No. 727260 | Joseph A. Frein, P.A. |
| Tabas, Freedman | 108 Hillcrest Street |
| 14 N.E. 1st Avenue, Penthouse | Orlando, FL 32801 |
| Miami, FL 33132 | Telephone: 407-649-9133 |
| Telephone: (305) 375-8171 | Facsimile: 407-649-7812 |
| Facsimile: (305) 381-7708 | Email: joefrein@bellsouth.net |
| E-mail: gary@tabasfreedman.com | *Attorneys for Muscato Parties* |
| *Attorneys for Trustee* | |

## LEGAL STANDARD FOR SETTLEMENT

13. The Trustee recommends approval of the settlement because it is fair and reasonable, falls within the range of possible litigation outcomes, and is in the best interest of the Estates because full settlement precludes any risks associated with litigation in this matter and increases the dividend available to creditors.

14. Bankruptcy Rule 9019(a) provides: "On motion . . . and after a hearing on notice to creditors, the debtor . . . and to such other entities as the court may designate, the court may approve a compromise or settlement."

15. As this Court has previously found, "approval of a settlement in a

bankruptcy proceeding is within the sound discretion of the Court, and will not be disturbed or modified on appeal unless approval or disapproval is an abuse of discretion." *In re Arrow Air, Inc.*, 85 B.R. 886, 891 (Bankr. S.D. Fla. 1988) (internal citations omitted).

16. The test is whether the proposed settlement "falls below the 'lowest point in the range of reasonableness.'" *Arrow Air*, 85 B.R. at 891 (internal citations omitted).

17. According to the United States Eleventh Circuit Court of Appeals, when a bankruptcy court decides whether to approve or disapprove a proposed settlement, it must consider:

   (a) the probability of success in the litigation;
   (b) the difficulties, if any, to be encountered in the matter of collection;
   (c) the complexity of the litigation involved, and the expense, inconvenience and delay necessarily attending it; and
   (d) the paramount interest of the creditors and a proper deference to their reasonable views in the premises.

*Wallis v. Justice Oaks II, Ltd. (In re Justice Oaks II, Ltd.)*, 898 F.2d 1544 (11th Cir. 1990).

18. The Trustee believes that the proposed settlement meets the standards set forth in *In re Justice Oaks II*, and therefore, recommends approval of the settlement because it is fair and reasonable, falls within the reasonable range of possible litigation outcomes, and is in the best interest of the Capitol estate because full settlement precludes any risks associated with complicated litigation and collection in this matter, increases the dividend available to creditors, allows for a distribution of sums and proceeds within a reasonable time and avoids the dissipation of estate's assets through costly litigation.

19. Pursuant to Local Rule 9013-1(D)(2), a copy of the proposed Order is attached hereto as Exhibit "A."

**WHEREFORE**, Joel L. Tabas, as Chapter 7 Trustee for Capitol Investments USA, Inc. respectfully requests this Court enter an Order (1) granting the instant Motion, (2)

Case No. 09-36408-BKC-LMI<br>
Case No. 09-36418-BKC-LMI

approving the Stipulation, and (3) granting such other and further relief as this Court deems just and proper.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true copy of the foregoing was served this __4th__ day of May, 2012, by E-Mail to: **Joseph A. Frein** (joefrein@bellsouth.net) and **Joseph W. Adams** c/o A. Brian Albritton (brian.albritton@phelps.com); and via electronic transmission to all parties on the attached Electronic Mail Notice List and via first class U.S. Mail upon **Alan B. Taylor**, 4700 Millenia Blvd., Suite 260, Orlando, FL 32839 and all parties on the attached Service List.

Respectfully submitted,

/s/ Gary M. Freedman
Gary M. Freedman
Florida Bar No.: 727260
Andrea L. Rigali
Florida Bar No.: 42015
Tabas, Freedman, Soloff, Miller & Brown, P.A.
*Attorneys for Joel L. Tabas, Trustee*
14 Northeast First Avenue, Penthouse
Miami, Florida 33132
Telephone:  (305) 375-8171
Facsimile:  (305) 381-7708
E-mail: gary@tabasfreedman.com
E-mail: andrea@tabasfreedman.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:  
CAPITOL INVESTMENTS USA, INC.,  
and NEVIN KAREY SHAPIRO,

Debtors.

_____/

Case No. 09-36408-BKC-LMI  
(Substantively Consolidated)[1]  
Case No.09-36418-BKC-LMI  
(Jointly Administered under  
Case No. 09-36408-BKC-LMI)

Chapter 7

[PROPOSED]
### ORDER GRANTING TRUSTEE'S STIPULATION AND MOTION TO APPROVE STIPULATION TO COMPROMISE CONTROVERSY WITH MUSCATO PARTIES

**THIS CAUSE** came before the Court upon Joel L. Tabas, Trustee's Motion to Approve Stipulation to Compromise Controversy with the Muscato Parties (the "Motion") [ECF _____], and this Court, having reviewed the Motion and the Certificate of No Response, having noted that no objections were filed, finding that the settlement subject of the Motion meets the criteria set forth in *Wallis v. Justice Oaks II, Ltd. (In re Justice Oaks II, Ltd.)*, 898 F.2d 1544 (11th Cir. 1990) and thus, is in the best interests of this bankruptcy estates, finding that the notice of the proposed settlement is sufficient to comply with Bankruptcy Rules 9019 and 2002(a)(3), Local Rule 9013-1(D), and any other applicable notice requirement, it is

**ORDERED** as follows:

---

[1] The last four digits of the taxpayers identification numbers for each consolidated Debtor follow in parentheses: Ocean Rock Enterprises, Inc. (3272), JAT Wholesale, Inc. (7903), and Pink Panther Enterprises, LLC (5240).

EXHIBIT "A"

CASE NO. 09-36408-BKC-LMI
CASE NO. 09-36418-BKC-LMI

1. The Motion is granted.

2. The compromise and settlement is approved on the terms and conditions set forth in the Stipulation and Motion.

3. The Court incorporates the terms of the Stipulation into this Order and retains jurisdiction to enforce same.

###

Submitted By:

Andrea L. Rigali
Tabas, Freedman, Soloff, Miller & Brown, P.A.
Attorneys for Joel L. Tabas, Trustee
14 N.E. First Avenue, Penthouse
Miami, FL 33132
Telephone No. (305) 375-8171
Facsimile No. (305) 381-7708
andrea@tabasfreedman.com

Copy furnished to:
Andrea L. Rigali

Andrea L. Rigali is hereby directed to serve copies of this Order on all interested parties and to file a certificate of service.

# Mailing Information for Case 09-36408-LMI

### Electronic Mail Notice List

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- **Joaquin J Alemany**    joaquin.alemany@hklaw.com, jose.casal@hklaw.com
- **Eric N Assouline**    ena@assoulineberlowe.com, ah@assoulineberlowe.com
- **Douglas A Bates**    dbates@bergersingerman.com, bwalter@bergersingerman.com;efile@bergersingerman.com
- **Paul J. Battista**    pbattista@gjb-law.com, gjbecf@gjb-law.com
- **Christopher G Berga**    cgb@lydeckerlaw.com, gh@lydeckerlaw.com
- **Jeffrey W. Blacher**    jblacher@blacherlaw.com
- **Benjamin H Brodsky**    bbrodsky@coffeyburlington.com, drichardson@coffeyburlington.com;service@coffeyburlington.com
- **Gary M Carman**    gary.carman@gray-robinson.com, barbara.rodriguez@gray-robinson.com
- **Francis L. Carter**    flc@katzbarron.com, lcf@katzbarron.com
- **David S Catuogno**    dcatuogno@formanlaw.com
- **Eun Chang**    echang.ecf@rprslaw.com
- **Miguel M Cordano**    mc@lgplaw.com, mra@lgplaw.com;fpc@lgplaw.com;rb@lgplaw.com;mbl@lgplaw.com;mds@lgplaw.com;mg@lgplaw.com;lbr@lgplaw.com
- **Andrew C Deweese**    , ad@lydeckerdiaz.com
- **Drew M Dillworth**    ddillworth@stearnsweaver.com, marocha@stearnsweaver.com;rross@stearnsweaver.com;mmesones-mori@stearnsweaver.com;dillworthcdp@ecf.epiqsystems.com
- **John D Eaton**    jeaton@rascoklock.com, jshawde@rascoklock.com;ogonzalez@rascoklock.com;nsingh@rascoklock.com
- **Bertis A Echols**    bechols@evanspetree.com, bert.echols@thehalelawgroup.com;belvert@evanspetree.com
- **Jonathan S. Feldman**    jfeldman@melandrussin.com, ltannenbaum@melandrussin.com;mrbnefs@yahoo.com
- **Gary M Freedman**    gfreedman@tabasfreedman.com, jackie@tabasfreedman.com;lise@tabasfreedman.com
- **Jay M Gamberg**    Lbernstein@gamberglaw.com
- **Michael I Goldberg**    michael.goldberg@akerman.com, charlene.cerda@akerman.com
- **Robert E Goldman**    robert@goldmanlaw.com
- **Michael B Green**    mgreen@gunster.com, eroa@gunster.com
- **Jeffrey B Greenspan**    jeff.greenspan@mbtlaw.com
- **Jennifar M. Hill**    jmh@lkllaw.com, cag@lkllaw.com
- **Jeffrey A Hokanson**    jhokanson@fbtlaw.com, dbricker@fbtlaw.com
- **Linda W Jackson**    linda.Jackson@IZHMLAW.COM, araceli.aguilar@InfanteZumpano.com;karina.dominguez@InfanteZumpano.com;kevin.cabrera@InfanteZumpano.com
- **Kenneth M Jones**    kjones@moodyjones.com
- **John W. Kozyak**    jk@kttlaw.com, ycc@kttlaw.com
- **Jeffrey T. Kucera**    jeffrey.kucera@klgates.com, linda.vasserot@klgates.com;miamidocketing@klgates.com
- **Thomas R. Lehman**    trl@lkllaw.com, jmh@lkllaw.com;esf@lkllaw.com;cag@lkllaw.com
- **David Hywel Leonard**    hleonard@carltonfields.com, lrodriguez@carltonfields.com;tpaecf@cfdom.net
- **Joan M Levit**    joan.levit@akerman.com, charlene.cerda@akerman.com
- **Matthew A Mannering**    mmannering@hunton.com, dparry@hunton.com,lgodfrey@hunton.com
- **David B Marks**    brett.marks@akerman.com, charlene.cerda@akerman.com
- **Paul J McMahon**    pjm@pjmlawmiami.com
- **Miami-Dade County Tax Collector**    mdtcbkc@miamidade.gov
- **Raymond V Miller**    rmiller@gunster.com, vyon@gunster.com
- **Robert B Miller**    rmiller@tabasfreedman.com
- **Barry E. Mukamal**    bankruptcy@marcumllp.com
- **Kenneth D Murena**    kmurena@dvllp.com, jserna@dvllp.com
- **Ronald G Neiwirth**    rneiwirth@boyd-jenerette.com
- **Office of the US Trustee**    USTPRegion21.MM.ECF@usdoj.gov
- **Paul L. Orshan**    plorshan@orshanpa.com, maria@orshanpa.com
- **Kristopher E Pearson**    kpearson@stearnsweaver.com, mmasvidal@stearnsweaver.com;rross@stearnsweaver.com;mmesones-

mori@stearnsweaver.com;dillworthcdp@ecf.epiqsystems.com;jmartinez@stearnsweaver.com;sanderson@stearnsweaver.com
- **Maria E Perez** mari2much@aol.com
- **Arthur H Rice** arice.ecf@rprslaw.com
- **Heather L. Ries** hries@foxrothschild.com, kbaker@foxrothschild.com
- **Andrea L Rigali** arigali@tabasfreedman.com, Jcepero@tabasfreedman.com
- **Luis E Rivera II** luis.rivera@henlaw.com
- **Ariel Rodriguez** ariel.rodriguez@usdoj.gov
- **Mark S Roher** mroher@tabasfreedman.com, asilvarrey@tabasfreedman.com
- **David L Rosendorf** dlr@kttlaw.com, rcp@kttlaw.com;CWT@kttlaw.com;ycc@kttlaw.com
- **Gary J. Rotella** rotellagar@aol.com
- **Steven H. Rothstein** steverothstein@miamibeachfl.gov
- **Peter D. Russin** prussin@melandrussin.com, ltannenbaum@melandrussin.com;mrbnefs@yahoo.com
- **Michael L Schuster** mschuster@gjb-law.com, gjbecf@gjb-law.com
- **Theodore F Smith** tsmith@tedsmithlaw.com
- **Aaron L Swimmer** als@swimmerlawassociates.com
- **Joel L Tabas** jtabas@tabasfreedman.com, janet@tabasfreedman.com;rdecker@tabasfreedman.com;francis@tabasfreedman.com
- **Joel L Tabas** JLT@tfsmlaw.com, jtabas@ecf.epiqsystems.com;nancy@tfsmlaw.com;scott@tfsmlaw.com
- **Frank Terzo** frank.terzo@gray-robinson.com, lnegron@gray-robinson.com;jennifer.phillips@gray-robinson.com
- **Charles W Throckmorton** cwt@kttlaw.com, lf@kttlaw.com
- **Peter F. Valori** pvalori@dvllp.com, spitta@dvllp.com
- **Theodore R Walters** twalters@cl-law.com

| | | |
|---|---|---|
| Allan H. Schwartz<br>Gail L. Schwartz<br>8846 NW 3rd Ct<br>Coral Springs, FL 33071-7404 | BJS, LP<br>5150 North Tamiami Trail<br>Suite 504<br>Naples FL 34103-2822 | Barry L. Alvarez and Cynthia A<br>Alvarez Revocable Trust<br>5822 Tree Line Drive<br>Madison, WI 53711-5828 |
| Bayside Capital Management<br>151 Central Ave., Suite 200<br>Holland, MI 49423-2831 | Ben Staler (Regent Inv. Co)<br>4101 Gulf Shore Blvd, Suite 9 North<br>Naples FL 34103-2903 | Benjamin A. Stanziale, Jr., Trustee<br>c/o Forman Holt Eliades & Ravin LLC<br>80 Route 4 East - Suite 290<br>Paramus, NJ 07652-2661 |
| Bradley Associates LTD<br>c/o Sherwin Jarol<br>111 E. Wacker, Suite 900<br>Chicago, IL 60601-4304 | Bradley Associates Limited Partnership<br>111 East Wacker Dr #900<br>Chicago, IL 60601-3713 | Bryan , Bradley Williams, LLC<br>3003 Tamiami Trail N<br>Naples FL 34103-2714 |
| C. Alan Hernley<br>12445 Medalist Parkway<br>Carmel, In 46033-8933 | Cap One<br>P.O Box 30285<br>Salt Lake City, UT 84130-0285 | Carlton Fields PA<br>4000 Internatinoal Place<br>100 SE 2nd St<br>Miami, Florida 33131-2100 |
| Charles W. Brown<br>5864 S East Street<br>Indianapolis, IN 46227-2018 | Craig A Bryan<br>Bryan, Bradley & Williams, LLC<br>3003 Tamiami Trail North #210<br>Naples, FL 34103-2714 | Dan DeRose<br>504 N Grand Ave<br>Pueblo, CO 81003-3113 |
| Dave Birnbaum<br>149-40 14th Avenue<br>Whitestone, NY 11357-1730 | David C. Rowe<br>81 Seagate Drive, Suite 1201<br>Naples, FL 34103-2485 | David R. White<br>1936 Coco Plum Way<br>Naples FL 34105-3066 |
| David White<br>c/o Alex R. Figares, Esq.<br>4001 Tamiami Trail North #300<br>Naples FL 34103-3556 | Donald L. Hope<br>12979 White Violet Drive<br>Naples, FL 34119-8510 | Dr. John Russell Eastman<br>4901 WEIR DR.<br>Munice IN 47304-6135 |
| Dr. John Russell Eastman<br>Indiana Trust and Investment Mgt. Co.<br>Trustee for John R. Eastman, IRA<br>315 West Adams St<br>Munice IN 47305-2304 | First Financial Bank<br>POB 929<br>Columbus, IN 47202-0929 | Fred Wilson<br>331 Burton Ave<br>Highpoint, NC 27262-8071 |
| Fred Wilson<br>c/o Alex R. Figares, Esq.<br>4001 Tamiami Trail North #300<br>Naples FL 34103-3556 | Gaye Mueller<br>455 Pennridge Dr.<br>Indianapolis, IN 46240-3033 | Gemb/Chevron<br>4125 Windward Plz<br>Alpharetta, GA 30005-8738 |
| George Garrett<br>6938 Kim Kres Court<br>Indianapolis, IN 46278-1586 | Glenda Kauffman<br>9200 Carlyle Ave.<br>Surfside, FL 33154-3030 | Greg Stake<br>799 Swanee Ct<br>Maitland, FL 32751-4582 |

| | | |
|---|---|---|
| Grocery Marketing, Inc.<br>601 N Congress Ave<br>Delray Beach, FL 33445-4621 | Hyman B. Birnbaum<br>14 Woodstock Dr.<br>Farmington, MA 01701-3084 | Hyman B. Birnbaum<br>149-40 14th Avenue<br>Whitestone, NY 11357-1730 |
| Indiana Trust and Inv. Mgt. Co.,<br>Trustee for John R. Eastman, IRA<br>315 West Adams St<br>Munice IN 47305-2304 | Internal Revenue Service<br>Centralized Insolvency Operations<br>PO Box 21126<br>Philadelphia, PA 19114-0326 | Irwin Union Bank & Trust,<br>Trustee of the Stephen Hokanson IRA<br>500 Washington Street<br>PO Box 929<br>Columbus, IN 47202-0929 |
| Irwin Union Bank & Trust,<br>Trustee of the Stephen Hokanson IRA<br>PO Box 929<br>Columbus, IN 47202-0929 | Irwin Union Bank & Trust,<br>Trustee of the Susan Grinwis IRA<br>PO Box 929<br>Columbus, IN 47202-0929 | Irwin Union Bank & Trust,<br>Trustee of the Susan Grinwis IRA<br>500 Washington Street<br>PO Box 929<br>Columbus, IN 47202-0929 |
| Jack E. & Randa L. Hulse<br>20922 Edgewater Drive<br>Noblesville, IN 46062 | Jack Williams<br>282 Mermaids Bite<br>Naples, FL 34103 | James Meyers Investments, LLC<br>15226 Long Cove Blvd.<br>Carmel, IN 46033-8104 |
| James R. Fisher<br>5643 Washington Blvd.<br>Indianapolis, IN 46220-3031 | James Keys<br>809 91st Avenue North<br>Naples, FL 34108 | Janet T. Sanders<br>8660 Vintner Court<br>Indianapolis, IN 46256-9377 |
| John & Judy Spoelhof Foundation<br>151 Central Avenue, Suite 200<br>Holland, MI 49423-2831 | John McGeeney Trust<br>Attention: Daniel Aguilar<br>225 Broadwy 5th Floor<br>San Diego, CA 92101-5005 | John Russell Eastman<br>4901 Weir Dr.<br>Munice, IN 47304-6135 |
| John S. Wright<br>655 Fairwell Drive<br>Madision, WI 53704-6029 | John W. Spoelhof IRA<br>151 Central Avenue, Suite 200<br>Holland, MI 49423-2831 | Jon E. Smith<br>4328 East St Rd 234<br>Greenfield, In 46140-9043 |
| Joseph Amey<br>7320 Bosky Springs Street<br>Las Vegas NV 89131-4535 | Marcia Huston<br>14 Woodstock Dr.<br>Framingham, MA 01701-3084 | Basketball Properties Ltd<br>Miami Heat<br>ATTN: Eve Wright, Esq<br>601 Biscayne Blvd<br>Miami FL 33132-1801 |
| Miami-Dade County<br>140 W. Flagler Street<br>Suite 1407<br>Miami, FL 33130-1561 | Michael I. Schwartz<br>8846 NW 3rd Ct<br>Coral Springs, FL 33071-7404 | Muscato Family<br>Muscato Family Limited Partnership<br>360 Forst Park Cir.<br>Longwood, FL 32779-5870 |
| Naples New Fuel LLC<br>3003 Tamiami Trail No<br>Ste 210<br>Naples, Fl 34103-2714 | Nelson Gonzalez<br>2515 Flamingo Drive<br>Miami Beach, FL 33140-4314 | Capitol Investments USA, Inc.<br>Nevin Shapiro<br>c/o Maria Elena Perez PA<br>145 Madeira Ave Ste 310<br>Coral Gables, Florida 33134-4520 |

| | | |
|---|---|---|
| Peter R. Indovina<br>2816 N. Elm Lane<br>Arlington Heights IL 60004-2105 | Philip DiCosola<br>4N494 Mountain Ash Dr.<br>Wayne, IL 60184-2415 | Raymond Rotolo<br>5409 Fair Elms Ave<br>Western Springs IL 60558-1815 |
| Residential Properties, LLC<br>3003 Tamiami Trail No<br>Ste 210<br>Naples, Fl 34103-2714 | Richard Johnston<br>21572 Baccart Lane<br>Unit 103<br>Estero, FL 33938 | Richard Magnone<br>c/o AFC Insurance Agency<br>150 S. Bloomingdale Rd. #210<br>Bloomingdale IL 60108-1493 |
| Richard P. Johnston<br>1240 Cedars Valley Dr<br>St. Albans, Mo 63073-1122 | Richman Greer<br>Miami Center, Suite 1000<br>201 South Biscayne Blvd.<br>Miami, Florida 33131-4332 | Robert A Haines Sr.<br>John A. Scarsella<br>c/o Cummings & Lockwood LLC<br>3001 Tamiami Trail North, Suite 300<br>Naples, FL 34103-4172 |
| Robert A. Haines<br>3944 Miami Rd., Apt. 207<br>Cincinnati, OH 45227-3754 | Robert A. Haines, Sr.<br>7425 Pelican Blvd., Apt. 1903<br>Naples, FL 34108-5505 | Ronald Glah<br>81 Seagate Dr, 1003<br>Naples, FL 34103-2485 |
| SCS Services<br>1231 Kane Concourse<br>Bay Harbor Islands, FL 33154-1937 | Sharon Hackmeyer<br>1510 West 23rd Street<br>Miami Beach, FL 33140 | Shea Mara Enterprise<br>10424 SW 23 Ct<br>Davie, FL 33324-7622 |
| Sherry M. Schwartz<br>Vivian Angel<br>8846 NW 3rd Ct<br>Coral Springs, FL 33071 | Sherwin Jarol<br>111 E. Wacker Suite 900<br>Chicago, Ill 60601-4304 | Smith Implements, Inc.<br>1292 East Main Street<br>Greenfield, IN 46140 |
| Spoelhof Charitable Lead Trust<br>151 Central Avenue, Suite 200<br>Holland, MI 49423-2831 | Spoelhof Charitable Remainder<br>151 Central Avenue, Suite 200<br>Holland, MI 49423-2831 | Spoelhof Family LTD<br>151 Central Avenue, Suite 200<br>Holland, MI 49423-2831 |
| Susan Grinwis<br>4561 Gulfshore Blvd N, #707<br>Naples, FL 34103-2647 | T. Currens (SEP IRA)<br>251 N Illinois Street, Suite 1200<br>Indianapolis IN 46204-1941 | Terrance A. Smith<br>2215 N. Madison Ave.<br>Anderson, IN 46011-9583 |
| Total Schwartz Family<br>8846 NW 3rd Ct<br>Coral Springs, FL 33071-7404 | University of Miami<br>1507 Levante Ave.<br>Coral Gables, Florida 33146-2416 | Victor R. Gonzalez<br>19271 Sterling Drive<br>Miami, FL 33157 |
| Victor J. Gonzalez, Sr.<br>9120 SW 68th Street<br>Miami, FL 33173-2450 | Virginia Limited Partnership<br>6605 San Leandro St.<br>Oakland, CA 94621 | Vivian Angel<br>8846 NW 3rd Ct<br>Coral Springs, FL 33071-7404 |

| | | |
|---|---|---|
| Wachoviacc<br>PO Box 3117<br>Winston Salem, NC 27102-3117 | Wesley V. Smith<br>3636 Recreation Lane<br>Naples, FL 34116-7303 | William Bradley<br>2836 Silverleaf Lane<br>Naples FL 34105-3032 |
| Richard Berndt<br>Janet Berndt<br>c/o Sean P. O'Connor<br>211 N. Krome Ave.<br>Homestead, FL 33030 | Eleanor T. Barnett<br>Heller Waldman, P.L.<br>3250 Mary Street, suite 102<br>Coconut Grove, FL 33131 | Michael A. Hanson<br>2501 N. Orient Rd. #D<br>Tampa, FL 33619 |
| Rachel L. Hazaray<br>101 W Ohio St., #2100<br>Indianapolis, IN 46204 | Mark Rankin<br>2179 Maramonte Way<br>Naples, FL 34105-3075 | Robert Smith<br>11150 Redfox Run, Unit 8B<br>Fishers, IN 46038 |
| Carl A. Howes<br>Vice President, Pachira Company<br>5150 North Tamiami Trail, Suite 504<br>Newgate Tower Naples, FL 34103 | Elizabeth Wood<br>894 Pine Street<br>Winnetka, IL 60093 | GMAC<br>c/o Kenneth M Jones<br>1333 S University Dr #201<br>Plantation, FL 33324 |
| Jeannine DeRoy<br>135 Pier View Street, Unit 404<br>Charleston, SC 29492-8456 | Jeffrey H. Fink<br>Restani, Dittman & Hauser, P.A.<br>201 Alhambra Circle, Suite 1050<br>Coral Gables, FL 33134 | Nancy Telese<br>446 Brazilian Avenue<br>Palm Beach, FL 33480 |
| Peter Hubert Wood<br>894 Pine Street<br>Winnetka, IL 60093 | Richard Berndt<br>8930 SW 162 Terr.<br>Miami, FL 33157 | Victor Gonzalez<br>18862 S.W. 77th Court<br>Miami, Florida 33157 |
| Mirce Curkoski<br>One Sotheby's International Realty<br>1430 S. Dixie Hwy., Suite 110<br>Coral Gables, FL 33146-3108 | Michael A. Hanson, Esq.<br>Edward R. Hanson, Jr., Esq.,<br>Hanson Law Office<br>2501 N. Orient Rd., Suite D<br>Tampa, FL 33619 | Jack Carriglio<br>Jeffrey B. Greenspan<br>Eric E. Newman<br>123 N. Wacker Dr., #1800<br>Chicago, IL 60606 |
| Nancy Telese<br>PO Box 291<br>Palm Beach, FL 33480 | Bruce Rishty<br>353 W. 47th Street, PH-A<br>Miami Beach, FL 33140 | Susan Moss<br>133 Hobart St.<br>New Haven, CT 06551 |
| Cit Technology Financing Services, Inc.<br>c/o Weltman, Weinberg & Reis Co.<br>175 S. Third Street, Ste. 900<br>Columbus, Oh 43215 | CIT Technology Fin Serv<br>21147 Network Pl<br>Chicago, IL 60673-1211 | CIT Technology Fin Service<br>10201 Centurion Pkwy North<br>Jacksonville, FL 32256 |
| James D Keys<br>c/o Michael R.N. McDonnell<br>5150 Tamiami Tr N #501<br>Naples FL 34103-2812 | James R. Fisher<br>8900 Keystone Crossing Suite 1080<br>Indianapolis, IN 46240-2134 | Textron Financial Corporation<br>c/o John Isbell<br>King & Spalding LLP<br>1180 Peachtree St NE<br>Atlanta GA 30309-3531 |

| | | |
|---|---|---|
| Wells Fargo Bank, N.A.<br>P.O. Box 13765, R4057-01P<br>Roanoke, VA 24037-3765 | Douglas A. Bates, Esq.<br>Berger Singerman, P.A.<br>200 South Biscayne Boulevard<br>Suite 1000<br>Miami, FL 33131 | Mark Burgin<br>21110 N.E. 21st Place<br>Miami, FL 33179 |
| Richard Johnston<br>C/o: Elizabeth Dombovary, Esq.<br>Garbett, Stiphany, Allen & Roza, P.A.<br>80 S.W. 8th Street, Suite 3100<br>Miami, FL 33130-3004 | Stephen P. Hale, Esq.<br>Bert Echols, Esq.<br>Hale Dewey & Knight, PLLC<br>88 Union Avenue, Suite 700<br>Memphis, TN 38103 | Bayside Capitol Management, LLC<br>c/o Foster Swift Collins & Smith<br>1700 East Beltline, N.E., Suite 200<br>Grand Rapids, MI 49525-7044 |
| Invest IV Partners, LLC<br>c/o Foster Swift Collins & Smith<br>1700 East Beltline, N.E., Suite 200<br>Grand Rapids, MI 49525-7044 | James Meyer Investments, LLC<br>c/o Bingham McHale, LLP<br>Attn: Kathleen Rudis, Esq.<br>2700 Market Tower, 10 W. Market St.<br>Indianapolis, IN 46204 | Kelley Drye & Warren, LLP<br>Attn: Robert L. LeHane, Esq.<br>101 Park Avenue<br>New York, NY 10178-0062 |
| Mitchell A. Dinkin<br>Koenig & Dinkin<br>3960 Hypoluxo Rd., Suite 202<br>Boynton Beach, FL 33436 | Mark A. Drummond<br>Rachel L. Hazaray<br>101 W Ohio St., #2100<br>Indianapolis, IN 46204 | David S Harris<br>6431 SW 39 St<br>Miami, FL 33155 |
| Anila Rasul<br>8201 Peters Rd., #3000<br>Plantation, FL 33324 | Mary J. Hackett<br>225 Fifth Avenue<br>Pittsburgh, PA 15222 | ~~Benjamark, LLC~~<br>~~6301 Ocean Front Walk, Unit 2~~<br>~~Playa Del Rey, CA 90293-7582~~ |
| ~~Chad Alvarez~~<br>~~1227 Woodbridge Trail~~<br>~~Waunakee, WI 53597-2628~~ | ~~David Pitera~~<br>~~2139 Snook Drive~~<br>~~Naples, FL 34102-1573~~ | ~~De Roy Family LP.~~<br>~~12023 Sail Place Drive~~<br>~~Indianapolis, In 46256-9441~~ |
| ~~JSB Investments, LLC~~<br>~~225 N. Michigan Ave, 11th Floor~~<br>~~Chicago, Ill 60601-7683~~ | ~~Janelle Drake~~<br>~~12023 Sail Place Drive~~<br>~~Indianapois, In 46256-9441~~ | ~~Relianz Mortgage Co.~~<br>~~c/o Sherwin Jarol~~<br>~~225 N. Michigan Ave, 11th Floor~~<br>~~Chicago, IL 60601-7683~~ |
| ~~Robert E. Nolan~~<br>~~2614 Bulrush Lane~~<br>~~Naples, FL 34105-3024~~ | ~~Franklin Investigations~~<br>~~633 Northeast 167th Street~~<br>~~North Miami Bch, FL 33162-2442~~ | ~~Jamie Ventures~~<br>~~225 N Michigan Ave, 11th Floor~~<br>~~Chicago, IL 60601-7683~~ |
| ~~South Beach Chicago, LLC~~<br>~~225 N Michigan Ave 11th floor~~<br>~~Chicago, IL 60601-7683~~ | ~~Stephen Hokanson~~<br>~~107 N. Pennsylvania St, Suite 800~~<br>~~Indianapolis, IN 46204-2423~~ | ~~WSG Development~~<br>~~400 41st Street, 2nd Floor~~<br>~~Miami Beach, FL 33140-3516~~ |
| ~~Victor Gonzalez~~<br>~~19271 Sterling Dr~~<br>~~Cutler Bay, FL 33157-7720~~ | ~~Victor Gonzalez 2006 Revocable Trust~~<br>~~19271 Sterling Drive~~<br>~~Miami, FL 33157-7720~~ | ~~Gaye Mueller~~<br>~~510 E 81st Street~~<br>~~Indianapolis, IN 42040-2562~~ |

~~Mark A. Rankin~~
~~900 Villa Florenza Drive~~
~~Naples, FL 34119-2317~~

~~South Beach Chicago 2008, LLC~~
~~South Beach Chicago, LLC~~
~~225 N Michigan Ave 11th floor~~
~~Chicago, IL 60601-7683~~

~~Relianz Mortgage, Inc.~~
~~225 N Michigan Ave 11th Floor~~
~~Chicago, IL 60601-7683~~

~~Newtown LP~~
~~225 N Michigan Ave, 11th Floor~~
~~Chicago, IL 60601-7683~~

~~South Beach Chicago 2007, LLC~~
~~225 N Michigan Ave, 11th Floor~~
~~Chicago, IL 60601-7683~~

~~Capitol Investments USA, Inc.~~
~~400 41st Street #506~~
~~Miami Beach, FL 33140-3516~~

~~Bank of America~~
~~PO Box 15311~~
~~Wilmington, DE 19884-0001~~
Updated 02/23/11

~~Hyman B. Birnbaum Revocable Trust~~
~~GrayRobinson, PA~~
~~1221 Brickell Ave, Suite 1600~~
~~Miami, FL 33131-3247~~
Updated 02/23/11

~~Jeffery L. Evans~~
~~111 16th Street~~
~~Naples, FL 34117-9413~~
Updated 02/23/11

~~John Scarsella~~
~~3855 Star-Center Dr, Suite B~~
~~Canfield, Ohio 44406-8063~~
Updated 02/23/11

~~Thaddeus Jones~~
~~15841 Pines Blvd., #19~~
~~Pembroke Pines, FL 33027-1220~~
Updated 07/13/11

~~CIT Technology Financing Services, Inc.~~
~~800 E Sonterra Blvd #240~~
~~San Antonio TX 78258-3940~~
Updated 07/13/11

~~Jeffrey Hightchew~~
~~308 North Shore Lane~~
~~Gilbert, AZ 85233-4702~~
Updated 09/20/2011

~~Cybur Investments, LLC~~
~~400 Arthur Godfrey Road~~
~~Miami Beach, FL 33140-3516~~
Updated 01/30/2012

~~Nalini Charran~~
~~9443 Fontanebleau Blvd., Apt. 208~~
~~Miami, Florida 33172-5542~~
Updated 02/08/2012

~~Miriam Menoscal~~
~~244 Biscayne Blvd., Apt. 4401~~
~~Miami, FL 33132-2353~~
Updated 04/24/2012

~~Virginia Limited Partnership~~
~~9130 Galleria Ct Suite 312~~
~~Naples Florida 34109-4417~~
Updated 04/24/2012