

**ORDERED in the Southern District of Florida on March 1, 2013.**

_Laurel M. Isicoff, Judge_
United States Bankruptcy Court

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

| | |
|---|---|
| In re:<br>CAPITOL INVESTMENTS USA, INC.<br>and NEVIN KAREY SHAPIRO,<br><br>          Debtors.<br>_____/ | Case No. 09-36408-BKC-LMI<br>(Substantively Consolidated)<br>Case No. 09-36418-BKC-LMI<br>(Jointly Administered under<br>Case No. 09-36408-BKC-LMI)<br><br>Chapter 7 |

**ORDER GRANTING TRUSTEE'S *EX PARTE* MOTION TO MODIFY DUE DATE FOR FINAL SETTLEMENT PAYMENT PURSUANT TO THE TERMS OF THE STIPULATION TO COMPROMISE CONTROVERSY WITH KALLMAN PARTIES**

THIS MATTER came before the Court, on an *ex parte* basis, upon Trustee's Motion to Modify Due Date for Final Settlement Payment Pursuant to the Terms of the Stipulation to Compromise Controversy with the Kallman Parties (the "Motion") [ECF 2646] and the Court, having reviewed the Motion, and having noted good cause for granting same, it is

**ORDERED** as follows:

1.  The Motion is granted and the terms of the Stipulation are hereby modified and incorporated into this Order.

2. The Kallman Parties final settlement payment in the amount of $100,000.00 shall be due to the Trustee on or before May 29, 2013.

3. The Court retains jurisdiction over the parties to enforce or interpret the modified Stipulation.

# # #

Submitted By:

Andrea L. Rigali
Tabas, Freedman, Soloff, Brown & Rigali, P.A.
Attorneys for Joel L. Tabas, Trustee
14 N.E. First Avenue, Penthouse
Miami, FL 33132
Telephone No. (305) 375-8171
Facsimile No. (305) 381-7708
andrea@tabasfreedman.com

Copy furnished to:

Andrea L. Rigali
Andrea L. Rigali is hereby directed to serve copies of this Order on all interested parties and to file a certificate of service.