UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:  
CAPITOL INVESTMENTS USA, INC.  
and NEVIN KAREY SHAPIRO,

Debtors.
_____/

Case No. 09-36408-BKC-LMI  
(Substantively Consolidated)[1]  
Case No. 09-36418-BKC-LMI  
(Jointly Administered under  
Case No. 09-36408-BKC-LMI)  
Chapter 7

**TRUSTEE'S NOTICE OF DETERMINATION OF
ECONOMIC NON- VIABILITY AND ABANDONMENT**

**PURSUANT TO BANKRUPTCY RULE 6007, THE PROPOSED ABANDONMENT WILL BE DEEMED APPROVED WITHOUT NECESSITY OF A HEARING OR ORDER, IF NO OBJECTION IS FILED AND SERVED WITHIN 14 DAYS AFTER THE DATE OF SERVICE OF THIS NOTICE.**

Joel L. Tabas, Trustee, the duly appointed and acting Trustee (the "Trustee") for Capitol Investments USA, Inc. ("Capitol"), pursuant to Section 554 of the Bankruptcy Code and Rule 6007 of the Federal Rules of Bankruptcy Procedure, reports that after (i) reviewing Capitol's Petition and Schedules, (ii) reviewing the voluminous documents provided by Capitol and subpoenaed from third parties, (iii) reviewing the public records, (iv) obtaining and reviewing the Capitol's bank statements, cancelled checks, debit memos, credit memos and wire transfer confirmations, (v) debriefing Shapiro and other ex-employees of Capitol at length, (vi) taking the Rule 2004 examinations of dozens of third parties and (vii) the status of the bankruptcy case of Craig & Fannie Currie, CraigCo Inc. and China Glass, Inc. (United States Bankruptcy Court, District of New Jersey, Case No. 08-02440-MS), he has determined that it is not economically viable for the Capitol estate to continue efforts to further pursue collection of any and all claims against certain entities owned or controlled by Craig Currie, which include, but are not limited to China Glass, Inc. and CraigCo, Inc. for money loaned (the "Abandoned Claims") (*see* Capitol Schedule "B" – Personal Property ECF 290, line 21).

Case No. 09-36408-BKC-LMI
Case No. 09-36418-BKC-LMI

The Trustee has concluded that after a diligent investigation of the Abandoned Claims, that Abandoned Claims have no value. The Capitol estate has already incurred substantial administrative costs in connection with the Trustee's investigation of the Abandoned Claims and believes that it is unlikely that any further investigation with respect to the Abandoned Claims will lead to a meaningful recovery, although it is certain that additional administrative and legal costs would be incurred in connection with same. Accordingly, the Trustee asserts that the Abandoned Claims are burdensome to the Capitol estate, and hereby reports that he intends to abandon the Abandoned Claims.

Any objection to this abandonment <u>must</u> be filed with the Clerk of the Bankruptcy Court, 51 S.W. First Avenue, 15th Floor, Miami, Florida 33130, with a copy sent to the Trustee and Trustee's counsel, Gary M. Freedman, Tabas, Freedman & Soloff, P.A., One Flagler Building, 14 N.E. 1st Avenue – Penthouse, Miami, Florida 33132.  Such objection must state with specificity why the Abandoned Claims should be pursued by the Capitol estate and how the objecting party intends to pursue and fund the process.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on December 16, 2013, a true and correct copy of the foregoing was served via electronic transmission to the parties who are currently on the list to receive e-mail notice/service for this case, and via U.S. Mail to the attached service list.

   /s/ Joel L. Tabas
Joel L. Tabas, Trustee
One Flagler Building
14 Northeast First Ave., Penthouse
Miami, FL  33132
Telephone: (305) 375-8171
Telefax: (305) 381-7708

---

[1] The last four digits of the taxpayers identification numbers for each consolidated Debtor follow in parentheses: Ocean Rock Enterprises, Inc. (3272), JAT Wholesale, Inc. (7903), and Pink Panther Enterprises, LLC (5240).

Allan H. Schwartz
Gail L. Schwartz
8846 NW 3rd Ct
Coral Springs, FL 33071-7404

BJS, LP
5150 North Tamiami Trail
Suite 504
Naples FL 34103-2822

Barry L. Alvarez and Cynthia A
Alvarez Revocable Trust
5822 Tree Line Drive
Madison, WI 53711-5828

Bayside Capital Management
151 Central Ave., Suite 200
Holland, MI 49423-2831

Ben Staler (Regent Inv. Co)
4101 Gulf Shore Blvd, Suite 9 North
Naples FL 34103-2903

Benjamin A. Stanziale, Jr., Trustee
c/o Forman Holt Eliades & Ravin LLC
80 Route 4 East - Suite 290
Paramus, NJ 07652-2661

Bradley Associates LTD
c/o Sherwin Jarol
111 E. Wacker, Suite 900
Chicago, IL 60601-4304

Bradley Associates Limited Partnership
111 East Wacker Dr #900
Chicago, IL 60601-3713

Bryan , Bradley Williams, LLC
3003 Tamiami Trail N
Naples FL 34103-2714

Cap One
P.O Box 30285
Salt Lake City, UT 84130-0285

Carlton Fields PA
4000 Internatinoal Place
100 SE 2nd St
Miami, Florida 33131-2100

Charles W. Brown
5864 S East Street
Indianapolis, IN 46227-2018

Craig A Bryan
Bryan, Bradley & Williams, LLC
3003 Tamiami Trail North #210
Naples, FL 34103-2714

Dan DeRose
504 N Grand Ave
Pueblo, CO 81003-3113

Dave Birnbaum
149-40 14th Avenue
Whitestone, NY 11357-1730

David C. Rowe
81 Seagate Drive, Suite 1201
Naples, FL 34103-2485

David R. White
1936 Coco Plum Way
Naples FL 34105-3066

David White
c/o Alex R. Figares, Esq.
4001 Tamiami Trail North #300
Naples FL 34103-3556

Donald L. Hope
Donna Hope
12979 White Violet Drive
Naples, FL 34119-8510

Dr. John Russell Eastman
4901 WEIR DR.
Munice IN 47304-6135

Dr. John Russell Eastman
Indiana Trust and Investment Mgt. Co.
Trustee for John R. Eastman, IRA
315 West Adams St
Munice IN 47305-2304

Fred Wilson
331 Burton Ave
Highpoint, NC 27262-8071

Fred Wilson
c/o Alex R. Figares, Esq.
4001 Tamiami Trail North #300
Naples FL 34103-3556

Gaye Mueller
8148 Gwinnett Place
Indianapolis, IN  46250

Gemb/Chevron
4125 Windward Plz
Alpharetta, GA 30005-8738

George Garrett
6938 Kim Kres Court
Indianapolis, IN 46278-1586

Glenda Kauffman
9200 Carlyle Ave.
Surfside, FL 33154-3030

Greg Stake
799 Swanee Ct
Maitland, FL 32751-4582

Grocery Marketing, Inc.
601 N Congress Ave
Delray Beach, FL 33445-4621

Hyman B. Birnbaum
14 Woodstock Dr.
Farmington, MA 01701-3084

| | | |
|---|---|---|
| Hyman B. Birnbaum<br>149-40 14th Avenue<br>Whitestone, NY 11357-1730 | Indiana Trust and Inv. Mgt. Co.,<br>Trustee for John R. Eastman, IRA<br>315 West Adams St<br>Munice IN 47305-2304 | Internal Revenue Service<br>Centralized Insolvency Operations<br>PO Box 7346<br>Philadelphia, PA 19101-7346 |
| Jack E. & Randa L. Hulse<br>20922 Edgewater Drive<br>Noblesville, IN 46062 | James Meyers Investments, LLC<br>15226 Long Cove Blvd.<br>Carmel, IN 46033-8104 | James R. Fisher<br>5643 Washington Blvd.<br>Indianapolis, IN 46220-3031 |
| James Keys<br>809 91st Avenue North<br>Naples, FL 34108 | Janet T. Sanders<br>8660 Vintner Court<br>Indianapolis, IN 46256-9377 | John & Judy Spoelhof Foundation<br>151 Central Avenue, Suite 200<br>Holland, MI 49423-2831 |
| John McGeeney Trust<br>Attention: Daniel Aguilar<br>225 Broadway 5th Floor<br>San Diego, CA 92101-5005 | John Russell Eastman<br>4901 Weir Dr.<br>Munice, IN 47304-6135 | John S. Wright<br>655 Fairwell Drive<br>Madison, WI 53704-6029 |
| John W. Spoelhof IRA<br>151 Central Avenue, Suite 200<br>Holland, MI 49423-2831 | Jon E. Smith<br>4328 East St Rd 234<br>Greenfield, In 46140-9043 | Joseph Amey<br>7320 Bosky Springs Street<br>Las Vegas NV 89131-4535 |
| Marcia Huston<br>14 Woodstock Dr.<br>Framingham, MA 01701-3084 | Basketball Properties Ltd<br>Miami Heat<br>ATTN: Eve Wright, Esq<br>601 Biscayne Blvd<br>Miami FL 33132-1801 | Miami-Dade County<br>140 W. Flagler Street<br>Suite 1407<br>Miami, FL 33130-1561 |
| Michael I. Schwartz<br>8846 NW 3rd Ct<br>Coral Springs, FL 33071-7404 | Muscato Family<br>Muscato Family Limited Partnership<br>360 Forst Park Cir.<br>Longwood, FL 32779-5870 | Naples New Fuel LLC<br>3003 Tamiami Trail No<br>Ste 210<br>Naples, Fl 34103-2714 |
| Nelson Gonzalez<br>2515 Flamingo Drive<br>Miami Beach, FL 33140-4314 | Capitol Investments USA, Inc.<br>Nevin Shapiro<br>c/o Maria Elena Perez PA<br>145 Madeira Ave Ste 310<br>Coral Gables, Florida 33134-4520 | Peter R. Indovina<br>2816 N. Elm Lane<br>Arlington Heights IL 60004-2105 |
| Philip DiCosola<br>4N494 Mountain Ash Dr.<br>Wayne, IL 60184-2415 | Raymond Rotolo<br>4 Seneca Ct.<br>Burridge, IL 60527 | Residential Properties, LLC<br>3003 Tamiami Trail No<br>Ste 210<br>Naples, Fl 34103-2714 |
| Richard Johnston<br>21572 Baccart Lane<br>Unit 103<br>Estero, FL 33938 | Richard Magnone<br>c/o AFC Insurance Agency<br>150 S. Bloomingdale Rd. #210<br>Bloomingdale IL 60108-1493 | Richman Greer<br>396 Alhambra Circle<br>North Tower, 14th Floor<br>Miami, Florida 33134 |

| | | |
|---|---|---|
| Robert A Haines Sr.<br>John A. Scarsella<br>c/o Cummings & Lockwood LLC<br>3001 Tamiami Trail North, Suite 300<br>Naples, FL 34103-4172 | Robert A. Haines, Sr.<br>7425 Pelican Blvd., Apt. 1903<br>Naples, FL 34108-5505 | Ronald Glah<br>81 Seagate Dr, 1003<br>Naples, FL 34103-2485 |
| SCS Services<br>1231 Kane Concourse<br>Bay Harbor Islands, FL 33154-1937 | Sharon Hackmeyer<br>1510 West 23rd Street<br>Miami Beach, FL 33140 | Shea Mara Enterprise<br>10424 SW 23 Ct<br>Davie, FL 33324-7622 |
| Sherry M. Schwartz<br>Vivian Angel<br>8846 NW 3rd Ct<br>Coral Springs, FL 33071 | Sherwin Jarol<br>111 E. Wacker Suite 900<br>Chicago, Ill 60601-4304 | Spoelhof Charitable Lead Trust<br>151 Central Avenue, Suite 200<br>Holland, MI 49423-2831 |
| Spoelhof Charitable Remainder<br>151 Central Avenue, Suite 200<br>Holland, MI 49423-2831 | Spoelhof Family LTD<br>151 Central Avenue, Suite 200<br>Holland, MI 49423-2831 | Susan Grinwis<br>4561 Gulfshore Blvd N, #707<br>Naples, FL 34103-2647 |
| T. Currens (SEP IRA)<br>251 N Illinois Street, Suite 1200<br>Indianapolis IN 46204-1941 | Terrance A. Smith<br>2215 N. Madision Ave.<br>Anderson, IN 46011-9583 | Total Schwartz Family<br>8846 NW 3rd Ct<br>Coral Springs, FL 33071-7404 |
| University of Miami<br>1507 Levante Ave.<br>Coral Gables, Florida 33146-2416 | Victor R. Gonzalez<br>19271 Sterling Drive<br>Miami, FL 33157 | Victor J. Gonzalez, Sr.<br>9120 SW 68th Street<br>Miami, FL 33173-2450 |
| Virginia Limited Partnership<br>6605 San Leandro St.<br>Oakland, CA 94621 | Vivian Angel<br>8846 NW 3rd Ct<br>Coral Springs, FL 33071-7404 | Wachoviacc<br>PO Box 3117<br>Winston Salem, NC 27102-3117 |
| Wesley V. Smith<br>3636 Recreation Lane<br>Naples, FL 34116-7303 | William Bradley<br>2836 Silverleaf Lane<br>Naples FL 34105-3032 | Richard Berndt<br>Janet Berndt<br>c/o Sean P. O'Connor<br>211 N. Krome Ave.<br>Homestead, FL 33030 |
| Eleanor T. Barnett<br>Heller Waldman, P.L.<br>3250 Mary Street, suite 102<br>Coconut Grove, FL 33131 | Michael A. Hanson<br>2501 N. Orient Rd. #D<br>Tampa, FL 33619 | Mark Rankin<br>2179 Maramonte Way<br>Naples, FL 34105-3075 |
| Robert Smith<br>11150 Redfox Run, Unit 8B<br>Fishers, IN 46038 | Carl A. Howes<br>Vice President, Pachira Company<br>5150 North Tamiami Trail, Suite 504<br>Newgate Tower Naples, FL 34103 | Elizabeth Wood<br>894 Pine Street<br>Winnetka, IL 60093 |

| | | |
|---|---|---|
| GMAC<br>c/o Kenneth M Jones<br>1333 S University Dr #201<br>Plantation, FL 33324 | Jeannine DeRoy<br>135 Pier View Street, Unit 404<br>Charleston, SC 29492-8456 | Jeffrey H. Fink<br>Restani, Dittman & Hauser, P.A.<br>201 Alhambra Circle, Suite 1050<br>Coral Gables, FL 33134 |
| Nancy Telese<br>446 Brazilian Avenue<br>Palm Beach, FL 33480 | Peter Hubert Wood<br>894 Pine Street<br>Winnetka, IL 60093 | Richard Berndt<br>9895 SW 117th Terr.<br>Miami, FL 33176-4237 |
| Mirce Curkoski<br>One Sotheby's International Realty<br>1430 S. Dixie Hwy., Suite 110<br>Coral Gables, FL 33146-3108 | Michael A. Hanson, Esq.<br>Edward R. Hanson, Jr., Esq.,<br>Hanson Law Office<br>2501 N. Orient Rd., Suite D<br>Tampa, FL 33619 | Jack Carriglio<br>Jeffrey B. Greenspan<br>Eric E. Newman<br>123 N. Wacker Dr., #1800<br>Chicago, IL 60606 |
| Nancy Telese<br>PO Box 291<br>Palm Beach, FL 33480 | Bruce Rishty<br>353 W. 47th Street, PH-A<br>Miami Beach, FL 33140 | Susan Moss<br>133 Hobart St.<br>New Haven, CT 06551 |
| Cit Technology Financing Services, Inc.<br>c/o Weltman, Weinberg & Reis Co.<br>175 S. Third Street, Ste. 900<br>Columbus, Oh 43215 | CIT Technology Fin Serv<br>21147 Network Pl<br>Chicago, IL 60673-1211 | CIT Technology Fin Service<br>10201 Centurion Pkwy North<br>Jacksonville, FL 32256 |
| Jeffrey Hightchew<br>18650 N. Thompson Peak Pkwy. #1019<br>Scottsdale, Arizona, 85255 | James D Keys<br>c/o Michael R.N. McDonnell<br>5150 Tamiami Tr N #501<br>Naples FL 34103-2812 | James R. Fisher<br>8900 Keystone Crossing Suite 1080<br>Indianapolis, IN 46240-2134 |
| Textron Financial Corporation<br>c/o John Isbell<br>King & Spalding LLP<br>1180 Peachtree St NE<br>Atlanta GA 30309-3531 | Wells Fargo Bank, N.A.<br>1 Home Campus #2303-01A<br>Des Moines, IA 50328-0001 | Douglas A. Bates, Esq.<br>Berger Singerman, P.A.<br>1450 Brickell Ave., Suite 1900<br>Miami, FL 33131 |
| Bayside Capitol Management, LLC<br>c/o Foster Swift Collins & Smith<br>1700 East Beltline, N.E., Suite 200<br>Grand Rapids, MI 49525-7044 | Invest IV Partners, LLC<br>c/o Foster Swift Collins & Smith<br>1700 East Beltline, N.E., Suite 200<br>Grand Rapids, MI 49525-7044 | Kelley Drye & Warren, LLP<br>Attn: Robert L. LeHane, Esq.<br>101 Park Avenue<br>New York, NY 10178-0062 |
| David S Harris<br>6431 SW 39 St<br>Miami, FL 33155 | Anila Rasul<br>8201 Peters Rd., #3000<br>Plantation, FL 33324 | Mary J. Hackett<br>225 Fifth Avenue<br>Pittsburgh, PA 15222 |
| David Pitera<br>Elizabeth Pitera<br>522 S. Plymouth St.<br>Culver, Indiana 46511 | Victor Gonzalez<br>19271 Sterling Dr<br>Cutler Bay, FL 33157-7720 | Victor Gonzalez 2006 Revocable Trust<br>19271 Sterling Drive<br>Miami, FL 33157-7720 |

| | | |
|---|---|---|
| A. Brian Albritton<br>100 South Ashley Drive, #1900<br>Tampa, FL 33602 | CIT Technology Financing Services, Inc.<br>c/o Bankruptcy Processing Solutions, Inc.<br>1162 E. Sonterra Blvd., #130<br>San Antonio, TX 78258 | First Financial Bank<br>Trustee of the Susan Grinwis IRA<br>433 N. Capitol Ave, #100<br>Indianapolis, IN 46204 |
| Seth M. Kean<br>599 Lexington ave., 22nd Floor<br>New York, NY 10022 | Alan B. Taylor<br>4700 Millenia Blvd., #260<br>Orlando, FL 32839 | Robert Stangeland<br>29170 Marcello Way<br>Naples, FL 34110 |
| ~~Benjamark, LLC~~<br>~~6301 Ocean Front Walk, Unit 2~~<br>~~Playa Del Rey, CA 90293-7582~~ | ~~Chad Alvarez~~<br>~~1227 Woodbridge Trail~~<br>~~Waunakee, WI 53597-2628~~ | ~~David Pitera~~<br>~~2139 Snook Drive~~<br>~~Naples, FL 34102-1573~~ |
| ~~De Roy Family LP.~~<br>~~12023 Sail Place Drive~~<br>~~Indianapolis, In 46256-9441~~ | ~~JSB Investments, LLC~~<br>~~225 N. Michigan Ave, 11th Floor~~<br>~~Chicago, Ill 60601-7683~~ | ~~Janelle Drake~~<br>~~12023 Sail Place Drive~~<br>~~Indianapois, In 46256-9441~~ |
| ~~Relianz Mortgage Co.~~<br>~~c/o Sherwin Jarol~~<br>~~225 N. Michigan Ave, 11th Floor~~<br>~~Chicago, IL 60601-7683~~ | ~~Robert E. Nolan~~<br>~~2614 Bulrush Lane~~<br>~~Naples, FL 34105-3024~~ | ~~Franklin Investigations~~<br>~~633 Northeast 167th Street~~<br>~~North Miami Bch, FL 33162-2442~~ |
| ~~Jamie Ventures~~<br>~~225 N Michigan Ave, 11th Floor~~<br>~~Chicago, IL 60601-7683~~ | ~~South Beach Chicago, LLC~~<br>~~225 N Michigan Ave 11th floor~~<br>~~Chicago, IL 60601-7683~~ | ~~Stephen Hokanson~~<br>~~107 N. Pennsylvania St, Suite 800~~<br>~~Indianapolis, IN 46204-2423~~ |
| ~~WSG Development~~<br>~~400 41st Street, 2nd Floor~~<br>~~Miami Beach, FL 33140-3516~~ | ~~Gaye Mueller~~<br>~~510 E 81st Street~~<br>~~Indianapolis, IN 42040-2562~~ | ~~Mark A. Rankin~~<br>~~900 Villa Florenza Drive~~<br>~~Naples, FL 34119-2317~~ |
| ~~South Beach Chicago 2008, LLC~~<br>~~South Beach Chicago, LLC~~<br>~~225 N Michigan Ave 11th floor~~<br>~~Chicago, IL 60601-7683~~ | ~~Relianz Mortgage, Inc.~~<br>~~225 N Michigan Ave 11th Floor~~<br>~~Chicago, IL 60601-7683~~ | ~~Newtown LP~~<br>~~225 N Michigan Ave, 11th Floor~~<br>~~Chicago, IL 60601-7683~~ |
| ~~South Beach Chicago 2007, LLC~~<br>~~225 N Michigan Ave, 11th Floor~~<br>~~Chicago, IL 60601-7683~~ | ~~Capitol Investments USA, Inc.~~<br>~~400 41st Street #506~~<br>~~Miami Beach, FL 33140-3516~~ | ~~Richard Johnston~~<br>~~C/o: Elizabeth Dombovary, Esq.~~<br>~~Garbett, Stiphany, Allen & Roza, P.A.~~<br>~~80 S.W. 8th Street, Suite 3100~~<br>~~Miami, FL 33130-3004~~ |
| ~~Bank of America~~<br>~~PO Box 15311~~<br>~~Wilmington, DE 19884-0001~~<br>Updated 02/23/11 | ~~Hyman B. Birnbaum Revocable Trust~~<br>~~GrayRobinson, PA~~<br>~~1221 Brickell Ave, Suite 1600~~<br>~~Miami, FL 33131-3247~~<br>Updated 02/23/11 | ~~Jeffery L. Evans~~<br>~~111 16th Street~~<br>~~Naples, FL 34117-9413~~<br>Updated 02/23/11 |

~~John Scarsella~~
~~3855 Star Center Dr, Suite B~~
~~Canfield, Ohio 44406-8063~~
Updated 02/23/11

~~Thaddeus Jones~~
~~15841 Pines Blvd., #19~~
~~Pembroke Pines, FL 33027-1220~~
Updated 07/13/11

~~CIT Technology Financing Services, Inc.~~
~~800 E Sonterra Blvd #240~~
~~San Antonio TX 78258-3940~~
Updated 07/13/11

~~Jeffrey Hightchew~~
~~308 North Shore Lane~~
~~Gilbert, AZ 85233-4702~~
Updated 09/20/2011

~~Cybur Investments, LLC~~
~~400 Arthur Godfrey Road~~
~~Miami Beach, FL 33140-3516~~
Updated 01/30/2012

~~Nalini Charran~~
~~9443 Fontanebleau Blvd., Apt. 208~~
~~Miami, Florida 33172-5542~~
Updated 02/08/2012

~~Miriam Menoscal~~
~~244 Biscayne Blvd., Apt. 4401~~
~~Miami, FL 33132-2353~~
Updated 04/24/2012

~~Virginia Limited Partnership~~
~~9130 Galleria Ct Suite 312~~
~~Naples Florida 34109-4417~~
Updated 04/24/2012

~~Victor Gonzalez~~
~~18862 S.W. 77th Court~~
~~Miami, Florida 33157~~
Updated 05/30/2012

~~Stephen P. Hale, Esq./ Bert Echols, Esq.~~
~~Hale Dewey & Knight, PLLC~~
~~88 Union Avenue, Suite 700~~
~~Memphis, TN 38103~~
Updated 06/28/2012

~~Robert A. Haines~~
~~3944 Miami Rd., Apt. 207~~
~~Cincinnati, OH 45227-3754~~
Updated 06/28/2012

~~C. Alan Hernley~~
~~12445 Medalist Parkway~~
~~Carmel, In 46033-8933~~
Updated 06/28/2012

~~Richard P. Johnston~~
~~1240 Cedars Valley Dr~~
~~St. Albans, Mo 63073-1122~~
Updated 06/28/2012

~~Smith Implements, Inc.~~
~~1929 East Main Street~~
~~Greenfield, IN 461403~~
Updated 11/21/2012

~~First Financial Bank~~
~~POB 929~~
~~Columbus, IN 47202-0929~~
Updated 11/21/2012

~~Irwin Union Bank & Trust,~~
~~Trustee of the Stephen Hokanson IRA~~
~~500 Washington Street~~
~~PO Box 929~~
~~Columbus, IN 47202-0929~~
Updated 11/21/2012

~~Irwin Union Bank & Trust,~~
~~Trustee of the Stephen Hokanson IRA~~
~~PO Box 929~~
~~Columbus, IN 47202-0929~~
Updated 11/21/2012

~~Irwin Union Bank & Trust,~~
~~Trustee of the Susan Grinwis IRA~~
~~PO Box 929~~
~~Columbus, IN 47202-0929~~
Updated 11/21/2012

~~Irwin Union Bank & Trust,~~
~~Trustee of the Susan Grinwis IRA~~
~~500 Washington Street~~
~~PO Box 929~~
~~Columbus, IN 47202-0929~~
Updated 11/21/2012

~~Sydney Jackson Williams~~
~~8951 Bonita Beach Rd. SE #525-225~~
~~Bonita Springs, FL 34131-4201~~
Updated 08/15/2013

~~Mark Burgin~~
~~21110 N.E. 21st Place~~
~~Miami, FL 33179~~
Updated 08/15/2013

~~Mitchell A. Dinkin~~
~~Koenig & Dinkin~~
~~3960 Hypoluxo Rd., Suite 202~~
~~Boynton Beach, FL 33436~~
Updated 08/15/2013

~~Mark A. Drummond~~
~~Rachel L. Hazaray~~
~~101 W Ohio St., #2100~~
~~Indianapolis, IN 46204~~
Updated 08/15/2013

~~Rachel L. Hazaray~~
~~101 W Ohio St., #2100~~
~~Indianapolis, IN 46204~~
Updated 08/15/2013

~~James Meyer Investments, LLC~~
~~c/o Bingham McHale, LLP~~
~~Attn: Kathleen Rudis, Esq.~~
~~2700 Market Tower, 10 W. Market St.~~
~~Indianapolis, IN 46204~~
Updated 08/15/2013