UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

| | |
|---|---|
| In re: | Case No. 09-36408-BKC-LMI |
| CAPITOL INVESTMENTS USA, INC., | (Substantively Consolidated)[1] |
| and NEVIN KAREY SHAPIRO, | Case No. 09-36418-BKC-LMI |
| | (Jointly Administered under |
| Debtors.                             / | Case No. 09-36408-BKC-LMI) |
| | Chapter 7 |

## TRUSTEE'S NOTICE OF FINAL DIVIDENDS TO CREDITORS

The trustee herein files this Notice of Dividends to the creditors of this estate. Attached hereto is the Trustee's Final Dividend made to creditors.

The dividend checks were mailed to creditors on February 26, 2015. If checks are not cashed within 90 days by the creditors all remaining funds will be turned over to the clerk of the court for deposit into the U.S. Treasury pursuant to 11 U.S.C. §347(a) and Local Rule 3011.

Dated: February 26, 2015

/s/ Joel L. Tabas
JOEL L. TABAS, Trustee
14 Northeast First Ave., Penthouse
MIAMI, FL  33132
Telephone: (305) 375-8171
Telefax:  (305) 381-7708

---

[1] The last four digits of the taxpayers identification numbers for each consolidated Debtor follow in parentheses: Ocean Rock Enterprises, Inc. (3272), JAT Wholesale, Inc. (7903), and Pink Panther Enterprises, LLC (5240).

## Final Dividends
# FINAL DISTRIBUTION

| Case Number: 09-36418 LMI | Page 1 | Date: February 26, 2015 |
|---|---|---|
| Debtor Name: SHAPIRO, NEVIN KAREY | | |

| Claim # | Payee Name | Class | Priority | Amount | Paid to Date | Claim Balance | Proposed Pymt | Funds Remaining |
|---|---|---|---|---|---|---|---|---|
| | Beginning Balance | | | | | | | $0.00 |
| | **Claim Type 4210-00 - Personal Prop & Intang -** | | | | | | | |
| 000009 | City of Miami Beach | Sec | 050 | $753.54 | $753.54 | $0.00 | $0.00 | $0.00 |
| | (9-1) Utilities - Water & Sewer | Percent Paid: 100.000000000 % | | | | | | |
| | **Subtotal For Claim Type 4210-00** | | | $753.54 | $753.54 | $0.00 | $0.00 | |
| | Subtotals For Class Secured | 100.000000000 % | | $753.54 | $753.54 | $0.00 | $0.00 | |
| | **Claim Type -** | | | | | | | |
| | JOEL L. TABAS, TRUSTEE COMPENSATION | Admin | | $226,840.42 | $226,840.42 | $0.00 | $0.00 | $0.00 |
| | | Percent Paid: 100.000000000 % | | | | | | |
| | JOEL L. TABAS, TRUSTEE EXPENSES | Admin | | $57.14 | $57.14 | $0.00 | $0.00 | $0.00 |
| | | Percent Paid: 100.000000000 % | | | | | | |
| | **Subtotal For Claim Type** | | | $226,897.56 | $226,897.56 | $0.00 | $0.00 | |
| | **Claim Type 3110-00 - Atty for Trustee Fees** | | | | | | | |
| | Tabas, Freedman, & Soloff, P.A. | Admin | 001 | $330,000.00 | $330,000.00 | $0.00 | $0.00 | $0.00 |
| | | Percent Paid: 100.000000000 % | | | | | | |
| | **Subtotal For Claim Type 3110-00** | | | $330,000.00 | $330,000.00 | $0.00 | $0.00 | |
| | **Claim Type 3120-00 - Attorney for Trustee Expenses** | | | | | | | |
| | Tabas, Freedman, & Soloff, P.A. | Admin | 001 | $5,493.66 | $5,493.66 | $0.00 | $0.00 | $0.00 |
| | | Percent Paid: 100.000000000 % | | | | | | |
| | **Subtotal For Claim Type 3120-00** | | | $5,493.66 | $5,493.66 | $0.00 | $0.00 | |
| | **Claim Type 3410-00 - Acct for Trustee Fees (Other** | | | | | | | |
| | Barry E. Mukamal | Admin | 001 | $59,922.00 | $59,922.00 | $0.00 | $0.00 | $0.00 |
| | | Percent Paid: 100.000000000 % | | | | | | |
| | **Subtotal For Claim Type 3410-00** | | | $59,922.00 | $59,922.00 | $0.00 | $0.00 | |
| | **Claim Type 3420-00 - Acct for Trustee Exps (Other** | | | | | | | |
| | Barry E. Mukamal | Admin | 001 | $278.43 | $278.43 | $0.00 | $0.00 | $0.00 |
| | | Percent Paid: 100.000000000 % | | | | | | |
| | **Subtotal For Claim Type 3420-00** | | | $278.43 | $278.43 | $0.00 | $0.00 | |
| | Subtotals For Class Administrative | 100.000000000 % | | $622,591.65 | $622,591.65 | $0.00 | $0.00 | |
| | **Claim Type 7100-00 - General Unsecured 726(a)(2)** | | | | | | | |
| 000001 | Donald L Hope and | Unsec | 070 | $258,623.39 | $5,239.73 | $253,383.66 | $0.00 | $0.00 |
| | 01/22/2014 Order Sustaining | Percent Paid: 2.026007779 % | | | | | | |
| | Objection to Claim(s) (Re: # 59). | | | | | | | |

## Final Dividends
# FINAL DISTRIBUTION

| Case Number: 09-36418   LMI | | Page 2 | | | Date: February 26, 2015 | |
|---|---|---|---|---|---|---|
| Debtor Name: SHAPIRO, NEVIN KAREY | | | | | | |

| Claim # | Payee Name | Class | Priority | Amount | Paid to Date | Claim Balance | Proposed Pymt | Funds Remaining |
|---|---|---|---|---|---|---|---|---|
| | **Claim Type 7100-00 - General Unsecured 726(a)(2)** | | | | | | | |
| | (Reynolds, Marva) Status: Allow | | | | | | | |
| 000002 | Textron Financial Corporation<br>01/22/2014 Order Sustaining Objection to Claim(s) (Re: # 60). (Reynolds, Marva) Status: Stricken | Unsec | 070 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 000003 | David Rowe<br>(3-1) Plus attorneys' fees<br>01/22/2014 Order Sustaining Objection to Claim(s) (Re: # 59). (Reynolds, Marva) Status: Allow | Unsec | 070 | $286,924.28<br>Percent Paid: 2.026008395 % | $5,813.11 | $281,111.17 | $0.00 | $0.00 |
| 000004 | Richard Magnone<br>Order Granting Trustee's Motion (1) to Approve Stipulation to Compromise Controversy with Richard Magnone and (2) for Payment of Contingency Fee to Tabas Freedman from Settlement Funds, 2/7/12 (ECF 2251) | Unsec | 070 | $250,000.00<br>Percent Paid: 2.026008000 % | $5,065.02 | $244,934.98 | $0.00 | $0.00 |
| 000005 | Richard Johnston<br>(5-1) Money Loaned<br>Order Granting Trustee's Motion (1) to Approve Stipulation to Compromise Controversy with Richard P. Johnston and (2) for Payment of Contingency Fee to Tabas Freedman from Settlement Funds, 4/23/12 (ECF 2375) | Unsec | 070 | $456,831.58<br>Percent Paid: 2.026011424 % | $9,255.46 | $447,576.12 | $0.00 | $0.00 |
| 000006 | Robert haines<br>01/22/2014 Order Sustaining Objection to Claim(s) (Re: # 59). (Reynolds, Marva) Status: Allow | Unsec | 070 | $189,115.05<br>Percent Paid: 2.026010093 % | $3,831.49 | $185,283.56 | $0.00 | $0.00 |
| 000007 | James D Keys<br>01/22/2014 Order Sustaining Objection to Claim(s) (Re: # 60). (Reynolds, Marva) Status: Stricken | Unsec | 070 | $90,833.37<br>Percent Paid: 2.026006522 % | $1,840.29 | $88,993.08 | $0.00 | $0.00 |
| 000008 | Basketball Properties Ltd<br>01/22/2014 Order Sustaining | Unsec | 070 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

Final Dividends

# FINAL DISTRIBUTION

| Case Number: 09-36418  LMI | | | Page  3 | | | | Date: February 26, 2015 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Debtor Name: SHAPIRO, NEVIN KAREY | | | | | | | |

| Claim # | Payee Name | Class | Priority | Amount | Paid to Date | Claim Balance | Proposed Pymt | Funds Remaining |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| **Claim Type 7100-00 - General Unsecured 726(a)(2)** | | | | | | | | |
| | Objection to Claim(s) (Re: # 60). (Reynolds, Marva) Status: Stricken | | | | | | | |
| 000010 | James R. Fisher (10-1) Jim Fisher IRA Rollover(10-2) Jim Fisher IRA Rollover<br>01/22/2014 Order Sustaining Objection to Claim(s) (Re: # 59). (Reynolds, Marva) Status: Allow | Unsec | 070 | $274,201.98<br>Percent Paid: 2.026010170 % | $5,555.36 | $268,646.62 | $0.00 | $0.00 |
| 000011 | James R. Fisher<br>01/22/2014 Order Sustaining Objection to Claim(s) (Re: # 59). (Reynolds, Marva) Status: Allow | Unsec | 070 | $97,705.77<br>Percent Paid: 2.026011360 % | $1,979.53 | $95,726.24 | $0.00 | $0.00 |
| 000012 | John Scarsella (12-1) Guaranty; Order Granting Trustee's Motion (1) to Approve Stipulation to Compromise Controversy with John Scarsella (2) for Payment of Contingency Fee to Tabas Freedman from Settlement Funds and (3) for Interim Distribution to John Scarsella on the Allowed Claim, 2/7/12 (ECF 2250) 01/24/2014 Order Sustaining Trustee's Omnibus Objections to Claim(s) (Re: 61). (Reynolds, Marva). Related document(s) 61 Omnibus Objection to Claim of John Scarsella [# 12-1], Gaye Mueller [# 14-1], James Meyer Investments, LLC [#23-1], Indiana Trust and Investment Management Company, Trustee for John R. Eastman IRA [#25-1], Peter Hubert Wood [#26- filed by Trustee Joel L Tabas. Text Modified on 1/28/2014 to correct linkage. (Reynolds, Marva). Status: Allow | Unsec | 070 | $505,635.99<br>Percent Paid: 2.026008869 % | $10,244.23 | $495,391.76 | $0.00 | $0.00 |
| 000013 | Wells Fargo Bank, N.A. (13-1) 5815 | Unsec | 070 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

## Final Dividends
## FINAL DISTRIBUTION

| Case Number: 09-36418  LMI | | | Page 4 | | | Date: February 26, 2015 | |
|---|---|---|---|---|---|---|---|
| Debtor Name: SHAPIRO, NEVIN KAREY | | | | | | | |

| Claim # | Payee Name | Class | Priority | Amount | Paid to Date | Claim Balance | Proposed Pymt | Funds Remaining |
|---|---|---|---|---|---|---|---|---|
| | **Claim Type 7100-00 - General Unsecured 726(a)(2)** | | | | | | | |
| | (13-1) see attached 01/22/2014 Order Sustaining Objection to Claim(s) (Re: # 60). (Reynolds, Marva) Status: Stricken | | | | | | | |
| 000014 | Gaye Mueller 01/24/2014 Order Sustaining Trustee's Omnibus Objections to Claim(s) (Re: 61). (Reynolds, Marva). Related document(s) 61 Omnibus Objection to Claim of John Scarsella [# 12-1], Gaye Mueller [# 14-1], James Meyer Investments, LLC [#23-1], Indiana Trust and Investment Management Company, Trustee for John R. Eastman IRA [#25-1], Peter Hubert Wood [#26- filed by Trustee Joel L Tabas. Text Modified on 1/28/2014 to correct linkage. (Reynolds, Marva). Status: Allow | Unsec | 070 Percent Paid: 2.026008239 % | $151,093.66 | $3,061.17 | $148,032.49 | $0.00 | $0.00 |
| 000015 | William Bradley Per Order Granting Trustee's Motion (1) to Approve Stipulation to Compromise Controversy with the Bradley Parties and (2) for Payment of Contingency Fee to Tabas Freedman from Settlement Funds, 2/29/12 (ECF 2274) | Unsec | 070 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 000016 | Bradley Associates Limited Partnership (16-1) Money loaned; Order Granting Motion (1) to Approve Stipulation to Compromise Controversy with Jarol Parties and (2) for Payment of Contingency Fee to Tabas Freedman from Settlement Funds, 6/28/12 (ECF 2450) | Unsec | 070 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 000017 | Bradley Associates Limited Partnership (17-1) Guarantor on loan | Unsec | 070 Percent Paid: 2.026009300 % | $10,000,000.00 | $202,600.93 | $9,797,399.07 | $0.00 | $0.00 |

PROPDIS4
Printed: 02/26/15 02:11 PM    Ver: 18.04

## Final Dividends
## FINAL DISTRIBUTION

| Case Number: 09-36418    LMI | | | Page 5 | | | Date: February 26, 2015 | |
|---|---|---|---|---|---|---|---|
| Debtor Name: SHAPIRO, NEVIN KAREY | | | | | | | |

| Claim # | Payee Name | Class | Priority | Amount | Paid to Date | Claim Balance | Proposed Pymt | Funds Remaining |
|---|---|---|---|---|---|---|---|---|
| **Claim Type 7100-00 - General Unsecured 726(a)(2)** | | | | | | | | |
| 000018 | JSB Investments, LLC (18-1) Guarantor on loan; Order Granting Motion (1) to Approve Stipulation to Compromise Controversy with Jarol Parties and (2) for Payment of Contingency Fee to Tabas Freedman from Settlement Funds, 6/28/12 (ECF 2450) | Unsec | 070 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 000019 | Relianz Mortgage Company, Inc. (19-1) Guarantor on loan; Order Granting Motion (1) to Approve Stipulation to Compromise Controversy with Jarol Parties and (2) for Payment of Contingency Fee to Tabas Freedman from Settlement Funds, 6/28/12 (ECF 2450) | Unsec | 070 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 000020 | Relianz Mortgage Company, Inc. (20-1) Guarantor on loan; Order Granting Motion (1) to Approve Stipulation to Compromise Controversy with Jarol Parties and (2) for Payment of Contingency Fee to Tabas Freedman from Settlement Funds, 6/28/12 (ECF 2450) | Unsec | 070 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 000021 | South Beach Chicago, LLC (21-1) Guarantor on loan; Order Granting Motion (1) to Approve Stipulation to Compromise Controversy with Jarol Parties and (2) for Payment of Contingency Fee to Tabas Freedman from Settlement Funds, 6/28/12 (ECF 2450) | Unsec | 070 Percent Paid: 2.026009500 % | $2,000,000.00 | $40,520.19 | $1,959,479.81 | $0.00 | $0.00 |
| 000022 | South Beach Chicago 2008, LLC (22-1) Guarantor on loan; Order Granting Motion (1) to Approve Stipulation to Compromise Controversy with Jarol Parties and (2) for Payment of Contingency Fee to Tabas Freedman from | Unsec | 070 Percent Paid: 2.026009500 % | $2,000,000.00 | $40,520.19 | $1,959,479.81 | $0.00 | $0.00 |

## Final Dividends
# FINAL DISTRIBUTION

| Case Number: 09-36418   LMI | | | Page 6 | | | Date: February 26, 2015 |
|---|---|---|---|---|---|---|
| Debtor Name: SHAPIRO, NEVIN KAREY | | | | | | |

| Claim # | Payee Name | Class | Priority | Amount | Paid to Date | Claim Balance | Proposed Pymt | Funds Remaining |
|---|---|---|---|---|---|---|---|---|

**Claim Type 7100-00 - General Unsecured 726(a)(2)**

Settlement Funds, 6/28/12 (ECF 2450)

| Claim # | Payee Name | Class | Priority | Amount | Paid to Date | Claim Balance | Proposed Pymt | Funds Remaining |
|---|---|---|---|---|---|---|---|---|
| 000023 | James Meyer Investments LLC 01/24/2014 Order Sustaining Trustee's Omnibus Objections to Claim(s) (Re: 61). (Reynolds, Marva). Related document(s) 61 Omnibus Objection to Claim of John Scarsella [# 12-1], Gaye Mueller [# 14-1], James Meyer Investments, LLC [#23-1], Indiana Trust and Investment Management Company, Trustee for John R. Eastman IRA [#25-1], Peter Hubert Wood [#26- filed by Trustee Joel L Tabas. Text Modified on 1/28/2014 to correct linkage. (Reynolds, Marva). Status: Allow | Unsec | 070 Percent Paid: 2.026003850 % | $83,153.84 | $1,684.70 | $81,469.14 | $0.00 | $0.00 |
| 000024 | Misuco International, Inc. (24-1) Money Loaned; Order Granting Motion to Approve Stipulation to Compromise Controversy with Miriam Menoscal and Misuco International, Inc. 1/12/12 (ECF 2219) | Unsec | 070 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 000025 | Indiana Trust and Investment Management Company 01/24/2014 Order Sustaining Trustee's Omnibus Objections to Claim(s) (Re: 61). (Reynolds, Marva). Related document(s) 61 Omnibus Objection to Claim of John Scarsella [# 12-1], Gaye Mueller [# 14-1], James Meyer Investments, LLC [#23-1], Indiana Trust and Investment Management Company, Trustee for John R. Eastman IRA [#25-1], Peter Hubert Wood [#26- filed by Trustee Joel L Tabas. Text Modified on 1/28/2014 to correct linkage. (Reynolds, Marva). | Unsec | 070 Percent Paid: 2.026013606 % | $98,095.59 | $1,987.43 | $96,108.16 | $0.00 | $0.00 |

## Final Dividends
# FINAL DISTRIBUTION

| Case Number: 09-36418 LMI | | | | Page 7 | | | Date: February 26, 2015 |
|---|---|---|---|---|---|---|---|
| Debtor Name: SHAPIRO, NEVIN KAREY | | | | | | | |

| Claim # | Payee Name | Class | Priority | Amount | Paid to Date | Claim Balance | Proposed Pymt | Funds Remaining |
|---|---|---|---|---|---|---|---|---|
| | **Claim Type 7100-00 - General Unsecured 726(a)(2)** | | | | | | | |
| | Status: Allow | | | | | | | |
| 000026 | Peter Hubert Wood (26-1) plus interest accured as of 11/20/2009 01/24/2014 Order Sustaining Trustee's Omnibus Objections to Claim(s) (Re: 61). (Reynolds, Marva). Related document(s) 61 Omnibus Objection to Claim of John Scarsella [# 12-1], Gaye Mueller [# 14-1], James Meyer Investments, LLC [#23-1], Indiana Trust and Investment Management Company, Trustee for John R. Eastman IRA [#25-1], Peter Hubert Wood [#26- filed by Trustee Joel L Tabas. Text Modified on 1/28/2014 to correct linkage. (Reynolds, Marva). Status: Allow | Unsec | 070 Percent Paid: 2.026010275 % | $220,967.29 | $4,476.82 | $216,490.47 | $0.00 | $0.00 |
| 000027 | Dr. John R. Eastman 01/27/2014 Order Sustaining Trustee's Omnibus Objection to Claim(s) (Re: # 62). (Reynolds, Marva) Status: Allow | Unsec | 070 Percent Paid: 2.026010290 % | $462,110.19 | $9,362.40 | $452,747.79 | $0.00 | $0.00 |
| 000028 | Hokanson Investments, LP, Successor to Stephen P. Per Order Trustee's Motion (I) to Approve Stipulation to Compromise Controversy with Stephen Hokanson and Hokanson Investments, L.P. (the "Hokanson Parties") and (II) for Payment of Contingency Fee to Tabas Freedman from Settlement Funds, 9/12/11 (ECF 1833) | Unsec | 070 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 000029 | Terrance Smith | Unsec | 070 Percent Paid: 2.026009277 % | $4,073,029.72 | $82,519.96 | $3,990,509.76 | $0.00 | $0.00 |
| 000030 | DeRoy Family Limited Partnershp 01/27/2014 Order Sustaining Trustee's Omnibus Objection to Claim(s) (Re: # 62). (Reynolds, Marva) Status: Allow | Unsec | 070 Percent Paid: 2.026009695 % | $359,146.85 | $7,276.35 | $351,870.50 | $0.00 | $0.00 |

## Final Dividends
# FINAL DISTRIBUTION

| Case Number: 09-36418    LMI | | | Page   8 | | | Date: February 26, 2015 | |
|---|---|---|---|---|---|---|---|
| Debtor Name: SHAPIRO, NEVIN KAREY | | | | | | | |

| Claim # | Payee Name | Class | Priority | Amount | Paid to Date | Claim Balance | Proposed Pymt | Funds Remaining |
|---|---|---|---|---|---|---|---|---|
| | **Claim Type 7100-00 - General Unsecured 726(a)(2)** | | | | | | | |
| 000031 | Stephen P. Hokanson<br>Per Order Trustee's Motion (I) to Approve Stipulation to Compromise Controversy with Stephen Hokanson and Hokanson Investments, L.P. (the "Hokanson Parties") and (II) for Payment of Contingency Fee to Tabas Freedman from Settlement Funds, 9/12/11 (ECF 1833) | Unsec | 070 | $1,146,666.66<br>Percent Paid: 2.026009023 % | $23,231.57 | $1,123,435.09 | $0.00 | $0.00 |
| 000032 | Jack E Hulse<br>01/27/2014 Order Sustaining Trustee's Omnibus Objection to Claim(s) (Re: # 62). (Reynolds, Marva) Status: Allow | Unsec | 070 | $180,264.10<br>Percent Paid: 2.026010725 % | $3,652.17 | $176,611.93 | $0.00 | $0.00 |
| 000033 | George V Garrett<br>01/27/2014 Order Sustaining Trustee's Omnibus Objection to Claim(s) (Re: # 62). (Reynolds, Marva) Status: Allow | Unsec | 070 | $139,022.83<br>Percent Paid: 2.026005369 % | $2,816.61 | $136,206.22 | $0.00 | $0.00 |
| 000034 | Kelley Drye & Warren LLP<br>(34-1) Administrative Expense 01/22/2014 Order Sustaining Objection to Claim(s) (Re: # 60). (Reynolds, Marva) Status: Stricken | Unsec | 070 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 000035 | Kelley Drye & Warren LLP | Unsec | 070 | $74,949.38<br>Percent Paid: 2.026007420 % | $1,518.48 | $73,430.90 | $0.00 | $0.00 |
| 000036 | Charles W Brown<br>01/27/2014 Order Sustaining Trustee's Omnibus Objection to Claim(s) (Re: # 62). (Reynolds, Marva) Status: Allow | Unsec | 070 | $318,323.30<br>Percent Paid: 2.026009406 % | $6,449.26 | $311,874.04 | $0.00 | $0.00 |
| 000037 | Bayside Capital Management, LLC<br>01/27/2014 Order Sustaining Trustee's Omnibus Objection to Claim(s) (Re: 63). (Reynolds, Marva). Related document(s) 63 Omnibus Objection to Claim of Bayside Capital Management, | Unsec | 070 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

## Final Dividends
## FINAL DISTRIBUTION

| Case Number: 09-36418  LMI | | | Page 9 | | | Date: February 26, 2015 | |
|---|---|---|---|---|---|---|---|
| Debtor Name: SHAPIRO, NEVIN KAREY | | | | | | | |

| Claim # | Payee Name | Class | Priority | Amount | Paid to Date | Claim Balance | Proposed Pymt | Funds Remaining |
|---|---|---|---|---|---|---|---|---|
| **Claim Type 7100-00 - General Unsecured 726(a)(2)** | | | | | | | | |
| | LLC [# 37-1], Invest IV Partners, LLC [# 38-1], John W. Spoelhof IRA [#39-1], Richard Berndt [#41-1] [Negative Notice] filed by Trustee Joel L Tabas. Text Modified on 1/28/2014 to correct linkage. (Reynolds, Marva). Status: Stricken | | | | | | | |
| 000038 | Invest IV Partners LLC 01/27/2014 Order Sustaining Trustee's Omnibus Objection to Claim(s) (Re: 63). (Reynolds, Marva). Related document(s) 63 Omnibus Objection to Claim of Bayside Capital Management, LLC [# 37-1], Invest IV Partners, LLC [# 38-1], John W. Spoelhof IRA [#39-1], Richard Berndt [#41-1] [Negative Notice] filed by Trustee Joel L Tabas. Text Modified on 1/28/2014 to correct linkage. (Reynolds, Marva). Status: Stricken | Unsec | 070 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 000039 | John W. Spoelhof IRA 01/27/2014 Order Sustaining Trustee's Omnibus Objection to Claim(s) (Re: 63). (Reynolds, Marva). Related document(s) 63 Omnibus Objection to Claim of Bayside Capital Management, LLC [# 37-1], Invest IV Partners, LLC [# 38-1], John W. Spoelhof IRA [#39-1], Richard Berndt [#41-1] [Negative Notice] filed by Trustee Joel L Tabas. Text Modified on 1/28/2014 to correct linkage. (Reynolds, Marva). Status: Stricken | Unsec | 070 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 000040 | Victor Gonzalez (40-1) Petitioning Creditor; ; Order Granting Motion to Approve Stipulation to Compromise Controversy with the Gonzalez Parties, 8/17/11 (ECF 1729) | Unsec | 070 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

**Final Dividends**

## FINAL DISTRIBUTION

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Case Number: 09-36418   LMI | | | Page  10 | | | | Date: February 26, 2015 |
| Debtor Name: SHAPIRO, NEVIN KAREY | | | | | | | |

| Claim # | Payee Name | Class | Priority | Amount | Paid to Date | Claim Balance | Proposed Pymt | Funds Remaining |
|---|---|---|---|---|---|---|---|---|
| **Claim Type 7100-00 - General Unsecured 726(a)(2)** | | | | | | | | |
| 000041 | Richard Berndt 01/27/2014 Order Sustaining Trustee's Omnibus Objection to Claim(s) (Re: 63). (Reynolds, Marva). Related document(s) 63 Omnibus Objection to Claim of Bayside Capital Management, LLC [# 37-1], Invest IV Partners, LLC [# 38-1], John W. Spoelhof IRA [#39-1], Richard Berndt [#41-1] [Negative Notice] filed by Trustee Joel L Tabas. Text Modified on 1/28/2014 to correct linkage. (Reynolds, Marva). Status: Stricken | Unsec | 070 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 000042 | American Express Bank FSB Per Order Granting Trustee's Stipulation and Motion To (1) Approve Stipulation To Compromise Controversy With American Express and (2) Payment of Contingency Fee From Settlement Payment, 5/9/12 (ECF 2392) | Unsec | 070 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 000043 | American Express Bank FSB Per Order Granting Trustee's Stipulation and Motion To (1) Approve Stipulation To Compromise Controversy With American Express and (2) Payment of Contingency Fee From Settlement Payment, 5/9/12 (ECF 2392) | Unsec | 070 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 000044 | American Express Bank FSB Per Order Granting Trustee's Stipulation and Motion To (1) Approve Stipulation To Compromise Controversy With American Express and (2) Payment of Contingency Fee From Settlement Payment, 5/9/12 (ECF 2392) | Unsec | 070 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

**Final Dividends**

# FINAL DISTRIBUTION

| Case Number: 09-36418    LMI | Page 11 | Date: February 26, 2015 |
|---|---|---|
| Debtor Name: SHAPIRO, NEVIN KAREY | | |

| Claim # | Payee Name | Class | Priority | Amount | Paid to Date | Claim Balance | Proposed Pymt | Funds Remaining |
|---|---|---|---|---|---|---|---|---|
| **Claim Type 7100-00 - General Unsecured 726(a)(2)** | | | | | | | | |
| 000045 | Dan DeRose<br>(45-1) Promissory Note<br>Per Order Granting Motion for<br>Entry of Order Authorizing Sale of<br>Shapiro Estate=s Right, Title and<br>Interest in Real Property Free and<br>Clear of Liens, Claims and<br>Encumbrances, 4/26/11 (ECF<br>1453) | Unsec | 070<br>Percent Paid: 2.026009254 % | $2,508,218.06 | $50,816.73 | $2,457,401.33 | $0.00 | $0.00 |
| 000046A | Dan DeRose<br>54 10/17/2011 Notice to Withdraw<br>Claim by: Dan DeRose Re Claim<br>Number: 46 Filed by Creditor Dan<br>Derose. (Assouline, Eric) Status:<br>Withdraw | Unsec | 070 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | **Subtotal For Claim Type 7100-00** | | | $26,224,912.88 | $531,319.18 | $25,693,593.70 | $0.00 | |
| | Subtotals For Class Unsecured | 2.026009323 % | | $26,224,912.88 | $531,319.18 | $25,693,593.70 | $0.00 | |
| << Totals >> | | | | $26,848,258.07 | $1,154,664.37 | $25,693,593.70 | $0.00 | $0.00 |

Proposed distribution is dependent on the Court's rulings on administrative expenses, contest of claims, and/or objections made to this proposed distribution.