UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

In re:

CAPITOL INVESTMENTS USA, INC.,
and NEVIN KAREY SHAPIRO,

Debtors.

Case No. 09-36408-BKC-LMI
(Substantively Consolidated)
Case No. 09-36418-BKC-LMI
(Jointly Administered under
Case No. 09-36408-BKC-LMI)

Chapter 7

### BANK OF AMERICA, N.A.'S RESPONSE AND OBJECTION TO UNSEALING OF RECORD

Bank of America, N.A. ("Bank of America"), by and through the undersigned counsel, hereby files this response and objection to Order to Show Cause Why the Clerk should not Unseal Documents under Seal [DE 2814] and Order to Show Cause Why the Clerk should not Unseal Documents under Seal [DE 2813] (collectively, the "Orders to Unseal"), and states as follows:

1. On November 30, 2009, involuntary Chapter 7 bankruptcy petitions were filed against Capitol Investments USA, Inc. and Nevin Karey Shapiro. Subsequently, Joel L. Tabas ("Trustee") was appointed as Trustee in both cases.

2. As part of discovery in this action, confidential, proprietary and other protected information was exchanged by the parties or otherwise filed with the Clerk by Trustee and Bank of America, including but not limited to, 2004 Examination testimony of various representatives of Bank of America. [DE 2018, 1981, 1766, 1951 and 1683].

3. Pursuant to the Stipulated Confidentiality and Protective Order (the "Confidentiality Agreement") entered by the Court on December 8, 2010 [DE 992] and subsequent Order entered by the Court [DE 1973, 1756, 1947 and 1682], certain documents were

Case No. 09-36408-BKC-LMI<br>Chapter 7

filed under seal [DE 2018, 1981, 1766, 1951 and 1683].

    4.    This case was closed on January 1, 2016.

    5.    On August 14, 2017, the Court *sua sponte* issued an Orders to Unseal setting a deadline to respond with the parties' request that sealed documents remain under seal or be returned to the filing party after the case is administratively closed pursuant to Local Rule 5005-1(A)(4)(c). [DE 2813 and 2814]

    6.    Bank of America objects to the unsealing of the record in this matter as the record contains documents that were filed pursuant to the Confidentiality Agreement and consist of documents, testimony and information that are highly proprietary and confidential in nature to Bank of America.

    7.    In addition, Bank of America requests that the Court enter an Order directing the Clerk to return the sealed documents to the filing parties. Upon receipt, Trustee and Bank of America will destroy the sealed documents returned by the Clerk as well as any other "Confidential Materials" (as defined in the Confidentiality Agreement), including but not limited to "working copies" of the Confidential Materials.

    **WHEREFORE,** Bank of America, requests this Court enter an order requiring that the record in this action continue to remain under seal, be destroyed, and if destruction is not possible, directing the Clerk to return the sealed documents to the party that filed the sealed documents and for such further relief as this Court deems just and proper.

Case No. 09-36408-BKC-LMI<br>
Chapter 7

Respectfully submitted,

/s/ Miguel M. Cordano
Miguel M. Cordano
Florida Bar No. 0523682
E-mail:  mc@lgplaw.com
Laudy Luna Perez (FBN 044544)
Email: llp@lgplaw.com
**LIEBLER, GONZALEZ & PORTUONDO**
Courthouse Tower - 25th Floor
44 West Flagler Street
Miami, FL 33130
Tel: (305) 379-0400
Fax: (305) 379-9626
*Attorneys for Bank of America, N.A.*

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished by electronic transmission this 1st day of September, 2017 to:  Joel L. Tabas (jtabas@tabassoloff.com; lshortino@tabassoloff.com) and via electronic transmission through the Clerk of the Court which sent e-mail notification of such filing to all CM/ECF participants in this case.

/s/ *Miguel M. Cordano*
MIGUEL M. CORDANO